IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Sandra Hartmann  
Court Reporter:    Kara Spitler

Date: May 25, 2012

Civil Action No. 12-cv-00869-RBJ

*Parties*:

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

   Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC, and
BARRY FUNT,

   Defendants.

*Counsel*:

Christopher Madel
Robert Miller
Lauren Schrero

Kevin Evans
Phillip Douglass

### COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING**

**Court in session:**    1:02 p.m.

Appearances of counsel.

Plaintiff's witness, Mr. Niemi called and sworn.

1:05 p.m.        Direct examination of Mr. Niemi by Mr. Madel.

1:40 p.m.        Cross examination of Mr. Niemi by Mr. Evans.

**Court in recess:  2:12  p.m.**
**Court in session:  2:24 p.m.**

Direct examination of Mr. Niemi continues.

2:47 p.m.        Cross examination of Mr. Niemi by Mr. Evans.

Mr. Evans moved to admit exhibits 3, 5, 6, 8 and 9.

3:25 p.m.        Redirect examination of Mr. Niemi by Mr. Madel.
3:35 p.m.        Recross examination of Mr. Niemi by Mr. Evans.

Witness excused.

Plaintiff's witness, Mr. Naegele, III, called and sworn.

3:36 p.m.        Direct examination of Mr. Naegele, III by Mr. Miller.

3:43 p.m.        Cross examination of Mr. Naegele, III by Mr. Evans.

Witness excused.

Plaintiff's witness, Mr. Parnevik, called and sworn.

3:47 p.m.        Direct examination of Mr. Parnevik by Mr. Miller.

3:55 p.m.        Cross examination of Mr. Parnevik by Mr. Evans.

Witness excused.

Argument by Mr. Madel as to Plaintiff's Motion To Convert the Temporary Restraining Order Into A Preliminary Injunction Doc.# [33].

For the reasons as stated on the record it is:

**ORDERED:**   The Court makes findings that it has jurisdiction under the long-arm statute and the due process clause of the United States Constitution.

**ORDERED:**   Court makes findings that the forum selection clause is not enforceable and therefore the Court declines the transfer of this case to New York or to dismiss

the case in favor of New York.

**ORDERED:**   Plaintiff's Motion To Convert the Temporary Restraining Order Into A Preliminary Injunction Doc.# [33] is TAKEN UNDER ADVISEMENT.

**Court in recess:**   **5:00 p.m.**

Hearing concluded.

Total time:   03:46