IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura GaleraDate: July 30, 2012
Court Reporter:Gwen Daniel

Civil Action No. 12-cv-00869-RBJ

*Parties*:*Counsel*:

JOHN NIEMI,Christopher Madel (by phone)
ROBERT NAEGELE, III, andRobert Miller
JESPER PARNEVIK,Bruce Manning (by phone)

Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,Phillip Douglas
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC, and
BARRY FUNT,
CREDIT SUISSE, AGKathleen Craigmile
Julie North
Defendants.Justine Beyda

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:2:00 p.m.**

Appearances of counsel.

Mr. Douglas addresses the Court regarding entering a special appearance.

Court addresses the parties.

Argument by Mr. Madel, Mr. Douglas and Ms. Craigmile as to Plaintiff's Motion for Temporary Restraining Order Doc.# [86].

Discussion regarding a request for a bond.

For the reasons as stated on the record it is:

**ORDERED:**  Plaintiff's Motion for Temporary Restraining Order Doc.# [86] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:**  Court issues a temporary restraining order in part.  Defendant Credit Suisse is restrained from permitting the Innovatis Groups and Mr. Lasshofer from removing any money from the Credit Suisse accounts of any number that contain any of the $6.8 million fund in question until an evidentiary hearing is held.

**ORDERED:**  Parties to contact chambers to set a hearing regarding jurisdiction.

**Court in recess:**     **3:49 p.m.**

Hearing concluded.

Total time:     01:49