**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No.: 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INOVATIS ASSENT MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC, and
BARRY FUNT,

      Defendants.

## DECLARATION OF CHRISTOPHER W. MADEL

Pursuant to 28 U.S.C. § 1746, I, Christopher W. Madel, declare as follows:

1. I am an attorney at Robins, Kaplan, Miller & Ciresi, L.L.P. which represents Plaintiffs in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of a July 23, 2012 email sent by AUSA Nicole M. Andrejko to Plaintiffs' counsel Bruce D. Manning at 1:58 pm EST. This email was forwarded to me by Mr. Manning at 3:51 pm CST on July 23, 2012.

3.   Attached as Exhibit 2 is a true and correct copy of an August 1, 2012 email sent by Plaintiffs' counsel Bruce D. Manning to Credit Suisse's counsel Kate Craigmile at 11:51 am CST.

4.   Attached as Exhibit 3 is a true and correct copy of an August 1, 2012 email I sent to the Lasshofer Defendants' counsel (Kevan D. Evans and Phil Douglass) and Credit Suisse's counsel (Kate Craigmile, Julie North, and Justine Beyda) at 3:39 pm CST.

5.   Attached as Exhibit 4 is a true and correct copy of an August 2, 2012 email I received from Credit Suisse's counsel Kate Craigmile at 6:13 pm EST.

6.   To date, I have not received a response to the email contained in Exhibit 3 from the Lasshofer Defendants' counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on this 3rd day of August, 2012, at Minneapolis, Minnesota.

*/s/ Christopher W. Madel*
Christopher W. Madel