# EXHIBIT 1

**From:** Manning, Bruce D.
**Sent:** Monday, July 23, 2012 3:51 PM
**To:** Cowing, Emily W.; Thom, Aaron R.; Madel, Christopher W.; Becker, Elissa L.
**Subject:** FW: Swiss Freeze

---

**From**: Andrejko, Nicole (USAFLM) [mailto:Nicole.Andrejko@usdoj.gov]
**Sent**: Monday, July 23, 2012 3:37 PM
**To**: Manning, Bruce D.
**Subject**: RE: Swiss Freeze

If you happen to hear something from your client and co-counsel before then, please let me know.

Nicole M. Andrejko
Assistant United States Attorney
501 West Church St., Suite 300
Orlando, FL 32805
(407) 648-7560 - telephone
(407) 648-7643 - facsimile

---

**From**: Manning, Bruce D. [mailto:BDManning@rkmc.com]
**Sent**: Monday, July 23, 2012 3:47 PM
**To**: Andrejko, Nicole (USAFLM)
**Subject**: RE: Swiss Freeze

Nicole,

I very much like your subject line. And the fact that we have additional time.

Thank you.

---

**From**: Andrejko, Nicole (USAFLM) [mailto:Nicole.Andrejko@usdoj.gov]
**Sent**: Monday, July 23, 2012 1:58 PM
**To**: Manning, Bruce D.
**Subject**: Swiss Freeze

Bruce –

The extension that was granted was actually granted through July 31, and not July 26, as I had thought. Do you think that would be enough time to speak with your client?

Nicole

Nicole M. Andrejko
Assistant United States Attorney

501 West Church St., Suite 300
Orlando, FL 32805
(407) 648-7560 - telephone
(407) 648-7643 - facsimile

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---