# EXHIBIT 3

**From**: Madel, Christopher W. [mailto:CWMadel@rkmc.com]
**Sent**: Wednesday, August 01, 2012 3:39 PM
**To**: Phil Douglass (pdouglass@s-elaw.com) (pdouglass@s-elaw.com); Kate Craigmile; Julie North (JNorth@cravath.com) (JNorth@cravath.com); 'kdevans@s-elaw.com' (kdevans@s-elaw.com); Marie A. Newberger; Justine Beyda (JBeyda@cravath.com) (JBeyda@cravath.com)
**Cc**: Manning, Bruce D.; Robert N. Miller (RMiller@perkinscoie.com)
**Subject**: Question re Funds held by Credit Suisse AG

Counsel for Mr. Lasshofer and Credit Suisse AG –

I recognize that we have asked this question previously, but I want to be clear and respectfully ask that both Credit Suisse and the Lasshofer Defendants answer the following "yes" or "no" question:  does Credit Suisse AG currently hold funds in excess of $50,000 U.S. on behalf of, or for the benefit of, (1) Erwin Lasshofer; (2) Innovatis Gmbh; (3) Innovatis Immobilien Gmbh; and/or (4) Innovatis Asset Management SA?

Please be advised that if you do not provide us with a simple "yes" or "no" to this question by 5 p.m. CST on August 2, 2012, we will move the Court to compel your clients to answer the above question.

Thank you,
Chris

Christopher W. Madel
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
612-349-8703 (direct dial)
612-349-8500 (switchboard)
612-339-4181 (fax)
bio = http://www.rkmc.com/Christopher_Madel.htm
email = cwmadel@rkmc.com

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

_____