**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

### ENTRY OF APPEARANCE OF JULIE NORTH
---

    Julie North, of Cravath, Swaine & Moore, LLP, hereby enters her appearance as counsel for Nominal Defendant Credit Suisse AG in the above-captioned matter, and requests that copies of all notices and pleadings be served up her at the following address:

    Julie North
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    Telephone: 212-474-1752
    E-Mail: JNorth@cravath.com

Dated: August 8, 2012                                    *s/ Julie North*

                                         Julie North
                                         Cravath, Swaine & Moore LLP
                                         Worldwide Plaza
                                         825 Eighth Avenue
                                         New York, NY 10019
                                         Telephone: 212-474-1752
                                         *Attorneys for Nominal Defendant,*
                                         *Credit Suisse A.G.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 8, 2012, copies of the foregoing **ENTRY OF APPEARANCE OF JULIE NORTH** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Lauren Elizabeth Schrero
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 8011

Michael Paul Kelly
Jaasi Jared Munanka
Hogan Lovells US LLP
1200 Seventeenth Street
One Tabor Center, #1500
Denver, CO 80202

Kathleen E. Craigmile
Bennington Johnson
Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

                                         *s/ Marie Newberger*