# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

     Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

     Defendants,

CREDIT SUISSE A.G.,

     Nominal Defendant.

_____

## ENTRY OF APPEARANCE OF JUSTINE BEYDA
_____

Justine Beyda, of Cravath, Swaine & Moore, LLP, hereby enters her appearance as counsel for Nominal Defendant Credit Suisse AG in the above-captioned matter, and requests that copies of all notices and pleadings be served up her at the following address:

    Justine Beyda
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    Telephone:  212-474-1042
    E-Mail:  JBeyda@cravath.com

Dated: August 8, 2012               *s/ Justine Beyda*

                                                Justine Beyda
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  212-474-1042
*Attorneys for Nominal Defendant,
Credit Suisse A.G.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 8, 2012, copies of the foregoing **ENTRY OF APPEARANCE OF JUSTINE BEYDA** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Lauren Elizabeth Schrero
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 8011

Michael Paul Kelly
Jaasi Jared Munanka
Hogan Lovells US LLP
1200 Seventeenth Street
One Tabor Center, #1500
Denver, CO 80202

Kathleen E. Craigmile
Bennington Johnson
Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO  80202

                                                *s/ Marie Newberger*