**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 12-cv-00869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants.

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION ORDER**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction Order, and other supporting documents, evidence, and testimony, the Court concludes that Plaintiffs have demonstrated that they are entitled to the injunctive relief requested.

Accordingly, Plaintiffs' Motion for Preliminary Injunction Order is **GRANTED**.

**IT IS HEREBY ORDERED THAT** Nominal Defendant Credit Suisse AG is required to: (1) transfer to a federally insured financial institution located within the District of Colorado, within 48 hours, all money it holds for the benefit, or on the behalf,

of Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, or Innovatis Asset Management S.A., including, but not limited to, the twelve Credit Suisse accounts (including Innovatis Asset Management S.A. account number 0835-1128069-12) held for the benefit of Lasshofer or his entities; and (2) provide Plaintiffs, within 48 hours, an accounting of all assets held by Credit Suisse AG for the benefit, or on the behalf, of Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, or Innovatis Asset Management S.A.

DONE this \_\_\_\_ day of _____, 2012.

BY THE COURT:

_____
United States District Court Judge

83280220.1