**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

───────────────────────────────────────────────

**STIPULATION TO CONTINUE HEARING SCHEDULED FOR AUGUST 13, 2012**
───────────────────────────────────────────────

    Without waiving jurisdictional objections heretofore or to be made, Proposed Nominal Defendant Credit Suisse AG ("Credit Suisse"), by and through its undersigned counsel, together with Plaintiffs, by and through their undersigned counsel, state and stipulate as follows:

    1.    On July 30, 2012, the Court conducted a hearing on Plaintiffs' Motion for Temporary Restraining Order directed against proposed Nominal Defendant Credit Suisse (Dkt. 86). At the conclusion of that hearing, the Court granted in part and denied in part that motion pending an evidentiary hearing, later set for August 13, 2012. (Dkt. 97).

2. On August 9, 2012, Plaintiffs filed a Motion for Preliminary Injunction against Credit Suisse.  (Dkt. No. 106).

3. On August 10, 2012, Credit Suisse requested that Plaintiffs stipulate to continue the August 13, 2012 evidentiary hearing to allow Credit Suisse adequate time to respond to Plaintiffs' Motion for Preliminary Injunction, explaining that Plaintiffs' Motion for Preliminary Injunction raises numerous matters not raised in Plaintiffs' Temporary Restraining Order, to which Credit Suisse would not be able to respond in advance of the August 13, 2012 hearing.

4. On August 10, 2012, Plaintiffs responded that they would stipulate to continue the August 13, 2012 hearing provided that Credit Suisse (i) "agree[s] that the Court's current Temporary Restraining Order shall remain in effect until further order of the Court"; (ii) "agrees to abide by the Court's Orders until modified or dissolved"; and (iii) agrees to "jointly ask the Court if it will conduct a telephonic hearing on August 13 to argue the pending motion to compel discovery."

5. As Credit Suisse advised the Court on July 30, 2012, the above-captioned proceedings against Credit Suisse put Credit Suisse in the untenable position of having to decide whether to violate an order of this Court or to violate prominent Swiss criminal laws, including Swiss banking secrecy laws, of its home country.  Accordingly, Credit Suisse cannot agree to stipulate to that which Plaintiffs requested.

6. However, Credit Suisse can advise that after the lifting of the restraining order of the United States Department of Justice and its implementation by the Swiss authorities dated July 27, 2012, the status quo as to the subject of Plaintiffs' motions for injunctive relief has not been affected.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Credit Suisse and Plaintiffs, through their undersigned counsel that

7. Plaintiffs agree to continue the evidentiary hearing on Plaintiffs' request for injunctive relief currently set for August 13, 2012 through and until August 21, 2012, or as soon thereafter as the Court can hold an evidentiary hearing on Plaintiffs' motion, to allow Credit Suisse additional time to respond to Plaintiffs' Motion for Preliminary Injunction;

8. Credit Suisse agrees to extend the temporary restraining order entered on July 30, 2012 through and until August 21, 2012, or as soon thereafter as the Court can hold an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction; and

9. Credit Suisse agrees to appear telephonically before this Court on August 13, 2012 at 9:00 a.m., the time presently scheduled for hearing in this action, subject to the Court's availability or further direction.

    a. Plaintiffs' position is that the parties should argue and the Court should decide Plaintiffs' Motion to Compel on August 13, 2012.

    b. Credit Suisse's position is that argument and decision on Plaintiffs' Motion to Compel is premature because the motion raises the same issues that will be fully briefed and decided by this Court on Plaintiffs' Motion for Preliminary Injunction.

Dated: August 10, 2012

| | |
|---|---|
| *s/ Kathleen E. Craigmile* | *s/ Christopher W. Madel* |
| Kathleen E. Craigmile<br>Adam F. Aldrich<br>BENNINGTON JOHNSON<br>BIERMANN & CRAIGMILE, LLC<br>370 17th Street, Suite 3500<br>Denver, CO 80202<br>(303) 629-5200<br>kec@benningtonjohnson.com<br>afa@benningtonjohnson.com<br><br>and<br><br>Julie North<br>Justine Beyda<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: 212-474-1752<br>jnorth@cravath.com<br>jbeyda@cravath.com<br><br>*Attorneys for Nominal Defendant Credit Suisse AG* | Christopher W. Madel<br>Bruce D. Manning<br>Lauren E. Schrero<br>ROBINS, KAPLAN, MILLER & CIRESI<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br>cwmadel@rkmc.com<br>bdmanning@rkmc.com<br>leschrero@rkmc.com<br><br>and<br><br>Stephanie E. Dunn<br>Robert N. Miller<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, CO 80202-5255<br>(303) 291-2300<br>rmiller@perkinscoie.com<br>sdunn@perkinscoie.com<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 10, 2012, a copy of the foregoing **STIPULATION TO CONTINUE HEARING SCHEDULED FOR AUGUST 13, 2012** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Lauren Elizabeth Schrero
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 8011

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255

    *s/ Marie Newberger*

    _____