**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

       Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC, and
BARRY FUNT,

       Defendants,

CREDIT SUISSE AG,

       Nominal Defendants.

---

**PLAINTIFFS' MOTION TO EXTEND TRO AS AGAINST LASSHOFER
DEFENDANTS AND TO ESTABLISH HEARING DATES**

---

Plaintiffs respectfully move the Court to order the following:

1.   To extend the Temporary Restraining Order, dated July 30, 2012, for an additional 14 days, consistent with the stipulation filed by Plaintiffs and Nominal Defendant Credit Suisse AG, despite the Lasshofer Defendants' refusal to so stipulate. *See* Fed. R. Civ. P. 65(b)(2).

2.   That this Court conduct a telephonic hearing on Monday, August 13, 2012, (a) to hear Plaintiffs' Motion to Compel an Answer to Plaintiffs' Question (Dkt. 101); (b) to schedule a date for the hearing relating to Plaintiffs' Motion for Preliminary Injunction Order (Dkt. 106); and (c) to schedule a hearing relating to Plaintiffs' Motion for Contempt Against the Lasshofer Defendants (Dkt. 83).

Dated this 10th day of August, 2012.

                Respectfully submitted,

                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                */s/Christopher W. Madel*
                Christopher W. Madel
                Bruce D. Manning
                Lauren E. Schrero
                2800 LaSalle Plaza
                800 LaSalle Avenue
                Minneapolis, MN 55402
                Telephone: 612-349-8500
                Facsimile: 612-339-4181

cwmadel@rkmc.com
bdmanning@rkmc.com
leschrero@rkmc.com

and

Stephanie E. Dunn
Robert N. Miller
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303-291-2300
Facsimile: 303-291-2400
rmiller@perkinscoie.com
sdunn@perkinscoie.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2012, I electronically filed the foregoing PLAINTIFFS' MOTION TO EXTEND TRO AS AGAINST LASSHOFER DEFENDANTS AND TO ESTABLISH HEARING DATES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com, sdunn-efile@perkinscoie.com
- **Kevin D. Evans**
  kdevans@s-elaw.com, sjoshi@s-elaw.com, tbaksay@s-elaw.com
- **Christopher William Madel**
  cwmadel@rkmc.com, dmvanalstine@rkmc.com, elbecker@rkmc.com, arthom@rkmc.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com, rmiller-efile@perkinscoie.com
- **Lauren Elizabeth Schrero**
  leschrero@rkmc.com, tesuter@rkmc.com

                                              */s/Christopher W. Madel*
                                              Christopher W. Madel
                                              Bruce D. Manning
                                              Lauren E. Schrero
                                              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                                              2800 LaSalle Plaza
                                              800 LaSalle Avenue
                                              Minneapolis, MN 55402
                                              Telephone: 612-349-8500
                                              Facsimile: 612-339-4181
                                              cwmadel@rkmc.com
                                              bdmanning@rkmc.com
                                              leschrero@rkmc.com

                                              ATTORNEYS FOR PLAINTIFFS

83286550.1