**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

        Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC, and
BARRY FUNT,

        Defendants.

---

**MOTION TO WITHDRAW AS ATTORNEY**

---

Plaintiffs John Niemi, Robert Naegele, III and Jesper Parnevik (Plaintiffs), request that Lauren E. Schrero of Robins, Kaplan, Miller & Ciresi L.L.P. be allowed to withdraw as counsel of record for Plaintiffs and be removed from the electronic service list in this Case. Perkins Coie, L.L.P. and Robins Kaplan, Miller & Ciresi L.L.P. continue to represent Plaintiffs.

Dated this 15th day of August, 2012.

        Respectfully submitted,

        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

        */s/Christopher W. Madel*
Christopher W. Madel
Bruce D. Manning
Lauren E. Schrero
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
cwmadel@rkmc.com
bdmanning@rkmc.com
leschrero@rkmc.com

and

Stephanie E. Dunn
Robert N. Miller
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303-291-2300
Facsimile: 303-291-2400
rmiller@perkinscoie.com
sdunn@perkinscoie.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15th, 2012, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com, sdunn-efile@perkinscoie.com
- **Kevin D. Evans**
  kdevans@s-elaw.com, sjoshi@s-elaw.com, tbaksay@s-elaw.com
- **Christopher William Madel**
  cwmadel@rkmc.com, dmvanalstine@rkmc.com, elbecker@rkmc.com, arthom@rkmc.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com, rmiller-efile@perkinscoie.com

      */s/Christopher W. Madel*
Christopher W. Madel
Bruce D. Manning
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
cwmadel@rkmc.com
bdmanning@rkmc.com

ATTORNEYS FOR PLAINTIFFS

83298240.1