IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

**CREDIT SUISSE AG'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR VERIFIED COMPLAINT TO ADD NOMINAL DEFENDANT CREDIT SUISSE AG**

        Proposed Nominal Defendant Credit Suisse AG, by and through its undersigned counsel, submits this Memorandum in opposition to Plaintiffs John Niemi, Robert Naegele, III and Jesper Parnevik's ("Plaintiffs") Motion for Leave to Amend Their Verified Complaint To Add Nominal Defendant Credit Suisse AG, filed July 24, 2012 (Doc. 85, hereinafter "Motion to Amend").

As will be set forth in Credit Suisse's opposition to Plaintiffs' pending Motion for Preliminary Injunction and addressed at the evidentiary hearing to be scheduled, Plaintiffs' Motion to Amend is futile because this Court lacks personal jurisdiction over Credit Suisse. *Ticor Title Ins. of Fla. v. Nations Holding Co.*, Nos. 07-2456-CM, 07-2459-CM, 2008 WL 4441955, at *1 (D. Kan. Sept. 25, 2008). Accordingly, Credit Suisse respectfully requests that Plaintiffs' Motion to Amend be denied.

## CONCLUSION

For the foregoing reasons, the Court should deny Plaintiffs' Motion for Leave to Amend Their Verified Complaint To Add Nominal Defendant Credit Suisse AG.

Dated: August 17, 2012

*s/ Kathleen E. Craigmile*

Kathleen E. Craigmile
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Phone: (303) 629-5200

*Attorneys for Nominal Defendant Credit Suisse AG*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 17, 2012, a copy of the foregoing **CREDIT SUISSE AG'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR VERIFIED COMPLAINT TO ADD NOMINAL DEFENDANT CREDIT SUISSE AG** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Lauren Elizabeth Schrero
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 8011

Michael Paul Kelly
Jaasi Jared Munanka
Hogan Lovells US LLP
1200 Seventeenth Street
One Tabor Center, #1500
Denver, CO 80202

*s/ Marie Newberger*