IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Deborah Hansen          Date: August 31, 2012
Court Reporter:    Kara Spitler

Criminal/Civil Action No.  12-cv-00869-RBJ

*Parties*:                                           *Counsel*:

JOHN NIEMI,                                          Christopher W. Madel
ROBERT NAEGELE, III, and                             Robert N. Miller
JESPER PARNEVIK,

     Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,                                      Phillip Douglass
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT
SA,
LEXINGTON CAPITAL & 7
PROPERTY INVESTMENTS, LLC,
and BARRY FUNT,

     Defendants,

CREDIT SUISSE A.G.,                                  Kathleen E. Craigmile
                                                     Julie A. North
     Nominal Defendant.

COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE** - held in chambers

**Court in session:   08:00 a.m.**

Appearances of counsel.

Court's comments

Discussion re scheduling a hearing on the motion for preliminary injunction

Ms. Craigmile estimates the preliminary injunction hearing would taken no more than a half a day.

**ORDERED:   A hearing on the motion for preliminary injunction is set Friday, October 19, 2012 at 9:00 a.m.**

Discussion regarding jurisdictional discovery

Plaintiffs request taking some jurisdictional discovery from Credit Suisse (by Mr. Madel)

Credit Suisse opposes the granting of jurisdictional discovery (by Ms. Craigmile)

**ORDERED:  1)   The plaintiffs' request for ten interrogatories -- ten questions, with no sub-parts -- and ten requests for production related to jurisdiction is GRANTED.**

**2)   The discovery shall be served by September 5, 2012; and responses by September 26, 2012.**

**3)   Credit Suisse's request for limited discovery of plaintiffs is GRANTED.  They are also allowed ten interrogatories and ten requests for production.**

**4)   The discovery shall be served by September 5, 2012; and responses by September 26, 2012.**

**Court in recess:   08:14 a.m.**

Hearing concluded.
Total time:     14 minutes