**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

**DECLARATION OF PIERRE SCHREIBER**

---

I, PIERRE SCHREIBER, declare the following:

1.    I am the Secretary of the Board of Directors of Credit Suisse AG. I have been employed by Credit Suisse AG for approximately 20 years. I am generally familiar with the corporate records and activities of Credit Suisse AG. Each of the statements made herein is based upon my personal knowledge, or upon knowledge I have derived from a review of the records and files maintained by Credit Suisse AG in the ordinary course of business, or upon information supplied to me by other employees or agents of Credit Suisse AG in the normal course of their and my duties and responsibilities.

Exhibit 2

2.      I have been authorized to submit this declaration on behalf of Credit Suisse AG in connection with Credit Suisse AG's Opposition to Plaintiffs' Motion for Preliminary Injunction in the above-referenced action.

Corporate Structure

3.      Credit Suisse Group AG ("CS Group") is a holding company incorporated and existing under the laws of Switzerland with its registered and principal place of business at Paradeplatz 8, 8001 Zurich, Switzerland.

4.      Credit Suisse AG is a company incorporated and existing under the laws of Switzerland with its registered and principal place of business at Paradeplatz 8, 8001 Zurich, Switzerland.  Credit Suisse AG is a wholly owned subsidiary of CS Group.  Credit Suisse AG's statutory purpose is to operate as a bank.  It is not registered to operate as a broker-dealer.[1]

5.      Credit Suisse Holdings (USA), Inc. ("CS Holdings") is a holding company incorporated and existing under the laws of Delaware with its principal place of business at 11 Madison Avenue, New York, New York.  CS Holdings is a wholly owned subsidiary of Credit Suisse AG.

6.      Credit Suisse (USA) Inc. ("CS USA") is a holding company incorporated and existing under the laws of Delaware with its principal place of business at 11 Madison Avenue, New York, New York.  CS USA is a wholly owned subsidiary of CS Holdings.

---

[1] With certain exceptions not applicable here, broker-dealers, *i.e.*, those who are in the business of selling securities, must register with the Securities and Exchange Commission (the "SEC") and must join a self-regulatory organization.  Securities Exchange Act of 1934 § 15(a)(1).

7.     Credit Suisse Securities (USA) LLC ("CS Securities") is a Delaware limited liability company with its principal place of business at 11 Madison Avenue, New York, New York. It is a wholly owned subsidiary of CS USA. CS Securities is registered with the SEC and the Financial Industry Regulatory Authority ("FINRA") as a broker-dealer; it is not licensed to operate as a bank.

Credit Suisse AG Does Not Have Any Significant Contacts with Colorado

8.     Credit Suisse AG has one branch in the United States—in New York—and three representative offices in California.[2]

9.     Credit Suisse AG does not maintain any offices, employees, agents or postal addresses in Colorado.

10.    Credit Suisse AG does not maintain a registered agent in Colorado.

11.    Credit Suisse AG is not registered to do business in Colorado.

12.    Credit Suisse AG does not maintain any cash correspondence or custody bank accounts in Colorado.

13.    Credit Suisse AG does not maintain a telephone or fax listing within Colorado.

---

[2] A representative office is "any place of business of a foreign bank that is not a branch, agency, or subsidiary of the foreign bank". 12 C.F.R. § 211.21(v). The permissible activities of a representative office are strictly limited. *Id.* § 211.24(d). A representative office may engage in representational and administrative functions; it is not permitted to engage in banking activities, such as taking deposits, contracting to take deposits or lending money. *Id.*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2012

*/s Pierre Schreiber*
_____
Pierre Schreiber