**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

**CORRECTED DECLARATIONS IN SUPPORT OF CREDIT SUISSE AG'S
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
AGAINST CREDIT SUISSE AG**

---

Proposed Nominal Defendant Credit Suisse AG ("Credit Suisse"), by and through its undersigned counsel, submits the attached corrected declarations in support of its Opposition to Plaintiffs' Motion for Preliminary Injunction Against Credit Suisse AG filed September 4, 2012 ("Opposition") (Doc. 121)[1].

---

[1] These omissions were noted in Plaintiffs' reply in support of their motion for preliminary injunction directed to Credit Suisse (Doc. 122).

1.      The Declaration of Jonathan Trounce ("Trounce Declaration"), attached as Exhibit 1 to Credit Suisse's Opposition (Doc. 121-1), was inadvertently filed without a signature date. The Trounce Declaration was signed on September 4, 2012. A corrected copy of the Trounce Declaration, revised only to reflect the date the declaration was signed, is filed herewith as **Exhibit 1**.

2.      The Declaration of Drs. Peter Reichart and Andrea Meier ("Reichart & Meier Declaration"), attached as Exhibit 3 to Credit Suisse's Opposition (Doc. 121-3), was intended to have biographical information for Drs. Reichart and Meier attached to it as Exhibit A. Due to a clerical error, Exhibit A was not filed with the Court. A corrected copy of the Reichart & Meier Declaration and its Exhibit A are filed herewith as **Exhibit 3 and Exhibit A thereto**.

Dated: September 21 2012               *s/ Kathleen E. Craigmile*

                                       Kathleen E. Craigmile
                                       BENNINGTON JOHNSON
                                       BIERMANN & CRAIGMILE, LLC
                                       370 17th Street, Suite 3500
                                       Denver, CO 80202

                                       Julie North
                                       Justine Beyda
                                       CRAVATH, SWAINE & MOORE LLP
                                       Worldwide Plaza
                                       825 Eighth Avenue
                                       New York, NY 10019
                                       Telephone: 212-474-1752

                                       *Attorneys for Nominal Defendant*
                                       *Credit Suisse A.G.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 21 2012, a copy of the foregoing **CORRECTED DECLARATIONS IN SUPPORT OF CREDIT SUISSE AG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST CREDIT SUISSE AG** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015
CWMadel@rkmc.com
BDManning@rkmc.com

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255
rmiller@perkinscoie.com
sdunn@perkinscoie.com

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 80111
kdevans@s-elaw.com
pdouglass@s-elaw.com

                                              *s/ Marie Newberger*