Home | Who we are | What we do | Attorneys | Jobs | News | Contact

Sprache: EN  DE

# WARTMANN & MERKER
RECHTSANWÄLTE · ATTORNEYS AT LAW



**Our attorneys**
Dr. Thomas Wartmann
Dr. Peter Reichart, LL.M.
lic. iur. Alexander Wintsch, LL.M.
Dr. Peter Hafner, LL.M.
Dr. Reto Strittmatter
Dr. Andrea Meier, LL.M.
Dr. Michael Schlumpf

**Dr. Peter Reichart, LL.M.**
Partner
E-Mail p.reichart@wartmann-merker.ch
Telephone +41 44 212 10 11
vCard

Born: 1965
Admitted: 1997
Languages: German, English

**Education**
University of Zurich, lic.iur., 1991
University of Zurich, Dr. iur., 1995
University of Michigan Law School, LL.M., 1999

**Professional career**
Legal assistant to Prof. Dr. Walter R. Schluep (chair for Swiss and European Private Law and Commercial Law) (1992-1994); clerkship at district court (1994-1996); associate with an international lawfirm in Zurich (1996-1998); trainee with Jenner & Block, Chicago (1999); associate (1999-2001) and partner of Wartmann & Merker (since 2002)

**Areas of expertise**
Litigation, arbitration, international private law and civil procedure, corporate and commercial law, labor law, bankruptcy and insolvency, construction and agency

**Member**
Zurich and Swiss Bar Associations
International Bar Association

**Publications**
The Renvoi in Swiss Private International Law, Function and Significance (thesis Zurich 1996)

The Question of the "Legally Sufficient Service of Process" in Recognition Proceedings Pursuant to Art. 27 No. 2 of the Lugano Convention and Art. 15 of the Hague Convention, in: Liber discipulorum et amicorum, Festschrift für Prof. Dr. Kurt Siehr zum 65. Geburtstag (Zurich 2001)

Witness Examinations by Lawyers in Civil Proceedings, SJZ [Swiss Jurist's Journal] 107 (2011), p. 201-205 [together with Peter Hafner]

Copyright 2010, Wartmann & Merker Attorneys at law, Zurich (Switzerland) | Disclaimer

Exhibit A

Home    Who we are    What we do    Attorneys    Jobs    News    Contact    Language: EN    DE

**WARTMANN & MERKER**
RECHTSANWÄLTE • ATTORNEYS AT LAW



**Our attorneys**
Dr. Thomas Wartmann
Dr. Peter Reichart, LL.M.
lic. iur. Alexander Wintsch, LL.M.
Dr. Peter Hafner, LL.M.
Dr. Reto Strittmatter
Dr. Andrea Meier, LL.M.
Dr. Michael Schlumpf

**Dr. Andrea Meier, LL.M.**
Senior Associate
E-Mail a.meier@wartmann-merker.ch
Telephone +41 44 212 10 11
vCard

Born: 1974
Admitted: 2001
Languages: German, English, French

**Education**
University of Zurich, lic.iur. 1999
Harvard Law School, LL.M. 2005
University of Zurich, Dr. iur. 2007

**Professional career**
Clerkship at district court (1999 to 2001), associate and senior associate with an international business law firm in Zurich (2003 to 2010); senior associate with Wartmann & Merker (since 2010)

**Areas of expertise**
Representation of parties in arbitration and state court proceedings in international and domestic commercial disputes, in particular in the industry, banking and insurance sectors. Arbitrator in commercial disputes. International legal assistance and enforcement of judgments.

**Member**
ASA (Swiss Arbitration Association)
AIJA (International Association of Young Lawyers)
YIAG (Young International Arbitration Group)
ICDR Young & International
Zurich and Swiss Bar Associations

**Publications**

Commentary on Article 43, Emergency Arbitrator, Swiss Rules of International Arbitration: Commentary, 2nd ed., Eds. Zuberbühler/Müller/Habegger, Schulthess, Kluwer Law (to be published early 2012)

Section on Multi-party Arbitration; Commentary on Articles 7-10 2012 ICC Rules; Commentary on Article 24 2012 ICC Rules, Commentary on Appendix IV 2012 ICC Rules, Arbitration in Switzerland – The Practitioner's Guide, Ed. Arroyo, Kluwer Law (to be published early 2012)

Lugano-Übereinkommen zum internationalen Zivilverfahrensrecht, Kommentar [Lugano-Convention on International Jurisdiction and Enforcement, Commentary], Ed. Anton K. Schnyder, Dike 2011, Commentary on Articles 25-30 and 59-60

Arbitration World - Jurisdictional Comparison, Third Edition, Section on Switzerland, Section on Swiss Rules of International Arbitration, European Lawyer Ltd., UK, 2010 (Co-authors Dr. Georg von Segesser and Alexander Jolles)

Cross-border Insurance and Reinsurance: Country Q&A Switzerland, PLC Insurance and Reinsurance Handbook 2010 (Co-author Dr. Martin Bernet)

In guten wie in schlechten Zeiten: Ausstieg und Haftung aus Produktentwicklungsverträgen, AJP 2009

At What Costs May a Football Player Breach his Contract?, ASA Bulletin Volume 26, No. 3, 2008

Joinder of Third Parties or the Need to (sometimes) Be Inefficient, Austrian Arbitration Yearbook 2008 (Co-author PD Dr. Nathalie Voser)

Einbezug Dritter vor internationalen Schiedsgerichten, Zürcher Studien zum Privatrecht, 2007

Copyright 2010, Wartmann & Merker Attorneys at law, Zurich (Switzerland) | Disclaimer