**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

      Defendants,

CREDIT SUISSE A.G.,

      Nominal Defendant.

---

**<u>UNOPPOSED</u> MOTION TO PERMIT TELEPHONE TESTIMONY AT
OCTOBER 19, 2012 PRELIMINARY INJUNCTION HEARING**

---

Proposed Nominal Defendant Credit Suisse AG ("Credit Suisse"), by and through its

undersigned counsel, moves the Court for an Order allowing Credit Suisse's witness, Dr. Andrea

Meier, to provide telephonic testimony at the Preliminary Injunction Hearing scheduled for

October 19, 2012.

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A

Pursuant to D.C.COLO.LCivR 7.1.A, counsel for Credit Suisse has conferred regarding the substance of this Motion with counsel for Plaintiffs and Defendants. Counsel for Plaintiffs has stated that Plaintiffs do not object to testimony by Dr. Meier by telephone but reserve the right to object to Credit Suisse's presentation of testimony of Dr. Meier on other grounds.  Counsel for Defendants has stated that Defendants do not take any position with respect to the relief sought herein.

1.      An evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction Order directed against Credit Suisse ("Motion") is scheduled for October 19, 2012.  At the conclusion of the July 30, 2012 hearing on Plaintiffs' Motion for Temporary Restraining Order directed against Credit Suisse, the Court indicated that, to the extent necessary, witnesses for the ordered evidentiary hearing would be permitted to testify by telephone.

2.      In its Opposition to the Motion (Doc. 121), Credit Suisse cited declaration testimony of two Swiss law experts, Dr. Peter Reichart and Dr. Andrea Meier of the firm Wartmann & Merker Rechtsanwälte in Zurich.  Dr. Reichart will be traveling at the time of the hearing and is unable to travel to Denver.  Dr. Meier is available to testify by telephone at the hearing, but is unable to travel to Denver due to travel in Europe the week of the hearing and obligations associated with her clients.

3.      As neither Dr. Reichart nor Dr. Meier is available to appear to testify live at the hearing, Credit Suisse respectfully requests leave for Dr. Meier to appear by telephone.  Counsel for Credit Suisse will make any such arrangements as are necessary to enable the telephonic testimony.

WHEREFORE, for the foregoing reasons, Credit Suisse respectfully requests permission

to present the testimony of Dr. Andrea Meier by telephone at the hearing on October 19, 2012.

Dated: October 12, 2012

*s/ Kathleen E. Craigmile*

_____

Kathleen E. Craigmile
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Julie North
Justine Beyda
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  212-474-1752

*Attorneys for Nominal Defendant*
*Credit Suisse AG*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 12, 2012, a copy of the foregoing **UNOPPOSED MOTION TO PERMIT TELEPHONE TESTIMONY AT OCTOBER 19, 2012 PRELIMINARY INJUNCTION HEARING** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015
*CWMadel@rkmc.com*
*BDManning@rkmc.com*

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255
*rmiller@perkinscoie.com*
*sdunn@perkinscoie.com*

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 80111
*kdevans@s-elaw.com*
*pdouglass@s-elaw.com*

*s/ Traci L. Pink*

_____