IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera      Date: October 16, 2012
Court Reporter:     Kara Spitler

Civil Action No. 12-cv-00869-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| JOHN NIEMI, | Christopher Madel |
| ROBERT NAEGELE, III, and | Bruce Manning |
| JESPER PARNEVIK, | Aaron Thom |
|     Plaintiffs, | |
| v. | |
| MICHAEL FRANK BURGESS, | |
| ERWIN LASSHOFER, | |
| INNOVATIS GMBH, | Phil Douglas |
| INNOVATIS IMMOBILIEN GMBH, | |
| INNOVATIS ASSET MANAGEMENT SA, | |
| LEXINGTON CAPITAL & PROPERTY | |
| INVESTMENTS, LLC, | |
| BARRY FUNT, | |
| CREDIT SUISSE AG, | Julie North |
| | Justine Beyda |
|     Defendants. | Kathleen Craigmile |

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY CONFERENCE**

**8:10 a.m.**     **Court in session.**

Appearances of counsel.

Discussion regarding an attachment order against the account.

**ORDERED:** To the extent Plaintiff is seeking an order compelling a response as to

                Interrogatory Two, that request is DENIED.

**ORDERED:**   Court orders a complete, fair, and proper response to Interrogatories Four, Seven, Eight and Nine.

**ORDERED:**   The motion with respect to Document Requests One and Seven is DENIED.

**ORDERED:**   Court orders a complete, fair, and proper response to Document Requests Two, Three, Four and Five.

**8:23 a.m.**   **Court in recess.**

Hearing concluded.

Total time:   00:13