**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No.: 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INOVATIS ASSENT MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants.

## DECLARATION OF BRUCE D. MANNING

Pursuant to 28 U.S.C. § 1746, I, Bruce D. Manning, declare as follows:

1. I am an attorney at Robins, Kaplan, Miller & Ciresi, L.L.P., which represents Plaintiffs in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of Documents CS0001-CS0004, produced to Plaintiffs by Kathleen E. Craigmile via e-mail today, October 18, 2012, at 12:51 p.m. CST.

3. The following is a translation of the German emails produced to Plaintiffs around noon MDT on October 18, 2012 by Credit Suisse. Plaintiffs received the translation from a representative of Perkins Coie, LLP at about 1:00 PM MDT.

The 24 November 2009 14:41:35 GMT +01:00 email from Erwin Lasshofer to J.P. Sorichilli states: "Michael spoke with Jon today and it appears that Jon will most likely need authorization from us to provide answers to the questions listed below."

The 24 November 2009 08:44:37 +0100 email from J.P. Sorichilli to Erwin Lasshofer states: "Does the name Mr. Miemi mean anything to you? Is that in connection with Mesa House?"

4. Attached as Exhibit 2 is a true and correct copy of a September 28, 2012 email string between Christopher W. Madel and Kathleen E. Craigmile, copying Robert N. Miller and Julie A. North.

5. Attached as Exhibit 3 is a true and correct copy of a letter my assistant sent on my behalf via email to Julie A. North on October 17, 2012.

6. Attached as Exhibit 4 is a true and correct copy of the letter sent via email on behalf of Ms. North on October 17, 2012.

7. Attached as Exhibit 5 is a true and correct copy of the Credit Suisse AG Safekeeping Account Position for Mesa Homes, dated November 23, 2009.

8. Attached as Exhibit 6 is a true and correct transcription of a voicemail message Ms. North left for Christopher W. Madel on October 10, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on this 18th day of October, 2012, at Minneapolis, Minnesota.

*/s/  Bruce D. Manning*
Bruce D. Manning

83451305.1