# EXHIBIT 1

| | |
|---|---|
| From: | Justine Beyda <JBeyda@cravath.com> |
| Sent: | Wednesday, October 17, 2012 1:01 PM |
| To: | Kate Craigmile |
| Subject: | Fw: Innovatis |

From:
To:
Date:     **Redacted - Attorney Client Privilege**
Subject:

**Redacted - Attorney Client Privilege**

From:
Sent:
To:
Subject:

**Redacted - Attorney Client Privilege**

**From:** INNOVATIS - J.P. Sorichilli, Financial Project Manager [mailto:j.sorichilli@innovatis-organization.com]
**Sent:** Tuesday, November 24, 2009 6:26 PM
**To:** Trounce Jonathan (SIHE 62)
**Subject:** Fwd: Innovatis

1

CS 0001

Dear Jon,
We kindly authorize you to inform Michael Burgess and Jon Niemi about the below mentioned 2 points.

kind regards
Jean-Pierre


Anfang der weitergeleiteten E-Mail:

**Von:** CEO INNOVATIS - Erwin Lasshofer <e.lasshofer@innovatis-organization.com>
**Datum:** 24. November 2009 14:41:35 GMT+01:00
**An:** "INNOVATIS - J.P. Sorichilli, Financial Project Manager" <j.sorichilli@innovatis-organization.com>
**Betreff: FW: Innovatis**

Michael hatte mit Jon heute gesprochen und wahrscheinlich braucht Jon die Authorisation von uns, Auskünfte über die Fragen wie unten aufgelistet zu geben. Können Sie das klären bzw. in die Wege leiten?

------ Weitergeleitete Nachricht
**Von:** Michael Burgess <mburgess@PROSPERITY-INTERNATIONAL.COM>
**Datum:** Tue, 24 Nov 2009 08:11:54 -0500
**An:** "'INNOVATIS - J.P. Sorichilli, Financial Project Manager'" <j.sorichilli@innovatis-organization.com>
**Cc:** 'CEO INNOVATIS - Erwin Lasshofer' <e.lasshofer@innovatis-organization.com>
**Betreff: RE: Innovatis**

Dear Jean-Pierre,

As discussed with Mr. Lasshofer a short while ago, could you please clear the way with Jon Trounce for me to call with Mr. John Niemi of Mesa Homes on the line (together) to their switchboard in Dubai and then we can ask the following two questions only:

1. Has a sub account in the name of Mesa Homes been opened at Credit Suisse?

2. Has the security issued by Top Hedge of Euro 4 Million been placed on the account?

Any other questions will have to be directed to us in writing from Mesa Homes.

Kindly let me know when you have cleared this and if we can try and do this at 10:00 AM EST (my time as John Niemi is in Colorado which is a additional 2 hours behind me) which is 6 hours behind you and I am not sure what time it will be in Dubai?

Sincerely,
Michael.

---

**From:** CEO INNOVATIS - Erwin Lasshofer [mailto:e.lasshofer@innovatis-organization.com]
**Sent:** Tuesday, November 24, 2009 7:24 AM
**To:** Michael Burgess
**Subject:** FW: Innovatis
**Importance:** High

Dear Michael,

Please explain to Mr. Niemi that the account is a sub-account to Innovatis; and that any request needs to become routed via yourself, otherwise he will not be able to get any information at all.

Regards,
Erwin

------ Weitergeleitete Nachricht
Von: "INNOVATIS - J.P. Sorichilli, Financial Project Manager" <j.sorichilli@innovatis-organization.com>
Datum: Tue, 24 Nov 2009 08:44:37 +0100
An: Lasshofer Erwin <e.lasshofer@innovatis-organization.com>
Betreff: Fwd: Innovatis

Guten Morgen,

Sagt Ihnen der Name Mr. Miemi etwas? Ist das im Zusammenhang mit Mesa House?

jps

Anfang der weitergeleiteten E-Mail:

**Von: "Trounce Jonathan (SIHE 62)" <jonathan.trounce@credit-suisse.com>**
**Datum: 24. November 2009 08:40:44 GMT+01:00**
**An: <j.sorichilli@innovatis-organization.com>**
**Betreff: FW: Innovatis**

FYI

Would you like me to call Mr Miemi ?

Kind regards

---

**From:** Pelitçi Klaus D. (SIHZ 62)
**Sent:** Tuesday, November 24, 2009 11:36 AM
**To:** Trounce Jonathan (SIHE 62)
**Cc:** Accaoui Ziad (SIHZ 62)
**Subject:** Innovatis
**Importance:** High

Dear Jonathan

Mr Miemi called from america and he asked information for his up mentioned personal account. we told him that we do not have such an account open with us.

please contact him 001 303 386 5676. (he also mentioned that he does not know you). very strange. he also mentioned that he have statements from his account, witch defiantly not where sent from our side.

if you have further questions please do not hesitate to contact me.

br klaus

3

CS 0003

Klaus-Dieter Pelitci
CREDIT SUISSE GROUP
SIHZ 6
Paradeplatz 8
Postfach 500
CH-8070 Zürich
Phone: +41 44 334 48 49
Fax: +41 44 333 60 73
klaus-d.pelitci@credit-suisse.com
http://www.credit-suisse.com <http://www.credit-suisse.com>
*******************************************

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any transmission errors. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. CREDIT SUISSE GROUP and each of its subsidiaries reserve the right to intercept and monitor all e-mail communications through its networks if legally allowed. Message transmission is not guaranteed to be secure.

The documents or information made available via e-mail are published solely for information purposes and does not constitute an offer or an invitation by, or on behalf of, Credit Suisse to buy or sell any securities or related financial instruments or to participate in any particular trading strategy in any jurisdiction. It has been prepared without taking account of the objectives, financial situation or needs of any particular investor.

------ Ende der weitergeleiteten Nachricht

------ Ende der weitergeleiteten Nachricht

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.