# EXHIBIT 2

**From**: Madel, Christopher W.
**Sent**: Friday, September 28, 2012 04:08 PM
**To**: 'KEC@Benningtonjohnson.com' <KEC@Benningtonjohnson.com>
**Cc**: 'RMiller@perkinscoie.com' <RMiller@perkinscoie.com>; 'JNorth@cravath.com' <JNorth@cravath.com>
**Subject**: Re: Discovery responses

I'm at a loss on how to respond to you regarding the issues relating to your discovery responses. In a nutshell, your client didn't answer anything.

We will schedule the call with the Court for October 16. In the meantime, we will send you a letter regarding how you didn't answer anything. In the meantime, if you decide to change your position to a degree that represents actual compliance with our discovery requests (and the Court's Order permitting actual discovery), we will tell the Court there is no need for the October 16 call.

Thanks and have a great weekend,
Chris


**From**: Kate Craigmile [mailto:KEC@Benningtonjohnson.com]
**Sent**: Friday, September 28, 2012 03:59 PM
**To**: Madel, Christopher W.
**Cc**: Robert N. Miller (RMiller@perkinscoie.com) <RMiller@perkinscoie.com>; Julie North <JNorth@cravath.com>
**Subject**: Re: Discovery responses

Chris-

I did not know of any issue or that someone was contacting Judge Jackson to schedule a call.  I am involved with a client meeting/investigation all afternoon.  I contacted Julie North and she also is in a client meeting.  I believe I am available October 16.

Please let us know what it is you want to address regarding the discovery responses.

Sent from my iPad

On Sep 28, 2012, at 2:27 PM, "Madel, Christopher W." <CWMadel@rkmc.com> wrote:

Kate -

I left you a voicemail regarding this, but Bob Miller contacted the Court to schedule a conference call regarding Credit Suisse's discovery responses.  The Court stated that Judge Jackson can do a short call this afternoon before 3:30 your time but he leaves for a two-week vacation tomorrow.  If you cannot do the call today, he will do a call when he returns on October 16.  Are you available today for a call?

Thanks,

Chris

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

_____