# EXHIBIT 5



# CREDIT SUISSE

http://www.directnet.com
23.11.2009 / 08:19 CET

## Safekeeping Account Position

| | | | |
|---|---|---|---|
| Safekeeping Account | 1128069-15-3 | Bank | CREDIT SUISSE AG |
| Name | Safekeeping account Mesa Homes | Current Date | 23.11.2009 / 08:19 CET |
| Valuation Date | 20.11.2009 | Reporting Currency | USD    6,234,045 |

**Investments**
**Bonds & similar**
**Bonds & similar    EUR / Bonds**

| Curr. | Nominal / Amount | Security Description<br>Maturity | Valor | Curr.<br>Curr. | Price<br>Av. Purchase Price | Market Value USD<br>Accrued Interest | Unreal. P/L total USD |
|---|---|---|---|---|---|---|---|
| EUR | 4,000,000 | 9 % TOPHEDGE AG 2008-1.6.20 | 4605295.0 | | 103%<br>103% | 6,116,758<br>117,287 | |
| **Total Bonds & similar** | | **EUR / Bonds** | | | | **6,234,045** | |

**Total Bonds & similar**                                                                                           6,234,045

**Total Investments**                                                                                                 6,234,045

Hotline   Switzerland: 0844 800 888
          International: + 41 844 800 888

1 / 1