# EXHIBIT 6

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

To:      File

From:  Christopher W. Madel

Date:   October 10, 2012

Re:      Voicemail message from Julie North re Account Position Statement

*Niemi – 126330.0000*

---

Hey Chris.  It's Julie North from Cravath, Swaine & Moore.  Just wanted to let you know that I'm about to send you a letter relating to the account position statement that is *Exhibit 4* to Bruce Manning's declaration in connection with the preliminary injunction.  I guess it was a temporary restraining order that you guys filed against Credit Suisse.

And as you'll see from the letter, it it appears to us that that statement was altered and my letter is asking for you to provide us any information that you may have with respect to how that document was altered.  And as I recall from having read the May 25 preliminary injunction hearing transcript that you guys did a fair amount of work looking at the metadata of various documents.  And to the extent that you could take a look at whatever metadata there is relating to that account position statement we'd appreciate it.

If you have any questions, give me a call.  212-474-1752.  Thanks.

dmv

83435488.1