IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                Date: October 19, 2012
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-00869-RBJ

*Parties*:                                    *Counsel*:

JOHN NIEMI,                                   Christopher Madel
ROBERT NAEGELE, III, and                      Robert Miller
JESPER PARNEVIK,                              Aaron Thom

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,                               Phillip Douglass
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC,
BARRY FUNT, and
CREDIT SUISSE, AG,                            Kathleen Craigmile
                                              Julie North
    Defendants.                              Justine Beyda

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:      8:59 a.m.**

Appearances of counsel.

Preliminary remarks by the Court.

Ms. North, Ms. Beyda and Mr. Madel address the Court regarding Credit Suisse AG's Motion for Continuance of October 19 Preliminary Injunction Hearing, Consent to Extend Temporary Restraining Order Pursuant to F.R.C.P. 65(b)(2), and Request for Additional Time to Comply with October 16 Discovery Order #[137].

Court questions counsel regarding the safekeeping and collateral accounts.

Mr. Miller addresses the Court regarding a translated email.

Plaintiff's witness, Chin Sue Virnich called and sworn.

9:25 a.m.        Direct examination of Ms. Virnich by Mr. Miller.

**Exhibit 1 is ADMITTED.**

**Exhibit 2 is ADMITTED.**

Witness excused.

Plaintiff's witness, John Niemi, called and sworn.

9:32 a.m.        Direct examination of Mr. Niemi by Mr. Madel.

**Exhibit 3 is ADMITTED.**

**Exhibit 4 is ADMITTED.**

**Exhibit 5 is ADMITTED.**

**Exhibit 6 is ADMITTED.**

**Exhibit 7 is ADMITTED.**

**Exhibit 8 is ADMITTED.**

**Exhibit 9 is ADMITTED.**

**Exhibit 10 is ADMITTED.**

**Exhibit 11 is ADMITTED.**

**Exhibit 12 is ADMITTED.**

**10:32 a.m.      Court in recess.**

**10:49 a.m.     Court in session.**

Cross examination of Mr. Niemi by Ms. North.

**Exhibits CS4, CS5, CS7, CS9, CS11, CS13, CS14, CS26 and CS28 are ADMITTED.**

Plaintiff rests.

Mr. Madel requests the Court grant Plaintiffs' Request for Entry of Default Against Defendants Erwin Lasshofer, Innovatis GMBH, Innovatis Immobilien GMBH, and Innovatis Asset Management, SA, Pursuant to Rule 55 (a) #[52].

Ms. Craigmile addresses the Court regarding the issues of discovery.

Mr. Miller addresses the Court requesting Credit Suisse set aside payment to post a bond.

For the reasons as stated on the record it is:

**ORDERED:** Credit Suisse AG has until Monday, **October 22, 2012 at 12:00 pm** to file a statement of assurance that nothing will be removed from the Credit Suisse AG accounts of Innovatis contrary to this Court's order.  If the assurance is not filed, the court orders that $2,180,000.00 be taken out of the account and put it in an escrow account in Denver, Colorado and that a bond be filed in the amount of $6.8 million.

**ORDERED:** Plaintiffs' Motion for Leave to Amend Their Verified Complaint to Add Nominal Defendant #[85] is GRANTED.

**ORDERED:** Plaintiffs' Motion for Preliminary Injunction Order #[106] is GRANTED.  The Court orders and enjoins Credit Suisse AG from permitting any of the funds of the Innovatis Group that are on file or on deposit in the collateral account or any of the subaccounts to be removed by Innovatis, Erwin Lasshofer, or anyone else.

**ORDERED:**  Credit Suisse AG's Motion for Continuance of October 19 Preliminary Injunction Hearing, Consent to Extend Temporary Restraining Order Pursuant to F.R.C.P. 65(b)(2), and Request for Additional Time to Comply with October 16 Discovery Order #[137] is DENIED.

**Court in recess:     12:32 p.m.**

Hearing concluded.

Total time:     03:16

3