**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

## CREDIT SUISSE AG'S NOTICE OF ASSURANCE

Nominal Defendant Credit Suisse AG, by and through its undersigned counsel, submits the following notice of assurance in response to the Court's October 19, 2012 oral order and minute entry, Doc. 139 ("Order"):

Credit Suisse AG assures that it will maintain all funds in the Innovatis collateral account that is the subject of the Court's Order (Account No. 0835-1128069-12, including any sub-accounts) until a final non-appealable judgment has been rendered in this action or until further order of this Court.   In the event that the preliminary injunction order against Credit Suisse AG

in this action is vacated, this assurance shall no longer be effective.

Respectfully submitted this 22nd day of October, 2012.

*s/ Kathleen E. Craigmile*

Kathleen E. Craigmile
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Julie North
Justine Beyda
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  212-474-1752

*Attorneys for Nominal Defendant Credit Suisse AG*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2012, a copy of the foregoing **CREDIT SUISSE AG'S NOTICE OF ASSURANCE** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015
CWMadel@rkmc.com
BDManning@rkmc.com

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255
rmiller@perkinscoie.com
sdunn@perkinscoie.com

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver

6400 South Fiddlers Green Circle, #1820
Denver, CO 80111
*kdevans@s-elaw.com*
*pdouglass@s-elaw.com*

*s/ Marie Newberger*

_____