**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

      Defendants,

CREDIT SUISSE A.G.,

      Nominal Defendant.

---

**CREDIT SUISSE AG'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

---

Nominal Defendant Credit Suisse AG ("Credit Suisse"), by and through its undersigned

counsel, sets forth the following averments, admissions, denials and defenses for its Answer to

Plaintiffs' Amended Complaint (Doc. 85). Each allegation not specifically admitted is deemed

denied.[1]

---

[1]      Credit Suisse reads the Amended Complaint to limit the term "Defendants" to
include only Michael Frank Burgess, Erwin Lasshofer, Innovatis GMBH, Innovatis Asset
Management SA, Lexington Capital & Property Investments, LLC and Barry Funt. To the
extent Plaintiffs intend to refer to Credit Suisse when using the term "Defendants," Credit Suisse
denies all such allegations.

1.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 1 and therefore denies same.

2.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 2 and therefore denies same.

3.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of the first three sentences of Paragraph 3 and therefore denies same.  Answering the fourth sentence of Paragraph 4, Credit Suisse avers that the Preliminary Order of Forfeiture was vacated on July 26, 2012, avers that both the Preliminary Order of Forfeiture and the order vacating it speak for themselves, and denies any allegations contrary thereto or inconsistent with those orders.

4.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 4 and therefore denies same.

5.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 5 and therefore denies same.

6.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 6 and therefore denies same.

7.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 7 and therefore denies same.

8.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 8 and therefore denies same.

9.      Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 9 and therefore denies same.

10.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 10 and therefore denies same.

11.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 11 and therefore denies same.

12.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 12 and therefore denies same.

13.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 13 and therefore denies same.

14.     Answering Paragraph 14, Credit Suisse states that it is a bank with its headquarters at Paradeplatz 8, 8001 Zurich, Switzerland and admits that Defendant Innovatis Asset Management S.A. has an account at Credit Suisse, account number 0835-1128069-12, which has several subaccounts associated with it.  Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of the third sentence of Paragraph 14 and therefore denies same.

15.     Credit Suisse admits the allegations of Paragraph 15.

16.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 16 and therefore denies same.

17.     Answering Paragraph 17, Credit Suisse admits that upon the request of Innovatis as account holder, a portfolio safekeeping account in the name of Innovatis re Mesa Homes was set up and that this subaccount bore the account number 1128069-15-3.  Credit Suisse denies all remaining allegations of Paragraph 17.

18.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 18 and therefore denies same.

19.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 19 and therefore denies same.

20.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 20 and therefore denies same.

21.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 21 and therefore denies same.

22.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 22 and therefore denies same.

23.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 23 and therefore denies same.

24.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 24 and therefore denies same.

25.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 25 and therefore denies same.

26.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 26 and therefore denies same.

27.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 27 and therefore denies same.

28.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 28 and therefore denies same.

29.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 29 and therefore denies same.

30.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 30 and therefore denies same.

31.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 31 and therefore denies same.

32.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 32 and therefore denies same.

33.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 33 and therefore denies same.

34.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 34 and therefore denies same.

35.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 35 and therefore denies same.

36.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 36 and therefore denies same.

37.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 37 and therefore denies same.

38.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 38 and therefore denies same.

39.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 39 and therefore denies same.

40.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 40 and therefore denies same.

41.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 41 and therefore denies same.

42.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 42 and therefore denies same.

43.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 43 and therefore denies same.

44.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 44 and therefore denies same.

45.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 45 and therefore denies same.

46.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 46 and therefore denies same.

47.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 47 and therefore denies same.

48.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 48 and therefore denies same.

49.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 49 and therefore denies same.

50.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 50 and therefore denies same.

51.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 51 and therefore denies same.

52.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 52 and therefore denies same.

53.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 53 and therefore denies same.

54.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 54 and therefore denies same.

55.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 55 and therefore denies same.

56.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 56 and therefore denies same.

57.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 57 and therefore denies same.

58.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 58 and therefore denies same.

59.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 59 and therefore denies same.

60.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 60 and therefore denies same.

61.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 61 and therefore denies same.

62.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 62 and therefore denies same.

63.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 63 and therefore denies same.

64.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 64 and therefore denies same.

65.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 65 and therefore denies same.

66.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 66 and therefore denies same.

