IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

## CREDIT SUISSE AG'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

---

Nominal Defendant Credit Suisse AG ("Credit Suisse"), through its undersigned counsel, moves as follows for a 30-day extension of time to file a response to Plaintiffs' Motion for Summary Judgment Against the Lasshofer Defendants and Credit Suisse AG, Doc. No. 151 (hereinafter, "Motion").

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A

The undersigned counsel has conferred by telephone with Messrs. Madel and Thom, counsel for Plaintiffs, regarding the extension requested herein and is authorized to state that Plaintiffs do not oppose the relief sought.

## MOTION

1. On December 20, 2012, Plaintiffs filed their Motion seeking dispositive relief against Defendants and Nominal Defendant Credit Suisse. Pursuant to Fed. R. Civ. P. 6(a) & (d) and D.C.COLO.LCivR 56.1.A, the deadline for responding to the Motion is January 14, 2013. Undersigned counsel for Credit Suisse, Kathleen Craigmile, was scheduled for and recently underwent surgery on January 2, 2013. Ms. Craigmile's surgery necessitates a recovery period of at least one week, during which she will be unable to work a normal schedule. Additionally, Ms. Craigmile is counsel in several other matters which require her attention upon her return to work, including an antitrust action with an upcoming discovery deadline and related deadlines.

2. Ms. Craigmile has discussed this situation with counsel for Plaintiffs, and they have confirmed that Plaintiffs do not oppose a 30-day extension of time for Credit Suisse to respond to the Motion for Summary Judgment. Credit Suisse has not requested any previous extension to respond to the Motion.

3. For the foregoing reasons, Credit Suisse respectfully requests that the Court grant its unopposed motion and enter an order extending the deadline to respond to Plaintiffs' Motion by 30 days, up to and including February 13, 2013.

Dated: January 7, 2013

s/ Kathleen E. Craigmile

Kathleen E. Craigmile
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Phone: (303) 629-5200

Julie North
Justine Beyda
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1752

*Attorneys for Nominal Defendant
Credit Suisse AG*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2013, a copy of the foregoing **CREDIT SUISSE AG'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Lauren Elizabeth Schrero
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015

Robert Nolen Miller
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 8011

*In compliance with Local Rule 6.1.E, I hereby certify that a copy of the foregoing was also served on Nominal Defendant Credit Suisse A.G., via mail as follows:*

Ina Hasdenteufel, LLM
Credit Suisse AG
Litigation Attorney Zurich, YLSC 11
Brandeschenkestrasse 25
P.O. Box
CH-8070 Zurich

s/ Sabrina D. Johnston

*Sabrina D. Johnston* (signature)