IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC, and
BARRY FUNT,

      Defendants,

CREDIT SUISSE A.G.,

      Nominal Defendant.

**PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT AGAINST THE LASSHOFER DEFENDANTS**

Plaintiffs John Niemi, Robert Naegele, III, and Jesper Parnevik respectfully submit

this Reply in support of their Motion for Summary Judgment against the Lasshofer

Defendants. Plaintiffs filed their Motion for Summary Judgment (Dkt. 151) against the Lasshofer Defendants and Credit Suisse on December 20, 2012. These Defendants' summary-judgment responsive papers were thus required to be filed with this Court on or before January 14, 2013 at 11:59:59 p.m.[1]

On January 7, 2013, however, Credit Suisse moved for an extension of time to file its summary-judgment responsive papers. (Dkt. 155.) As Credit Suisse correctly stated in its Motion for Extension of Time to Respond, Plaintiffs did not oppose Credit Suisse's requested extension due to the personal medical situation of Credit Suisse's counsel. (*Id.* at 2.) On January 8, 2013, this Court granted Credit Suisse's motion and extended its time to respond to Plaintiffs' Motion for Summary Judgment to February 13, 2013. (Dkt. 156.)

---

[1]   D.C.COLO.LCivR 56.1.A governs summary judgment motions. This Rule provides that "[a] response brief shall be filed within 21 days after the date of service of the motion, or such other time as the court may order."

Plaintiffs filed their Summary Judgment Motion on December 20, 2012. (Dkt. 151.) Thus, this 21-day period began running on December 21 and every day, including intermediate Saturdays, Sundays, and legal holidays, counted. Fed. R. Civ. P. 6(a)(1). The 21-day period, therefore, ended on Thursday, January 10, 2013.

However, pursuant to Fed. R. Civ. P. 6(d), "[w]hen a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)." Because Plaintiffs served their Motion for Summary Judgment via electronic means (Fed. R. Civ. P. 5(b)(2)(E)), Defendants' summary-judgment responsive papers were due three days after the period would otherwise expire, i.e., Sunday, January 13, 2013.

"[I]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(d). Therefore, the Lasshofer Defendants' summary-judgment responsive papers were due not later than Monday, January 14, 2013 at 11:59:59 p.m. (Mountain Time), absent a Court-ordered extension. D.C.COLO.LCivR 77.1.

2

In contrast to Credit Suisse, the Lasshofer Defendants did not contact Plaintiffs to seek an extension of time to file their summary-judgment responsive papers. The Lasshofer Defendants did not file any motion requesting such an extension, either. And even though their deadline to file their Response to Plaintiffs' Motion for Summary Judgment was January 14, 2013, the Lasshofer Defendants filed nothing in response to Plaintiffs' Motion for Summary Judgment.

Plaintiffs remain concerned that the Lasshofer Defendants will continue their efforts to thwart Plaintiffs' attempts to seek redress relating to the Lasshofer Defendants' fraud. Here, the Lasshofer Defendants have failed to respond to Plaintiffs' Motion for Summary Judgment before the mandated deadline. They also continue to ignore this Court's Orders. Accordingly, and in the interest of expeditiously concluding the instant litigation, Plaintiffs respectfully request that this Court (1) grant their Motion for Summary Judgment as against the Lasshofer Defendants without delay; and (2) enter final judgment with respect to the same pursuant to Fed. R. Civ. P. 54(b). (*See* Dkt. 151 at 27-28 (discussing Plaintiffs' request under Fed. R. Civ. P. 54(b)).)

Because Credit Suisse's time for responding to Plaintiffs' Motion for Summary Judgment has not passed, Plaintiffs (obviously) do not ask that summary judgment be entered against Credit Suisse at this time. Plaintiffs will reply to Credit Suisse's Response to their Motion for Summary Judgment after the Response is filed.

DATED this 15th day of January, 2013.

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

*/s/Christopher W. Madel*
Christopher W. Madel
Bruce D. Manning
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
cwmadel@rkmc.com
bdmanning@rkmc.com

And

Robert N. Miller
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303-291-2300
Facsimile: 303-291-2400
rmiller@perkinscoie.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2013, I electronically filed the foregoing PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF SUMMARY JUDGMENT AGAINST THE LASSHOFER DEFENDANTS AND CREDIT SUISSE AG with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Justine Victoria Beyda**
  jbeyda@cravath.com,mao@cravath.com
- **Kathleen E. Craigmile**
  kec@benningtonjohnson.com,dtb@benningtonjohnson.com, man@benningtonjohnson.com,tlp@benningtonjohnson.com, afa@benningtonjohnson.com
- **Kevin D. Evans**
  kdevans@s-elaw.com,pdouglass@s-elaw.com,sjoshi@s-elaw.com, tbaksay@s-elaw.com
- **Christopher William Madel**
  cwmadel@rkmc.com,dclandis@rkmc.com,dmvanalstine@rkmc.com, ELBecker@rkmc.com,arthom@rkmc.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
- **Julie Anne North**
  jnorth@cravath.com,mao@cravath.com

/s/Christopher W. Madel
Christopher W. Madel
Bruce D. Manning
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
cwmadel@rkmc.com
bdmanning@rkmc.com

ATTORNEYS FOR PLAINTIFFS

83627189.1

6