# ATTACHMENT A

# WEEKLY NEWSLETTER #8/2013


INNOVATIS — THE ASSET OF INNOVATION

## Market Commentary

The well known VIX-Index, the benchmark for the implied volatility of the US-stock market, showed some extremes in the last few days. The positive market enviroment and the still very optimistic sentiment lowered the measure for the expected oscillation of the S&P 500 to under 12,5 on tuesday. That was the lowest level of the VIX since May 2007. One day later, on wednesday, the VIX shoot up 19% percent, the most in 15 months. The reason for this massive movement was the debate over the monetary stimulus that the Federal Reserve's last meeting showed. The Quantitative Easing programs of the Fed have fueled the bull markets in equities and bonds for years now and have furthermore inspired other central banks to initiate similar programs. The Fed is currently in the third round of bond purchases, whereas the ECB also has promised to buy as many securities as needed to lower borrowing costs and preserve the Euro. The minutes of the Federal Open Market Comittee's meeting, which were released on wednesday, showed a discussion on the question how to proceed with the bond purchases. This raised fears of market participants, that an important energy fueling the market for years now could vanish. Policy makers participating in the meeting were divided about the strategy of buying bonds until there is substantial improvement in the U.S. labor market, which is burdened with a high number of unemployed people at the moment. Some participants declared themselves in favour of an earlier end of the purchases, while others said, that the central bank should at least vary the pace of their monthly bond purchases. Nevertheless the markets sentiment stays optmistic at the moment and the fear among the market participants is still low, as the absolute level of the VIX shows (see CHART OF THE WEEK). This, however,* would definitely change if the monetary stimulus would cease.

| Last Trading Day | Ticker | Price | Day | YTD |
|---|---|---|---|---|
| MSCI World | MXWO Index | 1.410 01 | 0 69% | 5,34% |
| MSCI Emerging | MXEF Index | 1.068 46 | 0,42% | 1 26% |
| S&P 500 | SPX Index | 1 5 1,95 | 1 24% | 6 01% |
| Dow Jones Industria | INDU Index | 13.927 54 | -0,77% | 6 28% |
| Nasdaq | NDX Index | 2.739,99 | -1,54% | 2,97% |
| Eurostoxx 50 | SX5E Index | 2.594,90 | 1,72% | 1,56% |
| Dax | DAX Index | 7.606, 3 | -1,58% | 0,0 % |
| FTSE 100 | UKX Index | 6.297,68 | 1,53% | 6, 8% |
| CAC 40 | CAC ndex | 3 647,12 | 1,69% | 0,17% |
| Nikkei 225 | NKY Index | 1.309 13 | -1,39% | 8,79% |

Source: Bloomberg Finance L.P.

**INDUSTRY GROUP PERFORMANCE - TOTAL RETURN GROSS DIV. (S&P)**

| Last Trading Day | Ticker | Weight | Day | YTD |
|---|---|---|---|---|
| Utilities | S5UTIL Index | 3,41% | -0,22% | 5,92% |
| Telecommunications | S5TELS Index | 2,96% | -0 21% | 3 69% |
| Health | S5HLTH In ex | 12 28% | -0,66% | 8,75% |
| Consumer Staples | S5CONS In ex | 10 86% | -0,14% | 8,79% |
| Energy | S5ENRS Index | 11,13% | -1,82% | 7,83% |
| Financials | S5FINL Index | 15,93% | -1,43% | 7,79% |
| Cosumer discretionary | S5COND Index | 11,44% | -1,54% | 6,21% |
| Industrial | S5INDU Index | 10,28% | -1,34% | 7,88% |
| Materials | S5MATR Index | 3,44% | -2 81% | 1,30% |
| Technology | S5INFT Index | 18,26% | -1,53% | 2 05% |

Source: Bloomberg Finance L P.

## Chart of the Day


Developement of VIX (Source: Bloomberg)



In a market enviroment where valuation levels are approaching fair levels and sentiments, at least in part, are overly optimistic, it is highly probable, that it will constantly gets harder to earn a decent performance.

With it's high return products Innovatis offers a smart solution for Investors, which want to enhance their chances to earn money on the markets despite this increasingly difficult enviroment.

Experienced professionals at Innovatis engineer products, that provide the investor with a high monthly coupon and offer an attractive overall return. The products have a maturity of only one year but can be already redeemed after one month, depending on the underlyings.

The special payment structure of these products leads to a high level of independence in regard to the developement of the markets and furthermore creates a relevant safety buffer for the investor.

Investors and agents interested please ask for further information at fp@innovatis-organization.com

Disclaimer: The information on this page is intended for information purposes only, and does not constitute an offer. Unless stated to the contrary, all figures are unaudited. It is expressly not intended for persons who, due to their nationality or place of residence, are not permitted to access such information under local law. Every investment involves risk, especially with regard to fluctuations in value and return. Historical returns and financial market scenarios are no guarantee of current or future performance. The performance data takes no account of the commissions and fees charged for the issuance and redemption of units. Neither this document nor any copy thereof may be sent, taken into or distributed in the United States or to any U.S. person.
Copyright © 2012 INNOVATIS Group of Companies and/or its affiliates. All rights reserved

INNOVATIS-ORGANIZATION.COM         CONSULTING  •  ASSET MANAGEMENT & FUNDS  •  EQUITY & REAL ESTATE