**ATTACHMENT B**

## Cheryl Turner

**From:** Justin Land
**Sent:** Monday, January 28, 2008 9:51 AM
**To:** Betty Lechman; Cheryl Turner
**Subject:** FW: AZCO - JP Morgan

FYI - Update on AZCO. Cheryl please make sure this gets in the file

---

**From:** Justin Land
**Sent:** Friday, January 25, 2008 10:17 AM
**To:** 'Kit Phillips'; 'Pat Donovan'; 'cwilson@phillipscapital.biz'; Ray Baker; 'Michael Baker'; 'tom@sageloans.com'; 'William B. Mark'
**Cc:** Dennis Houck; Gary Levine
**Subject:** AZCO - JP Morgan

This email is to update you on some recent news we've received regarding the Shock Hill construction loan which was under review with JP Morgan to close this spring and supply funds for the construction of the two lodges at Shock Hill on the mountain at Breckenridge. The Borrower has notified us that JP Morgan is no longer a candidate for the construction loan. The Borrower received notification that the SVP that was working on the loan had been laid off along with a variety of others in the bank's residential construction hierarchy. They were told that JPM was scrapping residential construction loans under review and that the bank could no longer pursue the Shock Hill loan. They were told the decision was not related to the specific loan request, but rather because of the general direction of the bank. They were advised that of the two likely participants on the deal, US Bank and United Western Bank, that US Bank was undergoing similar issues and was not a candidate to pursue the request. United Western Bank has expressed an interest to continue looking at a participation in the construction loan approximately equal to their $24MM commitment in the land; due to the small capacity they have though they are not a likely candidate to lead the loan.

The Borrower is optimistic that there is still sufficient time to get the loan in place for their projected May construction start date and is exploring many options at this time, including talking to the banks which had expressed an interest prior to them going forward with JP Morgan. They will update us frequently on the status of their efforts to place the loan and the specific banks that they are talking to; we will update you as we get more information.

Please let us know if you want to discuss.

Thank you

Justin Land, Vice President
Merchants Mortgage & Trust Corporation
7400 East Crestline Circle, Suite #250
Greenwood Village, CO 80111
720.554.9552 (ph) 303.220.3340 (fax)

1/28/2008

RN005449
CONFIDENTIAL