# ATTACHMENT C

BRECK FILE



Breckenridge, Colorado

September 24, 2007

Dear Dennis Houck,

As an investor for The Shock Hill Lodge & Spa, we are providing you with a copy of the upcoming volume of Luxury Living (see page 84).

As you know, Phases I & II were fully reserved on July 24, 2007 within 24 hours. We will be releasing Phase III in early November 2007. If you have any personal or professional acquaintances that may be interested in pre-construction pricing opportunities in Phase III, please contact me directly for details regarding our Shock Hill Lodge & Spa Priority Referral Program.

Thanks again and we will be in contact with you in the near future with more updates on this exceptional development.

Warm Regards,

Scott Mitchell
Broker/Owner
Ten Peaks Sotheby's International Realty
69 Marksberry Way
Breckenridge, CO 80424
970-333-9050
888-453-4887 Toll Free
Scott.Mitchell@SothebysRealty.com
www.ShockHillLodge.com

MESAHOMES
A MESA HOME CLUB & COMMUNITY

www.ShockHillLodge.com

Ten Peaks | Sotheby's
69 Marksberry Way • P.O. Box 4163
Breckenridge, CO 80424
970.453.4887 • 866.453.4887 toll free
TenPeaksSothebysRealty.com