# ATTACHMENT D

# EXHIBIT 24

**Betsy Foster**

From: James Crisanti
Sent: Thursday, February 26, 2009 10:46 AM
To: Bruce Welner
Cc: Beth Barker; Michele DeCarlo; Vicki Mlinarcik; Donna Forsythe
Subject: Breckenridge Investment - Final Observations

Importance: High

Abens 53
Exhibit No.
Date: 9/27/11
M. Mitchell, RDR, CRR

Bruce,

I spoke with Arnie yesterday regarding my concerns with the Breckenridge investment, and my new observations are shown in blue alongside the old ones below. I've told Arnie that I will compose a term sheet regarding our partnership with Bob and get it to them by the weekend. They'll run it by Leonard Street (their lawyers) and get a quote for documenting an operating agreement for the LLC that will be formed to invest your and Bob's money in this project.

I have also arranged to visit the site in Breckenridge and meet with John Niemi Wednesday March 4. You should note that they originally wanted (or still want) to fund THIS SUNDAY MARCH 1! You and I should speak before this weekend to see if you are ready to do so in light of my review below, or if we want to give them a new date by which we can fund. Even though I won't see the location until March 4, I don't think I need to have done that before funding, since you and Arnie have seen the site and have told me what I already expect to see: that this is an A+ property in the prime location in Breckendridge.

My previous observations and additional ones (in blue) since I've spoken with Arnie:

Issues:
1. I'm not a big proponent of the luxury end of the market at this stage in the cycle. Arnie shares my concern and originally was "dead-set" against this investment. He became comfortable in part because an acquaintance of his assured him that Shock Hill is to be built in the best land available in Breckenridge and that this same friend (who is in the business of renting property at ski resorts in Colorado) assures him that in times like these the best-located properties attract the lion's share of the vacationers. He is also comforted by the fact that only a few more condos need to be sold at Shock Hill to get to the minimum required for bank financing (i.e., condo sales have been strong in light of the weak economy). He also made it clear that many of the buyers are coming from the West Coast and Denver, which have been hit less hard than New York and Boston by the meltdown in the financial markets.
2. Is there demand in Breckenridge for such high-end, luxury property? Buyers at Breckenridge cite a number of factors for their interest in the area: (1) easier access to Denver than Vail or Aspen, (2) the quaint, unspoiled and less-touristy town of Breckenridge, and (3) easy access to at least two other major mountains in the area.
3. Additional investment may be required in the form of guarantees. We will have no contractual obligation to provide guaranties or additional funding in the documentation. I would still be concerned that we might have to put more money in at some future point or have the development come to a halt (admittedly a worst-case scenario), but Arnie's response to my issue #5 below somewhat alleviates that concern.
4. This investment doesn't provide diversification for Longboat. This is something with which you have to get comfortable. Currently, over 75% of your real estate portfolio is in Colorado luxury properties. This is a dangerous concentration that will get worse with an investment in this project. You may take comfort from the following: (1) you know the Colorado luxury property market and have expertise on the ground to help you manage it, (2) you intend to sell some of your assets in this category in the near term and/or (3) you feel this market will be hit less hard than other real estate sectors. Unless you gain comfort from one or more of these factors, or you tell me that you want a concentration of your real estate assets in Colorado luxury property, I can't suggest you put more eggs into this basket.
5. Taking over a project of this size and complexity, if required, would be a real stretch for us. Arnie assures me that it would be a snap to find an alternative developer to John Niemi should he not perform under the

1

terms of our agreement with him (namely, selling enough units at Shock Hill or the River Duplexes to get our loan paid off, and raising a new round of equity to see the project through to completion). Arnie feels that the work on the resort done to date has been first-class, and the entitlements alone provide real value to anyone brought in to complete a stalled project, if it gets to that.

Of course there are numerous positive factors for this project which I noted in a previous e-mail.

Let me know if you have any questions or comments on the above. We should figure out where we're going on this in short order given John's funding desires.

Jim

---

**From:** Bruce Weiner
**Sent:** Wednesday, February 25, 2009 4:24 PM
**To:** James Crisanti
**Cc:** Beth Barker; Michele DeCarlo
**Subject:** FW: Term Sheets on Breckenridge Investment

Could you please talk to Bob and Arnie today.
I think where we are is that we need to write a a term sheet for everyone to review before we start drafting. Then get a quote from their attorneys, not to exceed.
In the mean time we will continue your due dillegence. You have to get comfortable with the deal, so talk to Arnie , Bob, John, about your concerns, they should answer you, not me, as I want you to reach your own conclusions.
Also, set up whatever meetings you feel you need to get comfortable in  colo

---

**From:** Arnie Abens [mailto:arnie@abens.com]
**Sent:** Wednesday, February 25, 2009 9:35 AM
**To:** James Crisanti
**Cc:** Bruce Weiner
**Subject:** RE: Term Sheets on Breckenridge Investment

I can also talk at the end of the day...5 est

---

**From:** James Crisanti [mailto:jcrisanti@thelongboatgroup.com]
**Sent:** Tue 2/24/2009 2:49 PM
**To:** Arnie Abens
**Cc:** Bruce Weiner
**Subject:** Term Sheets on Breckenridge Investment

Arnie,

We think it's a good idea to put together term sheets for the agreement(s) Leonard Street and Dienard plans to draft. I would think that we would want to draft up a loan agreement for the investment in the project and a partnership agreement between Bob's organization and ours. I imagine that the cost of the latter would be borne by us, so assembling a term sheet on which we agree would most likely better enable the lawyers to estimate the cost to draft a partnership agreement, as well as help us along with our due diligence.

Regarding due diligence, I also have a few items which give me some pause in this investment. Some might be due to the fact that I haven't yet visited the site or been in on all the phone calls/meetings Bruce has. I would like to run my concerns by you in a phone call which wouldn't take more than 10 minutes. Please let me know when we might be able to discuss them.

Thanks.

BW 01008

Jim

3

BW 01009