

PHOTOGRAPHS BY RONNY MAKAREWICZ FOR THE NEW YORK TIMES

# Vancouver Preens for Olympics and Builds

*From First Escapes Page*

be converted into a 730-unit luxury condominium complex called Millennium Water. About half the units have already been sold, Mr. Rennie said.

A two-bedroom, 1,113-square-foot condo on the fourth floor of a Millennium Water building on Ontario Street was listed last month for $55,900 Canadian dollars ($673,937 at 1.27 Canadian dollars to the U.S. dollar). Three one-bedroom units between 584 and 686 square feet in a building on West First Avenue were listed at 464,900 to 505,900 Canadian dollars. It is possible to put 10 percent down.

Although it is only 35 miles north of the border, Vancouver looks and feels different from any city in the United States or, for that matter, Canada. With its glass-and-steel towers crowding a sweeping harbor, it could be in Asia.

It rains a lot, 44 inches a year, but it rarely snows, which means the Olympic events to be held in the city and nearby suburbs — like hockey, figure skating and curling — will take place on frozen indoor rinks. (The skiing events will be held in the mountains, 77 miles to the north, in Whistler.)

With nearly 16 hours of daylight in summer, Vancouver is an ideal place to play golf at one of the city's 12 courses, or to go boating in the bays and inlets. Three mountains loom over Vancouver, close enough for skiing after school or work. Local residents say it is possible to golf, sail and ski in the same day.

"It's very easy to go places — just a little drive to go up to the Rocky Mountains, and a little south to go to Vancouver Island," said Paulina Chan, a resident of Rumson, N.J., who bought a one-bedroom apartment in the 40-story Capitol Residences under construction in downtown Vancouver after selling her one-bedroom apartment in the Yaletown section last year. According to capitolresidences.com, all 372 suites have sold, for prices ranging from 324,000 Canadian dollars for a one-bedroom place to more than 640,000 dollars for a two-bedroom with a den.

"And people are very friendly, and they're a little bit calmer than New York City," she added, laughing. "The speed is different. There's a different tempo in life, a very high quality of life. When you're considering a second home, you consider the quality of life along with money and convenience."

Same longtime residents in this city of about 600,000 still chuckle when they remember how Jim McKay, the sportscaster, referred to Vancouver as a "village" when the city's soccer team, the Whitecaps, was on its way to winning the North American Soccer League championship in 1979. The city has come a long way.

Namely, Vancouver has became more sophisticated. Ms. Chan, an engineer whose company helps develop environmentally friendly technology projects, also owns homes in Hong Kong, Belgium and Budapest. She travels to Vancouver four or five times a year on business, but she likes to visit its galleries and restaurants when she is in town.

She said she paid about 500,000 Canadian dollars for her new apartment, which she may or may not rent out when she is not in town; she added that she intended to rent her place out for

**RESIDENCES AND RESIDENTS**
Top, the Olympic Village being built at left will become private housing. Above, totem poles at Stanley Park.





the Olympics if she wasn't around. She considered her purchase to be a good one, because the apartment will be centrally located in a vibrant, sophisticated city. "That location would be Madison Avenue in Manhattan," she said.

Despite the Olympics-generated optimism, Vancouver has not been immune to the current real estate slump. According to a report released last month by the Real Estate Board of Greater Vancouver, the number of residential property sales declined by 55 percent from October 2007 to October 2008, from 3,028 to 1,364. And typical residential prices fell by 8.8 percent between May and October, to 518,668 Canadian dollars for single residences and to 358,359 dollars for apartment properties.

According to reports, the Fortress Investment Group, the hedge fund and private equity firm that is the primary source of financing for the $1 billion Olympic Village near downtown, received an advance of 100 million Canadian dollars from the Vancouver City Council to cover cost overruns.

Real estate agents remain optimistic, though, that the market in general will snap back, perhaps in time for the Olympics. Dave Watt, a veteran residential agent and president of the real estate board, said prices "ramped up too much, I think."

Mr. Watt, who grew up in the area, added: "When I was a kid, people's second homes here were cabins. Now, they're far from being cabins."

