# ATTACHMENT F

# The Robb Report
# COLLECTION™

### THE BUYER'S GUIDE FOR CONNOISSEURS

## 12 Winter Getaways

New resort developments in Deer Valley, Aspen, Montreal, New York, Mexico, Vietnam, Mammoth & More

**PLUS**
John Lautner's James Bond House
AUCTION REPORT:
Roadsters & Racecars
The Season's Best Furnishings, Accessories & Custom Interiors






**MIDWEST EDITION**

JANUARY 2009
RobbReportCollection.com
A CURTCO MEDIA PUBLICATION
SUPPLEMENT TO ROBB REPORT
NOT INTENDED FOR INDIVIDUAL SALE



# Great Escapes

## Pampering retreats in snow, sun, and sand.

BY KIM FREDERICKS

**W**INTER HAS LONG DRIVEN vacationers in two distinct directions. Some head to the mountains to embrace the season's shroud of white, while others flee to the warmer climes of beach and desert. No matter what the temperature preference, in today's market buyers need more than the promise of sand, private fairways, or knee-deep powder before they commit. Along with a stellar location, the latest winter vacation destinations must deliver distinctive architecture and decor, a layout that can accommodate the multigenerational family, and a thoughtful, environmentally sensitive plan. Now, more than ever before, these attributes must also be backed by the financial stability of a reputable developer or brand name.

When WestPac and Related joined forces with a $1 billion plan to renovate Snowmass in Colorado, they already had the mountain—one of largest in North America—but they were missing the buzz. The 80-acre development is expected to breathe new life into an area that has long wallowed in the shadow of sister resort Aspen. "The town's approval of our plan was the switch that turned Snowmass on," says Pat Smith, president of Related WestPac. "It excited the community."

*One of a handful of new luxury getaway options, the Fairmont Residences at Breckenridge in Colorado has incorporated into its design a gondola connecting residents with the slopes.*



The first phase of development includes two residential offerings with ski-in/ski-out access and the backing of big names. The Little Nell Residences, Snowmass, will hold 27 units ranging in size from 1,000 to 3,600 square feet (priced from $3.1 million), with interiors by classical New York designer David Easton. Aman Resorts architect Jean-Michel Gathy designed the Viceroy Snowmass, which will contain 152 condo-hotel residences ranging in size from 435 to 1,541 square feet ($570,000 to $4 million).

Smith says that while brand recognition helps, buyers are also concerned with how the construction of their residences will impact the environment. All new buildings at Snowmass will be LEED-certified; microturbines will be installed along Brush Creek to boost power for necessities such as chairlifts; and a sustainability specialist will ensure that cleaner construction practices are used. "We are in an environmentally sensitive area in one of the most pristine places in the United States," says Smith. "We have to set an example."

Before the Athens Group could start construction on its Montage Hotel and Residences atop Utah's Deer Valley, the developer had to remove soil contaminated with heavy metals left behind by mining operations. The 16-acre development, Montage's first foray into ski country, will include 174 guest rooms (all with gas fireplaces) and 80 residences ranging in size from 1,200 to 5,500 square feet. Like Snowmass, the Montage will employ a director of sustainability to oversee the construction process. "All of our new projects are pursuing LEED certification," says Montage founder Alan Fuerstman. "It is the right commitment for a long-term approach."

In addition to being green, Montage will embrace Deer




Clockwise from top: The spa at Viceroy Snowmass; the Fairmont Residences at Breckenridge; the Little Nell Residences, all in Colorado.



*Top: The Montage Deer Valley in Utah. Bottom row: The Banyan Tree Residences in Mayakoba, Mexico—one of five resorts in the area.*

Valley's vibe. "We fell in love with Deer Valley because of the level of luxury the mountain represents," says Fuerstman. The Mountain Craftsman–style development will feature a 35,000-square-foot spa, three restaurants, a bowling alley, and an outdoor terrace with fire pit geared to stir an après-ski scene at its secluded 8,300-foot perch.

Private on-the-mountain locations were also what the Fairmont had in mind for its latest ski resort. At Breckenridge, Colo., the Fairmont Shock Hill will sit on a ridgeline at close to 10,000 feet, overlooking a nature preserve. The twin-lodge "rustic Zen" design will offer 87 condominiums ranging in size from 600 to 2,900 square feet ($840,000 to $3.4 million). Slicing through the 10-acre site is the new BreckConnect gondola, linking residents to the ski slopes and to town.

