**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 12-cv-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

       Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

       Defendants,

CREDIT SUISSE A.G.,

       Nominal Defendant.

---

## DECLARATION OF CHRISTOPHER W. MADEL

---

Pursuant to 28 U.S.C. § 1746, I, Christopher W. Madel, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am one of the attorneys representing the Plaintiffs in this matter.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of the Response and Objections of Mr. Lasshofer and the Innovatis Entities to Plaintiffs' Discovery Requests. Plaintiffs received this document from Mr. Phil Douglass on Friday, March 22, 2013 at 6:08 pm CST.

3. Plaintiffs respectfully request the opportunity to address these Responses and Objections at the Tuesday, March 26, 2013 hearing. Plaintiffs intend to argue that these Responses and Objections are further evidence of the Lasshofer Defendants' continuing contempt of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on the 24th day of March, 2013, at Minneapolis, Minnesota.

*/s/ Christopher W. Madel*
Christopher W. Madel