**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

**ENTRY OF APPEARANCE**

---

PLEASE TAKE NOTICE that Jeffrey H. McClelland of the law firm of Bennington Johnson Biermann & Craigmile, LLC hereby enters his appearance as counsel for Nominal Defendant Credit Suisse AG.

Dated: March 25, 2013　　　　　　　　　　*s/ Jeffrey H. McClelland*

　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　Kathleen E. Craigmile
　　　　　　　　　　　　　　　　　　　　Jeffery H. McClelland
　　　　　　　　　　　　　　　　　　　　BENNINGTON JOHNSON
　　　　　　　　　　　　　　　　　　　　BIERMANN & CRAIGMILE, LLC
　　　　　　　　　　　　　　　　　　　　370 17th Street, Suite 3500
　　　　　　　　　　　　　　　　　　　　Denver, CO 80202

　　　　　　　　　　　　　　　　　　　　Julie North
　　　　　　　　　　　　　　　　　　　　Justine Beyda
　　　　　　　　　　　　　　　　　　　　Cravath, Swaine & Moore LLP
　　　　　　　　　　　　　　　　　　　　Worldwide Plaza
　　　　　　　　　　　　　　　　　　　　825 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　Telephone: 212-474-1752

　　　　　　　　　　　　　　　　　　　　*Attorneys for Nominal Defendant*
　　　　　　　　　　　　　　　　　　　　*Credit Suisse A.G.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 25, 2013, a copy of the foregoing **ENTRY OF APPEARANCE** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 80111

*s/ Sabrina D. Johnston*