IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Deborah Hansen            Date: March 26, 2013
Court Reporter:     Kara Spitler

Civil Action No.   12-cv-00869-RBJ

*Parties*:                                  *Counsel*:

JOHN NIEMI, et al.,                         Christopher Madel
                                            Aaron Thom
         Plaintiffs,

v.

MICHAEL FRANK BURGESS, et al,               Phillip Douglass
                                            Kathleen Craigmile
         Defendants.                        Jeffrey McClelland

COURTROOM MINUTES

**SHOW CAUSE HEARING**

**Court in session:       9:00 a.m.**

Appearances of counsel.

Court's comments

Argument by Mr. Madel

Argument by Mr. Douglass

**ORDERED:   The Court will not accept a motion or brief longer than 20 pages, nor more than ten exhibits, for the rest of this case from any of the parties at any time.**

Argument continued by Mr. Douglass

Argument by Ms. Craigmile

Response Argument by Mr. Madel

Court's findings entered on the record.

**ORDERED:** **Plaintiffs' Motion for Contempt and Sanctions (ECF No. 83) is GRANTED. The defendants are found to be in contempt of the Court's Order of June 1, 2012. The Lasshofer Defendants have two weeks, through April 9, 2013, to put the money in an escrow account; and, if they do not, starting on April 10, 2013, the Court will fine the Lasshofer Defendants, including Mr. Lasshofer, personally, $10,000 a day until they comply.**

**ORDERED:** **Plaintiffs' Motion for Summary Judgment Against the Lasshofer Defendants and Credit Suisse AG (ECF No. 151) IS DENIED.**

**ORDERED:** **Motion by Mr. Lasshofer and the Innovatis Defendants Pursuant to Fed. R. Civ. P. 12(h)(3) Regarding Lack of Standing and Subject Matter Jurisdiction, and Request to Dismiss Case (ECF No. 171) is DENIED. THE COURT FINDS IT HAS SUBJECT MATTER JURISDICTION**.

**ORDERED:** **Plaintiffs' Motion to Compel Credit Suisse AG to Participate in Discovery (ECF No. 175) is GRANTED. The parties shall file a report within 30 days as to whether or not Credit Suisse is complying.**

**ORDERED:** **The Submission of Mr. Lasshofer and the Innovatis Defendants in Connection with Show Cause Hearing and in Opposition to Finding of Contempt (ECF No. 176) is DENIED AS MOOT**.

**ORDERED:** **A two-week jury trial is set March 31, 2014 at 9:00 a.m.**

**ORDERED:** **A Final Trial Preparation Conference is set for one-half day on March 14, 2014 at 1:00 p.m.**

**Court in recess:** 09:51 a.m.

Hearing concluded.

Total time: 00:51