## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge R. Brooke Jackson

Civil Action No. 12-cv-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

       Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

       Defendants,

CREDIT SUISSE A.G.,

       Nominal Defendant.

---

### JOINT FED. R. CIV. P. 26(f) SUBMISSION BY PLAINTIFFS AND MR. LASSHOFER AND THE INNOVATIS DEFENDANTS

---

       Plaintiffs and Mr. Lasshofer and the Innovatis Defendants make the following joint submission pursuant to FED. R. CIV. P. 26(f)(2).

On April 2, 2013, Plaintiffs' counsel and counsel for Mr. Lasshofer and the Innovatis Defendants participated in a Rule 26(f) conference.[1]  During this conference, counsel for Mr. Lasshofer and the Innovatis Defendants informed Plaintiffs' counsel that Mr. Lasshofer and the Innovatis Defendants will not devote any more resources to this lawsuit at the District Court level.  Consequently, Mr. Lasshofer and the Innovatis Defendants will not be filing an answer to Plaintiffs' Amended Complaint and they will not be participating in discovery.

DATED this 3rd day of April, 2013.

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

*/s/Christopher W. Madel*
Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
cwmadel@rkmc.com
bdmanning@rkmc.com
arthom@rkmc.com

And

---

[1] This Rule 26(f) conference was entirely professional and collegial.

Robert N. Miller
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303-291-2300
Facsimile: 303-291-2400
rmiller@perkinscoie.com

ATTORNEYS FOR PLAINTIFFS

**STEESE, EVANS & FRANKEL, P.C.**

*/s/Kevin D. Evans*
Kevin D. Evans
Phillip L. Douglass
6400 S. Fiddlers Green Circle
Suite 1820
Denver, CO 80111
Telephone: 720-200-0676
Facsimile: 720-200-0679
kdevans@s-elaw.com
pdouglass@s-elaw.com

Attorneys via Special Appearance for Defendants ERWIN LASSHOFER, INNOVATIS GmbH, INNOVATIS IMMOBILIEN GmbH, and INNOVATIS ASSET MANAGEMENT, S.A.

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I electronically filed the foregoing JOINT FED. R. CIV. P. 26(f) SUBMISSION BY PLAINTIFFS AND MR. LASSHOFER AND THE INNOVATIS DEFENDANTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Justine Victoria Beyda**
  jbeyda@cravath.com,mao@cravath.com
- **Kathleen E. Craigmile**
  kec@benningtonjohnson.com,dtb@benningtonjohnson.com, man@benningtonjohnson.com,tlp@benningtonjohnson.com, afa@benningtonjohnson.com
- **Kevin D. Evans**
  kdevans@s-elaw.com,pdouglass@s-elaw.com,sjoshi@s-elaw.com, tbaksay@s-elaw.com
- **Christopher William Madel**
  cwmadel@rkmc.com,dclandis@rkmc.com,dmvanalstine@rkmc.com, ELBecker@rkmc.com,arthom@rkmc.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
- **Julie Anne North**
  jnorth@cravath.com,mao@cravath.com

    */s/Christopher W. Madel*
Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
cwmadel@rkmc.com
bdmanning@rkmc.com
arthom@rkmc.com

ATTORNEYS FOR PLAINTIFFS

83812594.1