**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

     Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

     Defendants,

CREDIT SUISSE A.G.,

     Nominal Defendant.

---

**CREDIT SUISSE AG'S RESPONSE TO PLAINTIFFS'**
**SCHEDULING ORDER SUBMISSION (Doc. 195)**

---

Nominal Defendant Credit Suisse AG ("Credit Suisse"), by and through its undersigned counsel, files this brief response to the Scheduling Order submitted by Plaintiffs on April 18, 2013.

As no Scheduling Conference has been ordered, Credit Suisse did not understand that the Court contemplated the submission of a Scheduling Order (see D.C. Colo. L.R. Civ. 16.1 and D.C. Colo. Scheduling Order Instructions) and Credit Suisse did not have the opportunity to

provide input prior to its filing.[1]  The parties have been directed to submit a status report regarding discovery issues involving Credit Suisse on or before April 25, 2013 (Doc. 184).  In the event the Court directs entry of a formal Scheduling Order, Credit Suisse will forthwith provide comments to the form proposed by Plaintiffs.

Dated: April 19, 2013                                *s/ Kathleen E. Craigmile*

                                      Kathleen E. Craigmile
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Julie North
Justine Beyda
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  212-474-1752

*Attorneys for Nominal Defendant
Credit Suisse A.G.*

---

[1] Plaintiffs first raised the matter of the parties filing a Scheduling Order on April 17, 2013 in an email relating principally to an interrogatory issue the parties have been addressing. Although Plaintiffs attached a draft Scheduling Order to that email, they did not provide any indication as to when they expected Credit Suisse's comments or when they intended that the Scheduling Order be filed. The following afternoon, without intervening communication, Plaintiffs' counsel indicated via voicemail that the Scheduling Order needed to be filed that day, prior to the closing of their office in Minneapolis (approximately one hour).  Upon receipt of the voicemail, the undersigned immediately emailed and called Plaintiffs' counsel to explain her belief that a formal Scheduling Order was not contemplated and to indicate, in any event, she had not had the opportunity to review or provide input to the draft.

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2013, a copy of the foregoing **CREDIT SUISSE AG'S RESPONSE TO PLAINTIFFS' SCHEDULING ORDER SUBMISSION** was served on the following parties via the CM/ECF filing system:

Christopher William Madel
Bruce D. Manning
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
LaSalle Plaza, #2800
Minneapolis, MN 55402-2015

Robert Nolen Miller
Stephanie Erin Dunn
Perkins Coie LLP
1900 16th Street, #1400
Denver, CO 80202-5255

Kevin D. Evans
Phillip L. Douglass
Steese, Evans & Frankel, PC-Denver
6400 South Fiddlers Green Circle, #1820
Denver, CO 80111

*s/ Sabrina D. Johnston*