# Exhibit 2

**From:** Kevin D. Evans [mailto:kdevans@s-elaw.com]
**Sent:** Wednesday, April 03, 2013 3:33 PM
**To:** Madel, Christopher W.
**Subject:** 83808697_1 DOCX

Chris –

Very minor tweaks. Thanks.

Kevin D. Evans
STEESE • EVANS • FRANKEL, P.C.
6400 S. Fiddlers Green Circle, Suite 1820
Denver, CO 80111
Voice: 720.200.0613
Fax: 720.200.0679
Email: kdevans@s-elaw.com

This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney client privilege or other legal protections, and/or non-public, proprietary information. If you are not an intended recipient of this message or an authorized assistant to the intended recipient, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

**JOINT FED. R. CIV. P. 26(f) SUBMISSION BY PLAINTIFFS AND
MR. LASSHOFER AND THE INNOVATIS DEFENDANTS**

---

Plaintiffs and Mr. Lasshofer and the Innovatis Defendants make the following joint submission pursuant to FED. R. CIV. P. 26(f)(2).

On April 2, 2013, Plaintiffs' counsel and counsel for Mr. Lasshofer and the Innovatis Defendants participated in a Rule 26(f) conference.[1] During this conference, counsel for Mr. Lasshofer and the Innovatis Defendants informed Plaintiffs' counsel that Mr. Lasshofer and the Innovatis Defendants will not devote any more resources to this lawsuit at the District Court level. Consequently, Mr. Lasshofer and the Innovatis Defendants will not be fil~~ing~~ing an answer to Plaintiffs' Amended Complaint and they will not be participat~~ing~~ing in discovery.

DATED this 3rd day of April, 2013.

        Respectfully submitted,

        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

        */s/Christopher W. Madel*
        Christopher W. Madel
        Bruce D. Manning
        Aaron R. Thom
        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, MN 55402
        Telephone: 612-349-8500
        Facsimile: 612-339-4181
        cwmadel@rkmc.com
        bdmanning@rkmc.com
        arthom@rkmc.com

        And

        Robert N. Miller
        **PERKINS COIE LLP**
        1900 Sixteenth Street, Suite 1400
        Denver, CO 80202-5255

---

[1] This Rule 26(f) conference was entirely professional and collegial.

Telephone: 303-291-2300
Facsimile: 303-291-2400
rmiller@perkinscoie.com

ATTORNEYS FOR PLAINTIFFS

**STEESE, EVANS & FRANKEL, P.C.**

*/s/Kevin D. Evans*
Kevin D. Evans
Phillip L. Douglass
6400 S. Fiddlers Green Circle
Suite 1820
Denver, CO 80111
Telephone: 720-200-0676
Facsimile: 720-200-0679
kdevans@s-elaw.com
pdouglass@s-elaw.com

Attorneys via Special Appearance for Defendants ERWIN LASSHOFER, INNOVATIS GmbH, INNOVATIS IMMOBILIEN GmbH, and INNOVATIS ASSET MANAGEMENT, S.A.

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I electronically filed the foregoing JOINT FED. R. CIV. P. 26(f) SUBMISSION BY PLAINTIFFS AND MR. LASSHOFER AND THE INNOVATIS DEFENDANTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Justine Victoria Beyda**
  jbeyda@cravath.com,mao@cravath.com
- **Kathleen E. Craigmile**
  kec@benningtonjohnson.com,dtb@benningtonjohnson.com,
  man@benningtonjohnson.com,tlp@benningtonjohnson.com,
  afa@benningtonjohnson.com
- **Kevin D. Evans**
  kdevans@s-elaw.com,pdouglass@s-elaw.com,sjoshi@s-elaw.com,
  tbaksay@s-elaw.com
- **Christopher William Madel**
  cwmadel@rkmc.com,dclandis@rkmc.com,dmvanalstine@rkmc.com,
  ELBecker@rkmc.com,arthom@rkmc.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
- **Julie Anne North**
  jnorth@cravath.com,mao@cravath.com

/s/*Christopher W. Madel*
Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
cwmadel@rkmc.com
bdmanning@rkmc.com
arthom@rkmc.com

ATTORNEYS FOR PLAINTIFFS

83808697.1