# Exhibit 3

**From:** Madel, Christopher W.
**Sent:** Thursday, April 25, 2013 8:58 AM
**To:** 'Kevin D. Evans'
**Subject:** RE: June 7 hearing/appraisals

Hi Kevin –

Sounds good. We've sent out subpoenas to the appraisers for the June 7 hearing. I'm hoping that you and I can reach a stipulation on the admissibility of the appraisals that I sent you so we don't have to bother these guys for simple foundation/admissibility questions, but it's your call.

I hope you're doing well.

Take care,
Chris

---

**From:** Kevin D. Evans [mailto:kdevans@s-elaw.com]
**Sent:** Monday, April 22, 2013 7:41 PM
**To:** Madel, Christopher W.
**Subject:** RE: June 7 hearing/appraisals

Chris, I am not in a position at the moment to answer your questions. I will endeavor to do so by May 10.

Kevin D. Evans
STEESE • EVANS • FRANKEL. P.C.
6400 S. Fiddlers Green Circle, Suite 1820
Denver, CO 80111
Voice: 720.200.0613
Fax: 720.200.0679
Email: kdevans@s-elaw.com

This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney client privilege or other legal protections, and/or non-public, proprietary information. If you are not an intended recipient of this message or an authorized assistant to the intended recipient, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Madel, Christopher W. [mailto:CWMadel@rkmc.com]
**Sent:** Monday, April 22, 2013 12:46 PM
**To:** Kevin D. Evans (kdevans@s-elaw.com)
**Subject:** June 7 hearing/appraisals

Hi Kevin –

We want to introduce the attached appraisals as evidence at the June 7 hearing. The appraisals relate to three parcels of land that were part of the Fairmont Breckenridge project. Each of these appraisals was requested by banks—JPMorgan Chase and Bank of the West—as part of the due-diligence process before they made loans for the project. If possible, I'd like to avoid subpoenaing the appraisers and wasting everyone's time – all we intend to do is establish the admissibility of these reports. Will you stipulate to their admissibility?

If not, please let me know if you'd prefer I subpoena these guys for the hearing or if we should depose them and designate their testimony (assuming, of course, you're OK with that). The depositions may be best as it would probably speed up the June 7 hearing, but I don't want to run up against any hearsay objections, you know?

I also thought of you with respect to that KFI/Nosal/18 USC 1030 case in San Francisco – did you see the Law 360 article about it? Looks like the Government is becoming a civil plaintiff again.

Thanks man
Chris

___

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com