# Exhibit 9

**From:** Madel, Christopher W.
**Sent:** Thursday, May 02, 2013 2:59 PM
**To:** 'Phil Douglass'; Manning, Bruce D.; Thom, Aaron R.; rmiller@perkinscoie.com; kec@benningtonjohnson.com; jnorth@crvath.com; jbeyda@cravath.com
**Cc:** kdevans@s-elaw.com; tbaksay@s-elaw.com
**Subject:** RE: Niemi, et al. v. Burgess, et al.

Please be advised that Plaintiffs will add these subpoenas to our motion to quash. We expect to file that motion tomorrow.

**From:** Phil Douglass [mailto:pdouglass@s-elaw.com]
**Sent:** Thursday, May 02, 2013 2:51 PM
**To:** Madel, Christopher W.; Manning, Bruce D.; Thom, Aaron R.; rmiller@perkinscoie.com; kec@benningtonjohnson.com; jnorth@crvath.com; jbeyda@cravath.com
**Cc:** kdevans@s-elaw.com; tbaksay@s-elaw.com
**Subject:** RE: Niemi, et al. v. Burgess, et al.


Counsel—

We are requesting the production of document in accordance with the attached subpoena.

Phil


Phil Douglass
STEESE • EVANS • FRANKEL, P.C.
6400 South Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Voice: 720.200.0614
Fax: 720.200.0679
Email: pdouglass@s-elaw.com

This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney client privilege or other legal protections, and/or non-public, proprietary information. If you are not an intended recipient of this message or an authorized assistant to the intended recipient, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1