IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

**[Proposed] Order on Plaintiffs' Motion to Quash Subpoenas
Served by the Lasshofer Defendants**

---

Upon consideration of Plaintiffs' Motion to Quash Subpoenas Served by the Lasshofer Defendants upon Non-Parties Bank of the West, J.P. Morgan Chase, N.A., First Citizens Bank and Trust Company, and Federal Deposit Insurance Corporation and other supporting documents and evidence, the Court concludes that the subpoenas in

question should be quashed pursuant to Federal Rules of Civil Procedure 37 and 45, and the inherent powers of this Court.

Accordingly, Plaintiffs' Motion to Quash is **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

(1) the Lasshofer Defendants' subpoenas to Bank of the West, J.P. Morgan Chase, N.A., First Citizens Bank and Trust Company, and Federal Deposit Insurance Corporation are hereby quashed;

(2) the Lasshofer Defendants shall not serve any discovery (including, but not limited to, any subpoena) in this lawsuit until:

(a) they provide complete Fed. R. Civ. P. 26 disclosures to Plaintiffs;

(b) they certify to the Court that they will participate in discovery; and

(c) they fully comply with this Court's Order dated June 1, 2012;

(3) the Lasshofer Defendants' counsel shall pay Plaintiffs their reasonable attorneys' fees and costs associated with this motion within ten (10) days after this Court sets the appropriate amount; and

(4) Plaintiffs shall submit a sworn declaration within seven (7) days stating their reasonable attorneys' fees and costs incurred in bringing this motion.

DONE this ____ day of _____, 2013.

                                                        BY THE COURT:

                                                        _____
                                                        R. Brooke Jackson
                                                        United States District Court Judge

83884623