IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Deborah Hansen           Date: May 9, 2013
Court Reporter:    Kara Spitler

Civil Action No.   12-cv-00869-RBJ

*Parties*:                                 *Counsel*:

JOHN NIEMI, et al.,                        Christopher Madel
                                           Robert Miller
        Plaintiffs,

v.

MICHAEL FRANK BURGESS, et al,              Kevin Evans
                                           Phillip Douglass
        Defendants.                        Kathleen Craigmile
                                           Justine Beyda

COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

07:58 a.m.    Court in Session

Appearances

Discussion regarding estimated amount of time necessary for hearing

Court's comments concerning a letter from the Embassador of Switzerland, Manuel Sager

**ORDERED:  Plaintiffs' Motion to Quash Subpoenas Served by the Lasshofer Defendants [200] is DENIED.**

**ORDERED:  The hearing currently set on June 7, 2013 at 9:00 a.m. is now set for the entire day on pending motions**.

| | |
|---|---|
| 08:15 a.m. | Court in Recess<br>Conference concluded<br>Time: 17 minutes |