**Schweizerisches Strafgesetzbuch**     **311.0**

vom 21. Dezember 1937 (Stand am 1. April 2013)

*Die Bundesversammlung der Schweizerischen Eidgenossenschaft,*
gestützt auf Artikel 123 Absätze 1 und 3 der Bundesverfassung[1],[2] nach Einsicht in eine Botschaft des Bundesrates vom 23. Juli 1918[3],
*beschliesst:*

### Erstes Buch:[4] Allgemeine Bestimmungen
### Erster Teil: Verbrechen und Vergehen
### Erster Titel: Geltungsbereich

**Art. 1**

*1. Keine Sanktion ohne Gesetz*

Eine Strafe oder Massnahme darf nur wegen einer Tat verhängt werden, die das Gesetz ausdrücklich unter Strafe stellt.

**Art. 2**

*2. Zeitlicher Geltungsbereich*

[1] Nach diesem Gesetze wird beurteilt, wer nach dessen Inkrafttreten ein Verbrechen oder Vergehen begeht.

[2] Hat der Täter ein Verbrechen oder Vergehen vor Inkrafttreten dieses Gesetzes begangen, erfolgt die Beurteilung aber erst nachher, so ist dieses Gesetz anzuwenden, wenn es für ihn das mildere ist.

**Art. 3**

*3. Räumlicher Geltungsbereich. Verbrechen oder Vergehen im Inland*

[1] Diesem Gesetz ist unterworfen, wer in der Schweiz ein Verbrechen oder Vergehen begeht.

[2] Ist der Täter wegen der Tat im Ausland verurteilt worden und wurde die Strafe im Ausland ganz oder teilweise vollzogen, so rechnet ihm das Gericht die vollzogene Strafe auf die auszusprechende Strafe an.

[3] Ist ein Täter auf Ersuchen der schweizerischen Behörde im Ausland verfolgt worden, so wird er, unter Vorbehalt eines krassen Verstosses gegen die Grundsätze der Bundesverfassung und der Konvention vom

---

AS **54** 757, **57** 1328 und BS **3** 203
[1]    SR **101**
[2]    Fassung gemäss Ziff. I des BG vom 30. Sept. 2011 in Kraft seit 1. Juli 2012 (AS **2012** 2575; BBl **2010** 5651 5677).
[3]    BBl **1918** IV 1
[4]    Fassung gemäss Ziff. I des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979).

Exhibit 2

**311.0**  Schweizerisches Strafgesetzbuch

3.[230] Handelt der Täter fahrlässig, so ist die Strafe Freiheitsstrafe bis zu drei Jahren oder Geldstrafe.

**Art. 268**

Verrückung staatlicher Grenzzeichen

Wer einen zur Feststellung der Landes-, Kantons- oder Gemeindegrenzen dienenden Grenzstein oder ein anderes diesem Zwecke dienendes Grenzzeichen beseitigt, verrückt, unkenntlich macht, falsch setzt oder verfälscht, wird mit Freiheitsstrafe bis zu fünf Jahren oder Geldstrafe bestraft.

**Art. 269**

Verletzung schweizerischer Gebietshoheit

Wer in Verletzung des Völkerrechts auf schweizerisches Gebiet eindringt, wird mit Freiheitsstrafe oder Geldstrafe bestraft.

**Art. 270**

Tätliche Angriffe auf schweizerische Hoheitszeichen

Wer ein von einer Behörde angebrachtes schweizerisches Hoheitszeichen, insbesondere das Wappen oder die Fahne der Eidgenossenschaft oder eines Kantons, böswillig wegnimmt, beschädigt oder beleidigende Handlungen daran verübt, wird mit Freiheitsstrafe bis zu drei Jahren oder Geldstrafe bestraft.

**Art. 271**[231]

Verbotene Handlungen für einen fremden Staat

1. Wer auf schweizerischem Gebiet ohne Bewilligung für einen fremden Staat Handlungen vornimmt, die einer Behörde oder einem Beamten zukommen,

wer solche Handlungen für eine ausländische Partei oder eine andere Organisation des Auslandes vornimmt,

wer solchen Handlungen Vorschub leistet,

wird mit Freiheitsstrafe bis zu drei Jahren oder Geldstrafe, in schweren Fällen mit Freiheitsstrafe nicht unter einem Jahr bestraft.[232]

2. Wer jemanden durch Gewalt, List oder Drohung ins Ausland entführt, um ihn einer fremden Behörde, Partei oder anderen Organisation zu überliefern oder einer Gefahr für Leib und Leben auszusetzen, wird mit Freiheitsstrafe nicht unter einem Jahr bestraft.

