**Schweizerisches Strafgesetzbuch**  **311.0**

vom 21. Dezember 1937 (Stand am 1. April 2013)

*Die Bundesversammlung der Schweizerischen Eidgenossenschaft,*
gestützt auf Artikel 123 Absätze 1 und 3 der Bundesverfassung[1],[2] nach Einsicht in eine Botschaft des Bundesrates vom 23. Juli 1918[3],
*beschliesst:*

**Erstes Buch:**[4] **Allgemeine Bestimmungen**
**Erster Teil: Verbrechen und Vergehen**
**Erster Titel: Geltungsbereich**

**Art. 1**

1. Keine Sanktion ohne Gesetz

Eine Strafe oder Massnahme darf nur wegen einer Tat verhängt werden, die das Gesetz ausdrücklich unter Strafe stellt.

**Art. 2**

2. Zeitlicher Geltungsbereich

[1] Nach diesem Gesetze wird beurteilt, wer nach dessen Inkrafttreten ein Verbrechen oder Vergehen begeht.

[2] Hat der Täter ein Verbrechen oder Vergehen vor Inkrafttreten dieses Gesetzes begangen, erfolgt die Beurteilung aber erst nachher, so ist dieses Gesetz anzuwenden, wenn es für ihn das mildere ist.

**Art. 3**

3. Räumlicher Geltungsbereich. Verbrechen oder Vergehen im Inland

[1] Diesem Gesetz ist unterworfen, wer in der Schweiz ein Verbrechen oder Vergehen begeht.

[2] Ist der Täter wegen der Tat im Ausland verurteilt worden und wurde die Strafe im Ausland ganz oder teilweise vollzogen, so rechnet ihm das Gericht die vollzogene Strafe auf die auszusprechende Strafe an.

[3] Ist ein Täter auf Ersuchen der schweizerischen Behörde im Ausland verfolgt worden, so wird er, unter Vorbehalt eines krassen Verstosses gegen die Grundsätze der Bundesverfassung und der Konvention vom

---

AS **54** 757, **57** 1328 und BS **3** 203
[1] SR **101**
[2] Fassung gemäss Ziff. I des BG vom 30. Sept. 2011 in Kraft seit 1. Juli 2012 (AS **2012** 2575; BBl **2010** 5651 5677).
[3] BBl **1918** IV 1
[4] Fassung gemäss Ziff. I des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979).

1

Exhibit 3

Schweizerisches Strafgesetzbuch **311.0**

handelt er ohne Bereicherungsabsicht oder

handelt er zum Nachteil eines Angehörigen oder Familiengenossen,

so wird die Tat nur auf Antrag verfolgt.

**Art. 138**

Veruntreuung

1. Wer sich eine ihm anvertraute fremde bewegliche Sache aneignet, um sich oder einen andern damit unrechtmässig zu bereichern,

wer ihm anvertraute Vermögenswerte unrechtmässig in seinem oder eines anderen Nutzen verwendet,

wird mit Freiheitsstrafe bis zu fünf Jahren oder Geldstrafe bestraft.

Die Veruntreuung zum Nachteil eines Angehörigen oder Familiengenossen wird nur auf Antrag verfolgt.

2. Wer die Tat als Mitglied einer Behörde, als Beamter, Vormund, Beistand, berufsmässiger Vermögensverwalter oder bei Ausübung eines Berufes, Gewerbes oder Handelsgeschäftes, zu der er durch eine Behörde ermächtigt ist, begeht, wird mit Freiheitsstrafe bis zu zehn Jahren oder Geldstrafe[108] bestraft.

**Art. 139**

Diebstahl

1. Wer jemandem eine fremde bewegliche Sache zur Aneignung wegnimmt, um sich oder einen andern damit unrechtmässig zu bereichern, wird mit Freiheitsstrafe bis zu fünf Jahren oder Geldstrafe bestraft.

2. Der Dieb wird mit Freiheitsstrafe bis zu zehn Jahren oder Geldstrafe nicht unter 90 Tagessätzen[109] bestraft, wenn er gewerbsmässig stiehlt.

3. Der Dieb wird mit Freiheitsstrafe bis zu zehn Jahren oder Geldstrafe nicht unter 180 Tagessätzen[110] bestraft,

wenn er den Diebstahl als Mitglied einer Bande ausführt, die sich zur fortgesetzten Verübung von Raub oder Diebstahl zusammengefunden hat,

wenn er zum Zweck des Diebstahls eine Schusswaffe oder eine andere gefährliche Waffe mit sich führt oder

---

[108] Ausdruck gemäss Ziff. II 1 Abs. 8 des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979). Diese Änd. wurde im ganzen zweiten Buch berücksichtigt.

[109] Ausdruck gemäss Ziff. II 1 Abs. 9 des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979). Diese Änd. wurde im ganzen zweiten Buch berücksichtigt.

[110] Ausdruck gemäss Ziff. II 1 Abs. 10 des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979). Diese Änd. wurde im ganzen zweiten Buch berücksichtigt.

