## Schweizerisches Strafgesetzbuch

**311.0**

vom 21. Dezember 1937 (Stand am 1. April 2013)

*Die Bundesversammlung der Schweizerischen Eidgenossenschaft,*
gestützt auf Artikel 123 Absätze 1 und 3 der Bundesverfassung[1],[2] nach Einsicht in eine Botschaft des Bundesrates vom 23. Juli 1918[3],
*beschliesst:*

### Erstes Buch:[4] Allgemeine Bestimmungen
### Erster Teil: Verbrechen und Vergehen
### Erster Titel: Geltungsbereich

**Art. 1**

1. Keine Sanktion ohne Gesetz

Eine Strafe oder Massnahme darf nur wegen einer Tat verhängt werden, die das Gesetz ausdrücklich unter Strafe stellt.

**Art. 2**

2. Zeitlicher Geltungsbereich

[1] Nach diesem Gesetze wird beurteilt, wer nach dessen Inkrafttreten ein Verbrechen oder Vergehen begeht.

[2] Hat der Täter ein Verbrechen oder Vergehen vor Inkrafttreten dieses Gesetzes begangen, erfolgt die Beurteilung aber erst nachher, so ist dieses Gesetz anzuwenden, wenn es für ihn das mildere ist.

**Art. 3**

3. Räumlicher Geltungsbereich. Verbrechen oder Vergehen im Inland

[1] Diesem Gesetz ist unterworfen, wer in der Schweiz ein Verbrechen oder Vergehen begeht.

[2] Ist der Täter wegen der Tat im Ausland verurteilt worden und wurde die Strafe im Ausland ganz oder teilweise vollzogen, so rechnet ihm das Gericht die vollzogene Strafe auf die auszusprechende Strafe an.

[3] Ist ein Täter auf Ersuchen der schweizerischen Behörde im Ausland verfolgt worden, so wird er, unter Vorbehalt eines krassen Verstosses gegen die Grundsätze der Bundesverfassung und der Konvention vom

---

AS **54** 757, **57** 1328 und BS **3** 203
[1] SR **101**
[2] Fassung gemäss Ziff. I des BG vom 30. Sept. 2011 in Kraft seit 1. Juli 2012 (AS **2012** 2575; BBl **2010** 5651 5677).
[3] BBl **1918** IV 1
[4] Fassung gemäss Ziff. I des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979).

Exhibit 4

Schweizerisches Strafgesetzbuch **311.0**

**Art. 272**[233]

2. Verbotener Nachrichtendienst. Politischer Nachrichtendienst

1. Wer im Interesse eines fremden Staates oder einer ausländischen Partei oder einer andern Organisation des Auslandes zum Nachteil der Schweiz oder ihrer Angehörigen, Einwohner oder Organisationen politischen Nachrichtendienst betreibt oder einen solchen Dienst einrichtet,

wer für solche Dienste anwirbt oder ihnen Vorschub leistet,

wird mit Freiheitsstrafe bis zu drei Jahren oder Geldstrafe bestraft.

2. In schweren Fällen ist die Strafe Freiheitsstrafe nicht unter einem Jahr. Als schwerer Fall gilt es insbesondere, wenn der Täter zu Handlungen aufreizt oder falsche Berichte erstattet, die geeignet sind, die innere oder äussere Sicherheit der Eidgenossenschaft zu gefährden.

**Art. 273**

Wirtschaftlicher Nachrichtendienst

Wer ein Fabrikations- oder Geschäftsgeheimnis auskundschaftet, um es einer fremden amtlichen Stelle oder einer ausländischen Organisation oder privaten Unternehmung oder ihren Agenten zugänglich zu machen,

wer ein Fabrikations- oder Geschäftsgeheimnis einer fremden amtlichen Stelle oder einer ausländischen Organisation oder privaten Unternehmung oder ihren Agenten zugänglich macht,

wird mit Freiheitsstrafe bis zu drei Jahren oder Geldstrafe, in schweren Fällen mit Freiheitsstrafe nicht unter einem Jahr bestraft. Mit der Freiheitsstrafe kann Geldstrafe verbunden werden.[234]

**Art. 274**[235]

Militärischer Nachrichtendienst

1. Wer für einen fremden Staat zum Nachteile der Schweiz militärischen Nachrichtendienst betreibt oder einen solchen Dienst einrichtet, wer für solche Dienste anwirbt oder ihnen Vorschub leistet,

wird mit Freiheitsstrafe bis zu drei Jahren oder Geldstrafe bestraft.

In schweren Fällen kann auf Freiheitsstrafe nicht unter einem Jahr erkannt werden.