67.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 67 and therefore denies same.

68.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 68 and therefore denies same.

69.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 69 and therefore denies same.

70.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 70 and therefore denies same.

71.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 71 and therefore denies same.

72.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 72 and therefore denies same.

73.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 73 and therefore denies same.

74.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 74 and therefore denies same.

75.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 75 and therefore denies same.

76.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 76 and therefore denies same.

77.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 77 and therefore denies same.

78.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 78 and therefore denies same.

79.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 79 and therefore denies same.

80.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 80 and therefore denies same.

81.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 81 and therefore denies same.

82.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 82 and therefore denies same.

83.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 83 and therefore denies same.

84. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 84 and therefore denies same.

85. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 85 and therefore denies same. Credit Suisse specifically denies that the Safekeeping account Mesa Homes was accessible to Plaintiff Niemi.

86. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 86 and therefore denies same.

87. Answering Paragraph 87, Credit Suisse admits that account number 1128069-15-3, a sub-account of Innovatis Asset Management S.A. account number 0835-1128069-12, was opened. Credit Suisse is without sufficient information to ascertain the truth or falsity of the remaining allegations of Paragraph 87 and therefore denies same

88. Credit Suisse admits the allegations of Paragraph 88.

89. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 89 and therefore denies same.

90. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 90 and therefore denies same.

91. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 91 and therefore denies same.

92. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 92 and therefore denies same.

93. Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 93 and therefore denies same.

94.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 94 and therefore denies same.

95.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 95 and therefore denies same.

96.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 96 and therefore denies same.

97.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 97 and therefore denies same.

98.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 98 and therefore denies same.

99.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 99 and therefore denies same.

100.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 100 and therefore denies same.

101.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 101 and therefore denies same.

102.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 102 and therefore denies same.

103.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 103 and therefore denies same.

104.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 104 and therefore denies same.

**12-CV-869-RBJ:  CREDIT SUISSE AG'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

105.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 105 and therefore denies same.

106.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 106 and therefore denies same.

107.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 107 and therefore denies same.

108.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 108 and therefore denies same.

109.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 109 and therefore denies same.

110.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 110 and therefore denies same.

111.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 111 and therefore denies same.

112.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 112 and therefore denies same.

113.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 113 and therefore denies same.

114.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 114 and therefore denies same.

115.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 115 and therefore denies same.

116.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 116 and therefore denies same.

117.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 117 and therefore denies same.

118.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 118 and therefore denies same.

119.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 119 and therefore denies same.

120.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 120 and therefore denies same.

121.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 121 and therefore denies same.

122.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 122 and therefore denies same.

123.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 123 and therefore denies same.

124.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 124 and therefore denies same.

125.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 125 and therefore denies same.

126.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 126 and therefore denies same.

127.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 127 and therefore denies same.

128.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 128 and therefore denies same.

129.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 129 and therefore denies same.

130.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 130 and therefore denies same.

131.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 131 and therefore denies same.

132.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 132 and therefore denies same.

133.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 133 and therefore denies same.

134.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 134 and therefore denies same.

135.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 135 and therefore denies same.

136.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 136 and therefore denies same.

137.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 137 and therefore denies same.

138.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 138 and therefore denies same.

139.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 139 and therefore denies same.

140.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 140 and therefore denies same.

141.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 141 and therefore denies same.

142.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 142 and therefore denies same.

143.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 143 and therefore denies same.

144.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 144 and therefore denies same.

145.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 145 and therefore denies same.

146.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 146 and therefore denies same.

147.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 147 and therefore denies same.

148.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 148 and therefore denies same.

149.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 149 and therefore denies same.

150.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 150 and therefore denies same.

151.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 151 and therefore denies same.

152.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 152 and therefore denies same.

153.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 153 and therefore denies same.

154.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 154 and therefore denies same.

155.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 155 and therefore denies same.

156.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 156 and therefore denies same.

157.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 157 and therefore denies same.

158.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 158 and therefore denies same.

159.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 159 and therefore denies same.

160.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 160 and therefore denies same.

161.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 161 and therefore denies same.

162.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 162 and therefore denies same.

163.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 163 and therefore denies same.

164.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 164 and therefore denies same.

165.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 165 and therefore denies same.

166.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 166 and therefore denies same.