As Mr. Watt and others tell it, Vancou-

## Waterfront, nearby mountains and urban charms attract second-home buyers.

ver became a much more international city after the World Exposition was held there in 1986. Asians began buying and developing property in the late 1990s. The city attracted Americans, too, many to a growing film industry.

Ten years ago, Steven and Dona Kirby, full-time residents of Reno, Nev., paid 1.35 million Canadian dollars for a three-bedroom, 2,400-square-foot condo next to Coal Harbour. Although the city has become more popular, they have kept their place, usually spending six weeks at a time in it. They also own a place in Fiji.

"It was inevitable," Mr. Kirby, now a retired lawyer, said of the city's growth, "but it has not changed the way we feel about Vancouver one bit. There's been an influx of people, but it hasn't affected our lifestyle at all."

By design, there are no freeways through the city. Those who want to

head miles north to Whistler must negotiate city streets before Provincial Route 99 whisks them through stunning, snow-capped mountains. Left intact, some of Vancouver's strollable neighborhoods have thrived.

Robson Street is funky and eclectic, and South Granville Street, on the south side of False Creek, is lined with boutiques and galleries. Yaletown, at the southern end of the peninsula that forms the downtown, is sort of like the SoHo neighborhood of Manhattan, with cafes and housewares stores. The Kirbys bought an Audi four years ago, but it has fewer than 10,000 miles on it.

Much of the peninsula is surrounded by a sea wall, which is ideal for walking, biking and jogging. The sea wall surrounds Stanley Park, at the tip of the peninsula, which has a rose garden, a yacht club, a small thicket of genuine totem poles, an aquarium and reedy Beaver Lake, where wildfowl converge and tiny frogs hop to and fro.

"You don't have to get on a highway for an hour or two to get to things, as you do in Los Angeles," said Evelyn Froese, an agent for Royal LePage Westside who specializes in waterfront condominiums in Vancouver.

Ms. Froese recently gave a tour of a three-bedroom, 3,500-square-foot 10th-floor waterfront condominium owned by an American in 2 Harbour Green. The harbor (with floatplanes parked at piers), ship dock, convention center, Stanley Park and Vancouver Yacht Club were visible in a sweeping view.

Ms. Froese said three-bedroom units to the 31-story building, which opened in September, were sold three years ago for 4 million Canadian dollars and up. Nearly all these waterfront condominiums are sold before they open, she and Mr. Watt said, with buyers making a 20 percent down payment.

Partly as a result of Vancouver's appeal to Americans, real estate values nearly doubled between 2001 and 2006, Mr. Watt said, with typical single residences rising to a price of nearly 650,000 Canadian dollars and apartments and condos rising to about 400,000 dollars. These prices began to slide only recently, influenced by the downturn in the American economy. "You guys sneeze," Mr. Rennie said, "and we get a little bit of a cold."

The Canadian dollar, which was worth more than the American dollar as recently as September, has dipped to a little over 80 cents. When the American dollar buys more in Canada, the number of visitors from the United States increases, and agents like Ms. Froese and Mr. Watt often field more calls from Americans asking about second homes.

The Olympics are expected to add more curiosity. In February 2010, the rest of the world will see, via Olympic telecasts over 16 days, the assets of Vancouver and expanses of British Columbia. "There's no question that having Vancouver on that international stage can be nothing but fuel for the real estate market here," said Mark Lester, a senior vice president at Colliers International, real estate consultants.

"Personally, I think we'll see even more interest after the Olympics," said Beverly Kniffen, president of Cascadia Pacific Realty.

Ms. Kniffen said about 40 percent of Cascadia Pacific Realty's clients were Americans. Most are interested in buying bigger houses in and around Vancouver to use as second or even third homes. The market has thrived to the point where more affordable housing has been replaced with high-ticket units, many used only part-time.

"It certainly has been a cause of concern," said Brent Toderian, the director of planning for the City of Vancouver. "Some Vancouverites have expressed concern with having to compete with infrequent users — or second-home buyers — in a very expensive marketplace. It's often been a source of tension and debate within the city."