While golfers at snowy resorts have to wait for a thaw in order to enjoy privileges on their private courses, residents of the Ritz-Carlton, Dove Mountain, can hit the greens year-round. Tucson is the sunniest city in the United States, with 350 days of sun annually and golf-perfect temperatures during the winter months. Those who purchase real estate at the Residences at the Ritz-Carlton, Dove Mountain, become members of the golf club, which will include two Jack Nicklaus Signature courses, a private clubhouse, and the caddie concierge program. "We have taken Ritz-Carlton service and wrapped it around the community," says Tim Bollinger of Greenbrier Southwest, the developer. While Bollinger admits the Tucson market is at a "wait and see" stage, he believes the Nicklaus and Ritz-Carlton duo will help entice hesitant buyers.

The largest Ritz-Carlton project in the continental United States to date, the 850-acre resort community will incorporate a 250-room hotel, 300 residences ($1.6 million to $2.4 million), and 20 estate lots ($700,000 to $1.8 million). Set in two distinct neighborhoods, homes in the Seven Saguaros enclave will range in size from 3,310 to 4,835 square feet, while those in the Amolillo enclave will vary in size from 2,770 to 2,990 square feet. A signature element for all residences will be a retractable glass wall that connects interior spaces to the outdoors with one push of a button.

In Mexico and the Dominican Republic, two developments are packing in brand-name resorts with hopes of luring vacation home buyers. The Banyan Tree Residences will be one of five resorts to settle in Mexico's Mayakoba development, a 600-acre nature preserve that encompasses beach, lagoon, and mangrove jungle. Its first outpost in the



*Above: The villas at Amangiri in Utah, which will be set on one- to 10-acre sites, were designed by architect Annabelle Selldorf.*
*Below: The Ritz-Carlton, Dove Mountain, located in Tucson, Arizona, will feature two Jack Nicklaus Signature golf courses.*

Western Hemisphere, the Banyan Tree Mayakoba will have 132 villas—of which 50 are available—priced from $1.2 million to $4.8 million. Each of the residences, ranging in size from 4,217 to 6,187 square feet (including both indoor and outdoor space), will feature private pools, outdoor bathtubs and showers, massage decks, and gardens with indigenous plants. A beach club, six restaurants, and a holistic spa will be on site, but residents can also venture out to snorkel along the Great Maya Reef or explore the Mayan ruins of Tulum, Cobá, or Chichen Itzá.

In the Dominican Republic, a place that has garnered a reputation for well-priced real estate, the 2,500-acre Rōco Ki is targeting high-end buyers. When completed, Rōco Ki will encompass seven branded resorts, four golf courses, and a marina. The Fairmont Rōco Ki's first phase of development will include a 255-room hotel, a Fairmont Heritage Place private residence club, 30 beachfront residences (priced from $2.5 million), 28 large Eco-Dream villas (priced from $2.25 million), and 19 beachfront homesites (priced from $4 million). Amenities include a Nick Faldo–designed golf course, a botanical garden, and an interpretive gallery showcasing the ancient artifacts of the Taino Indians. This location also has access to Macao Beach, a stretch praised by UNESCO for its pristine white sand and clear waters.

While the combination of golf and ocean is attractive to some buyers, others may prefer an alternative. In the southern desert of Utah, the Canyon Group is hoping to attract new residents with the promise of exclusivity and modernity in an unusual location. Adjacent to the new 34-room Amangiri resort and spa, the 31 Amangiri Villas will be set on one- to 10-acre sites (priced from $8 million) hidden in private canyons bordered by 400-foot rock walls. They will be defined by almost 6,000 square feet of indoor living space, a central pool, meditation platforms, and sliding glass walls in every room.

"When I initially arrived, I thought, 'What will I do first?'" says Homi Vazifdar, managing director of the Canyon Group. Minutes outside the private canyon, residents and guests will find the 186-mile-long Lake Powell, where Amangiri will have its own fleet of houseboats. "You can fish, water-ski, camp on the banks, or take a GPS device and go for a hike," he says. Also within reach are rafting on the Colorado River, mountain biking among the red rocks in Bryce Canyon, and exploring the Grand Canyon. "You can also opt to stay at the spa and relax," says Vazifdar. "Or if you want to go to Las Vegas or heli-skiing, we can arrange that." Ⓒ

*Snowmass (Little Nell, Viceroy), 970.923.0742, www.snowmassliving.com*
*Montage Residences, Deer Valley, 435.200.0444*
*Fairmont Residences Shock Hill, 866.453.4887, www.fairmontshockhill.com*
*The Residences at the Ritz-Carlton, Dove Mountain, 877.572.2770, www.theresidencesdovemountain.com*
*Banyan Tree Residences Mayakoba, 866.540.6512, www.banyantreemayakoba.com*
*Fairmont Residences Rōco Ki, 888.476.2654, www.rocoki.com/fairmont.asp*
*Amangiri Villas, 435.675.3222, www.villasatamangiri.com*