3. Wer eine solche Entführung vorbereitet, wird mit Freiheitsstrafe oder Geldstrafe bestraft.

---

[230] Ursprünglich Ziff. 2.
[231] Fassung gemäss Ziff. I des BG vom 5. Okt. 1950, in Kraft seit 5. Jan. 1951 (AS **1951** 1; BBl **1949** 1 1249).
[232] Strafdrohungen neu umschrieben gemäss Ziff. II 1 Abs. 16 des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979).

311.0

*English is not an official language of the Swiss Confederation. This translation is provided for information purposes only and has no legal force.*

## Swiss Criminal Code

of 21 December 1937 (Status as of 1 April 2013)
**Please note:**
This translation does not yet include the amendments of 01.05.2013 (AS **2013** 1103)
This translation does not yet include the amendments of 01.07.2013 (AS **2013** 1035)

*The Federal Assembly the Swiss Confederation,*

based on Article 123 paragraphs 1 and 3 of the Federal Constitution[1],[2]
and having considered a Federal Council Dispatch dated 23 July 1918[3],

*decrees:*

### Book One:[4] General Provisions
### Part One: Felonies and Misdemeanours
### Title One: Scope of Application

**Art. 1**

1. No penalty without a law

No one may be punished for an act unless it has been expressly declared to be an offence by the law.

**Art. 2**

2. Commencement of applicability of the Code

[1] This Code applies to any person who commits a felony or misdemeanour following the date on which it comes into force.

[2] Any person who commits a felony or misdemeanour prior to this Code coming into force is only subject to its terms in the event that the penalty hereunder is reduced than the penalty that would otherwise apply.

---

AS **54** 757, **57** 1328 and BS **3** 203
[1] [BS **1** 3]. The said provision now corresponds to Art. 123 of the Federal Constitution of 18 April 1999 (SR **101**).
[2] Amended by No I of the Federal Act of 30 Sept. 2011 in force since 1 July 2012 (AS **2012** 2575; BBl **2010** 5651 5677).
[3] BBl **1918** IV 1
[4] Amended by No I of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979).

1

| Book Two: Specific Provisions | 311.0 |
|---|---|

**Art. 270**

Attacks on Swiss national emblems

Any person who maliciously removes, damages or acts in an insulting manner towards a Swiss national emblem which is displayed by a public authority, and in particular the coat of arms or the flag of the Confederation or a canton is liable to a custodial sentence not exceeding three years or to a monetary penalty.

**Art. 271**[231]

Unlawful activities on behalf of a foreign state

1. Any person who carries out activities on behalf of a foreign state on Swiss territory without lawful authority, where such activities are the responsibility of a public authority or public official,

any person who carries out such activities for a foreign party or organisation,

any person who encourages such activities,

is liable to a custodial sentence not exceeding three years or to a monetary penalty, or in serious cases to a custodial sentence of not less than one year.[232]

2. Any person who abducts another by using violence, false pretences or threats and takes him abroad in order to hand him over to a foreign authority, party or other organisation or to expose him to a danger to life or limb is liable to a custodial sentence of not less than one year.

3. Any person who makes preparations for such an abduction is liable to a custodial sentence or to a monetary penalty.

**Art. 272**[233]

2. Espionage. Political espionage

1. Any person who provides political intelligence-gathering services or organises such services in the interest of a foreign state, a foreign party or any other foreign organisation, to the detriment of Switzerland or its citizens, inhabitants or organisations,

any person who recruits or encourages others to provide such services,

is liable to a custodial sentence not exceeding three years or to a monetary penalty.

2. In serious cases, the penalty is a custodial sentence of not less than one year. A serious case is constituted, in particular, where the offender incites activities or makes false reports such that the internal or external security of the Confederation is threatened.

---

[231] Amended by No I of the Federal Act of 5 Oct. 1950, in force since 5 Jan. 1951 (AS **1951** 1 16; BBl **1949** 1 1249).
[232] Penalties revised by No II 1 para. 16 of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979).
[233] Amended by No I of the Federal Act of 5 Oct. 1950, in force since 5 Jan. 1951 (AS **1951** 1 16; BBl **1949** 1 1249).