**311.0**

*English is not an official language of the Swiss Confederation. This translation is provided for information purposes only and has no legal force.*

## Swiss Criminal Code

of 21 December 1937 (Status as of 1 April 2013)
**Please note:**
This translation does not yet include the amendments of 01.05.2013 (AS **2013** 1103)
This translation does not yet include the amendments of 01.07.2013 (AS **2013** 1035)

*The Federal Assembly the Swiss Confederation,*

based on Article 123 paragraphs 1 and 3 of the Federal Constitution[1],[2]
and having considered a Federal Council Dispatch dated 23 July 1918[3],

*decrees:*

### Book One:[4] General Provisions
### Part One: Felonies and Misdemeanours
### Title One: Scope of Application

**Art. 1**

1. No penalty without a law

No one may be punished for an act unless it has been expressly declared to be an offence by the law.

**Art. 2**

2. Commencement of applicability of the Code

[1] This Code applies to any person who commits a felony or misdemeanour following the date on which it comes into force.

[2] Any person who commits a felony or misdemeanour prior to this Code coming into force is only subject to its terms in the event that the penalty hereunder is reduced than the penalty that would otherwise apply.

---

AS **54** 757, **57** 1328 and BS **3** 203
[1] [BS **1** 3]. The said provision now corresponds to Art. 123 of the Federal Constitution of 18 April 1999 (SR **101**).
[2] Amended by No I of the Federal Act of 30 Sept. 2011 in force since 1 July 2012 (AS **2012** 2575; BBl **2010** 5651 5677).
[3] BBl **1918** IV 1
[4] Amended by No I of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979).

1

Book Two: Specific Provisions                                                        311.0

³ If the offender acts for financial gain, he is liable to a custodial sentence not exceeding three years or to a monetary penalty. The custodial sentence must be combined with a monetary penalty.[105]

**Art. 136**[106]

Administering substances capable of causing injury to children

Any person who administers or makes available for consumption to children under the age of 16 alcoholic beverages or other substances in such quantities as may endanger their health is liable to a custodial sentence not exceeding three years or to a monetary penalty.

**Title Two:**[107] **Offences against Property**

**Art. 137**

1. Offences against property. Unlawful appropriation

1. Any person who for his own or for another's unlawful gain appropriates moveable property which belongs to another is liable, unless the special requirements of Articles 138-140 apply, to a custodial sentence not exceeding three years or to a monetary penalty.

2. If the offender has found the property or if the property has inadvertently come into his possession,

if he does not act for financial gain or

if he acts only to the detriment of a relative or family member,

the offence is prosecuted only on complaint.

**Art. 138**

Misappropriation

1. Any person who for his own or another's unlawful gain appropriates moveable property belonging to another but entrusted to him,

any person who makes unlawful use of financial assets entrusted to him for his own or another's benefit,

is liable to a custodial sentence not exceeding five years or to a monetary penalty.

Misappropriation to the detriment of a relative or family member is prosecuted only on complaint.

2. Any person who commits the foregoing offence in his capacity as a member of a public authority, or as a public official, guardian, adviser,

---

[105]  Term in accordance with No II 1 para. 7 of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979). This amendment has been taken into account throughout the Second Book.
[106]  Amended by No I of the Federal Act of 20 March 2008, in force since 1 July 2011 (**2009** 2623, AS **2011** 2559; BBl **2006** 8573 8645).
[107]  Amended by No I of the Federal Act of 17 June 1994, in force since 1 Jan. 1995 (AS **1994** 2290 2307; BBl **1991** II 969).

**311.0**  Swiss Criminal Code

professional asset manager, or in the practice of a profession or a trade or the execution of a commercial transaction for which he has been authorised by a public authority, is liable to a custodial sentence not exceeding ten years or to a monetary penalty.[108]

**Art. 139**

Theft

1. Any person who for his own or for another's unlawful gain, appropriates moveable property belonging to another person with the object of permanently depriving the owner of it is liable to a custodial sentence not exceeding five years or to a monetary penalty.

2. The offender is liable to a custodial sentence not exceeding ten years or to a monetary penalty of not less than 90 daily penalty units[109] if he commits theft on a regular basis for financial gain.

3. The offender is liable to a custodial sentence not exceeding ten years or to a monetary penalty of not less than 180 daily penalty units[110],

if he commits theft as a member of a group that has been formed for the purpose of carrying out repeated acts of robbery or theft,

if he carries with him a firearm or other dangerous weapon for the purpose of committing theft

or if he represents a particular danger in any other way due to the manner in which he commits theft.

4. Theft to the detriment of a relative or family member is prosecuted only on complaint.

**Art. 140**

Robbery

1. Any person who commits theft by using force on another, threatening another with imminent danger to life or limb, or making another incapable of resistance is liable to a custodial sentence not exceeding ten years or to a monetary penalty of not less than 180 daily penalty units.

Any person who, when caught in the act of committing theft, commits any of the coercive acts mentioned in the foregoing paragraph in order to retain the stolen property is liable the same penalties.

---

[108] Term in accordance with No II 1 para. 8 of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979). This amendment has been taken into account throughout the Second Book.

[109] Term in accordance with No II 1 para. 9 of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979). This amendment has been taken into account throughout the Second Book.

[110] Term in accordance with No II 1 para. 10 of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979). This amendment has been taken into account throughout the Second Book.