2. Die Korrespondenz und das Material werden eingezogen.

---

[233] Fassung gemäss Ziff. I des BG vom 5. Okt. 1950, in Kraft seit 5. Jan. 1951 (AS **1951** 1; BBl **1949** 1 1249).
[234] Strafdrohungen neu umschrieben gemäss Ziff. II 1 Abs. 16 des BG vom 13. Dez. 2002, in Kraft seit 1. Jan. 2007 (AS **2006** 3459; BBl **1999** 1979).
[235] Fassung gemäss Ziff. I des BG vom 5. Okt. 1950, in Kraft seit 5. Jan. 1951 (AS **1951** 1; BBl **1949** 1 1249).

311.0

*English is not an official language of the Swiss Confederation. This translation is provided for information purposes only and has no legal force.*

## Swiss Criminal Code

of 21 December 1937 (Status as of 1 April 2013)
**Please note:**
This translation does not yet include the amendments of 01.05.2013 (AS **2013** 1103)
This translation does not yet include the amendments of 01.07.2013 (AS **2013** 1035)

*The Federal Assembly the Swiss Confederation,*

based on Article 123 paragraphs 1 and 3 of the Federal Constitution[1],[2]
and having considered a Federal Council Dispatch dated 23 July 1918[3],

*decrees:*

### Book One:[4] General Provisions
### Part One: Felonies and Misdemeanours
### Title One: Scope of Application

**Art. 1**

1. No penalty without a law

No one may be punished for an act unless it has been expressly declared to be an offence by the law.

**Art. 2**

2. Commencement of applicability of the Code

[1] This Code applies to any person who commits a felony or misdemeanour following the date on which it comes into force.

[2] Any person who commits a felony or misdemeanour prior to this Code coming into force is only subject to its terms in the event that the penalty hereunder is reduced than the penalty that would otherwise apply.

---

AS **54** 757, **57** 1328 and BS **3** 203
[1]  [BS **1** 3]. The said provision now corresponds to Art. 123 of the Federal Constitution of 18 April 1999 (SR **101**).
[2]  Amended by No I of the Federal Act of 30 Sept. 2011 in force since 1 July 2012 (AS **2012** 2575; BBl **2010** 5651 5677).
[3]  BBl **1918** IV 1
[4]  Amended by No I of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979).

1

**311.0**                      Swiss Criminal Code

**Art. 273**

Industrial espionage

Any person who obtains a manufacturing or trade secret in order to make it available to an external official agency, a foreign organisation, a private enterprise, or the agents of any of these, or,

any person who makes a manufacturing or trade secret available to an external official agency, a foreign organisation, a private enterprise, or the agents of any of these,

is liable to a custodial sentence not exceeding three years or to a monetary penalty, or in serious cases to a custodial sentence of not less than one year. Any custodial sentence may be combined with a monetary penalty.[234]

**Art. 274**[235]

Military espionage

1. Any person who conducts, organises, recruits others to conduct or encourages military intelligence-gathering services on behalf of a foreign state and to the detriment of Switzerland,

is liable to a custodial sentence not exceeding three years or to a monetary penalty.

In serious cases, a custodial sentence of not less than one year may be imposed.

2. Any correspondence and materials will be confiscated.

**Art. 275**[236]

3. Endangering the constitutional order.
Attacks on the constitutional order

Any person who carries out an act which is intended to disrupt or alter the constitutional order of the Confederation[237] or the cantons[238] in an unlawful manner is liable to a custodial sentence not exceeding five years or to a monetary penalty.

**Art. 275**bis [239]

Subversive propaganda

Any person who disseminates foreign propaganda which is intended to bring about the violent overthrow of the constitutional order of the Confederation or a canton is liable to a custodial sentence not exceeding three years or to a monetary penalty.

---

[234] Penalties revised by No II 1 para. 16 of the Federal Act of 13 Dec. 2002, in force since 1 Jan. 2007 (AS **2006** 3459 3535; BBl **1999** 1979).
[235] Amended by No I of the Federal Act of 5 Oct. 1950, in force since 5 Jan. 1951 (AS **1951** 1 16; BBl **1949** 1 1249).
[236] Amended by No I of the Federal Act of 5 Oct. 1950, in force since 5 Jan. 1951 (AS **1951** 1 16; BBl **1949** 1 1249).
[237] SR **101**
[238] SR **131.211/.235**
[239] Inserted by No I of the Federal Act of 5 Oct. 1950, in force since 5 Jan. 1951 (AS **1951** 1 16; BBl **1949** I 1249).