167.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 167 and therefore denies same.

168.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 168 and therefore denies same.

169.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 169 and therefore denies same.

170.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 170 and therefore denies same.

171.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 171 and therefore denies same.

172.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 172 and therefore denies same.

173.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 173 and therefore denies same.

174.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 174 and therefore denies same.

175.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 175 and therefore denies same.

176.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 176 and therefore denies same.

177.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 177 and therefore denies same.

178.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 178 and therefore denies same.

179.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 179 and therefore denies same.

180.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 180 and therefore denies same.

181.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 181 and therefore denies same.

182.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 182 and therefore denies same.

183.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 183 and therefore denies same.

184.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 184 and therefore denies same.

185.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 185 and therefore denies same.

186.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 186 and therefore denies same.

187.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 187 and therefore denies same.

188.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 188 and therefore denies same.

189.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 189 and therefore denies same.

190.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 190 and therefore denies same.

191.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 191 and therefore denies same.

192.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 192 and therefore denies same.

193.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 193 and therefore denies same.

194.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 194 and therefore denies same.

195.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 195 and therefore denies same.

196.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 196 and therefore denies same.

197.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 197 and therefore denies same.

198.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 198 and therefore denies same.

199.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 199 and therefore denies same.

200.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 200 and therefore denies same.

201.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 201 and therefore denies same.

202.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 202 and therefore denies same.

203.    Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 203 and therefore denies same.

204.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 204 and therefore denies same.

205.     Answering Paragraph 205, Credit Suisse incorporates by reference the referenced plea agreement and preliminary order of forfeiture, states that those documents speak for themselves and deny any allegations of Paragraph 205 inconsistent with those documents.

206.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 206 and therefore denies same.

207.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 207 and therefore denies same.

208.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 208 and therefore denies same.

209.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 209 and therefore denies same.

210.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 210 and therefore denies same.

211.     Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of Paragraph 211 and therefore denies same.

212.     Answering Paragraph 212, Credit Suisse incorporates the foregoing paragraphs as if stated fully herein.

213-333.   Paragraphs 213 through 333 assert claims for relief against Defendants and not against Credit Suisse.  To the extent such paragraphs could be construed as asserting allegations

relevant to any claim against Credit Suisse, Credit Suisse is without sufficient information to ascertain the truth or falsity of the allegations of these paragraphs and therefore denies same.

334.    Answering Paragraph 334, Credit Suisse admits that filings in this action reflect that the identified Defendants have not complied with the Court's injunctive orders.  To the extent Plaintiffs' allegations could be construed as contradicting or inconsistent with such filings, Credit Suisse denies same.

335.    Answering Paragraph 335, Credit Suisse admits that Defendant Innovatis Asset Management S.A. has an account at Credit Suisse, account number 0835-1128069-12, which has several subaccounts associated with it.

336.    Answering Paragraph 336, Credit Suisse admits that account number 0835-1128069-12 and its associated subaccounts are subject to injunctive orders granted by this Court.

337.    Paragraph 337 does not assert factual allegations against Credit Suisse, but rather describes the relief against Credit Suisse to which Plaintiffs assert they are entitled.  To the extent that Paragraph 337 asserts allegations of fact, Credit Suisse is without sufficient information to ascertain the truth or falsity of such allegations and therefore denies same.

## DEFENSES

1.    The Court should decline to order the relief sought by Plaintiffs against Credit Suisse on grounds of comity.

2.    The Court should decline to order the relief sought by Plaintiffs against Credit Suisse on grounds of equitable estoppel.

**WHEREFORE,** Credit Suisse respectfully asks that Plaintiffs take nothing by their claim for relief against Credit Suisse.

Respectfully submitted this 2nd day of November, 2012.

*s/ Kathleen E. Craigmile*

_____

Kathleen E. Craigmile
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Julie North
Justine Beyda
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1752

*Attorneys for Nominal Defendant*
*Credit Suisse AG*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2012, a copy of the foregoing **CREDIT SUISSE AG'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015
*CWMadel@rkmc.com*
*BDManning@rkmc.com*

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 80111
*kdevans@s-elaw.com*
*pdouglass@s-elaw.com*

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255
*rmiller@perkinscoie.com*
*sdunn@perkinscoie.com*

*s/ Marie Newberger*

_____