No one knows for sure what Vancouver will be like after the Games, though everyone agrees the city, and Whistler, will become more popular. The attractive waterfront, Vancouver's biggest selling point, will have been virtually developed. As Mr. Rennie said, "Vancouver better hang on tight, because this is as chic as Vancouver will be."

---

## BREAKING GROUND

### The Fairmont Residences, Shock Hill

**WHAT** Ski-in, ski-out development.
**WHERE** Breckenridge, Colo.
**AMENITIES** A spa and an infinity pool, among others.
**PRICES** Residences start at $900,000.
**STATUS** Construction is to begin in the spring, and the opening is scheduled for around the end of 2010. About half the residences have been sold.
**DEVELOPER** Mesa Homes.
**CONTACT** (866) 453-4887 or www.fairmontshockhill.com.
**DETAILS** It is becoming increasingly rare to find a ski area that does not include on-mountain residences, just as upscale golf courses these days are rarely without homes lining their fairways. One new ski-in, ski-out development is the Fairmont Residences, Shock Hill in Breckenridge, Colo., about 80 miles southwest of Denver. Planned are two buildings bookending the midway station at the BreckConnect gondola, which opened in early 2007 and runs from the nearby town to the base arena of two of the resort's four peaks. In those buildings will be 88 one- to four-bedroom residences, which owners will be able to enter in a rental program to serve as hotel rooms while they are away. The residences will feature balconies and gas fireplaces made of rough-cut stone, and most will have sweeping views of the surrounding mountains. Amenities in addition to the private spa and the pool, which will be heated year-round, include a restaurant, a market with a cafe, a fitness center, concierge service and equipment storage. Owners will also have access to the project's nearby sister development, the Fairmont Residences, On the River (www.fairmontontheriver.com), which is now under construction and plans to offer fly-fishing.





### JW Marriott Residences Loreto

**WHAT** Beachfront residential resort.
**WHERE** Loreto, Mexico.
**PRICES** Residences start around $750,000.
**STATUS** The first phase is expected to be completed in 2010.
**DEVELOPER** NG Properties Mexico.
**CONTACT** (888) 856-7386 or www.liveloreto.com.
**DETAILS** About 350 miles north of Los Cabos on the east coast of Baja Peninsula is Loreto, an old fishing town that is quickly becoming a thriving resort area. About seven miles from downtown near the large, multibillion-dollar Loreto Bay development, it includes plans for 201 full-ownership of two- to four-bedroom condominiums in nine buildings. The units will have views of the Sea of Cortez and will include terraces; a rental program will be available. The project will front more than 800 feet of private beach, and its buildings will fan out around swimming pools, including an infinity pool only for adults and another pool with waterslides and a "lazy river." There will also be a full-service spa, as well as a fitness center, an 18-hole putting course and restaurants.
NICK KAYE

*Breaking Ground is a weekly look at projects, planned or under construction, that include weekend or vacation homes.*

---

## LETTERS

### A Life in Slides

To the Editor: Gary Andrew Poole's article about his family's slide shows ("A Couple of Beers and 140 Views of Yellowstone," Rituals, Nov. 21) forced me to extract our ancient Viewlex projector from its distant shelf and plan an evening of entertainment for some unsuspecting neighbors. My Philadelphia childhood in the 1940s had many such evenings, not as exotic in content, perhaps, as Mr. Poole's trips to Yellowstone, but plenty of the Jersey Shore. In fact, my parents so enjoyed seeing their slides that they finally just left the screen and projector up and ready. One Thanksgiving weekend, my mother asked guests to bring along 25 slides that they were thankful they'd taken. It was a long evening, but it was rich with variety, and there was a lot of applause.
ELLEN MULLOY BENTSEN
Chicago

---

*The Escapes section welcomes letters. Correspondence for publication must include the writer's name, address and a daytime telephone number, and should be sent to The Editor, Escapes Section, The New York Times, 620 Eighth Avenue, New York, N.Y. 10018 or e-mail to escapes@nytimes.com.*



OVERLOOK Evelyn Froese, a Royal LePage Westside agent, in an American-owned apartment in Coal Harbour.

# ATTACHMENT E