**952.0**

# Bundesgesetz
## über die Banken und Sparkassen
**(Bankengesetz, BankG)**[1]

vom 8. November 1934 (Stand am 1. Januar 2013)

*Die Bundesversammlung der Schweizerischen Eidgenossenschaft,*
gestützt auf die Artikel 34[ter], 64 und 64[bis] der Bundesverfassung[2],
nach Einsicht in eine Botschaft des Bundesrates vom 2. Februar 1934[3],
*beschliesst:*

## Erster Abschnitt: Geltungsbereich des Gesetzes

**Art. 1**[4]

[1] Diesem Gesetz unterstehen die Banken, Privatbankiers (Einzelfirmen[5], Kollektiv- und Kommanditgesellschaften) und Sparkassen, nachstehend Banken genannt.

[2] Natürliche und juristische Personen, die nicht diesem Gesetz unterstehen, dürfen keine Publikumseinlagen gewerbsmässig entgegennehmen. Der Bundesrat kann Ausnahmen vorsehen, sofern der Schutz der Einleger gewährleistet ist. Die Auflage von Anleihen gilt nicht als gewerbsmässige Entgegennahme von Publikumseinlagen.[6] [7]

[3] Dem Gesetz unterstehen insbesondere nicht:

a. Börsenagenten und Börsenfirmen, die nur den Handel mit Wertpapieren und die damit unmittelbar im Zusammenhang stehenden Geschäfte betreiben, jedoch keinen Bankbetrieb führen;

b. Vermögensverwalter, Notare und Geschäftsagenten, die lediglich die Gelder ihrer Kunden verwalten und keinen Bankbetrieb führen.

[4] Der Ausdruck «Bank» oder «Bankier», allein oder in Wortverbindungen, darf in der Firma, in der Bezeichnung des Geschäftszweckes und in der Geschäftsreklame nur für Institute verwendet werden, die eine Bewilligung der Eidgenössischen Fi-

---

AS **51** 117 und BS **10** 337

[1] Fassung des Titels gemäss Ziff. I des BG vom 22. April 1999, in Kraft seit 1. Okt. 1999 (AS **1999** 2405; BBl **1998** 3847).
[2] [BS **1** 3; AS **1976** 2001]
[3] BBl **1934** I 171
[4] Fassung gemäss Ziff. I des BG vom 11. März 1971, in Kraft seit 1. Juli 1971 (AS **1971** 808 824 Art. 1; BBl **1970** I 1144).
[5] Heute: Einzelunternehmen.
[6] Fassung gemäss Ziff. I des BG vom 18. März 1994, in Kraft seit 1. Febr. 1995 (AS **1995** 246; BBl **1993** I 805).
[7] Siehe auch die SchlB Änd. 18. März 1994 am Ende dieses BG.

Exhibit 5

Banken und Sparkassen. BG **952.0**

[2] Wer fahrlässig handelt, wird mit Busse bis zu 250 000 Franken bestraft.

[3] Im Fall einer Wiederholung innert fünf Jahren nach der rechtskräftigen Verurteilung beträgt die Geldstrafe mindestens 45 Tagessätze.

**Art. 47**[156]

[1] Mit Freiheitsstrafe bis zu drei Jahren oder Geldstrafe wird bestraft, wer vorsätzlich:

   a. ein Geheimnis offenbart, das ihm in seiner Eigenschaft als Organ, Angestellter, Beauftragter oder Liquidator einer Bank, als Organ oder Angestellter einer Prüfgesellschaft anvertraut worden ist oder das er in dieser Eigenschaft wahrgenommen hat;
   b. zu einer solchen Verletzung des Berufsgeheimnisses zu verleiten sucht.

[2] Wer fahrlässig handelt, wird mit Busse bis zu 250 000 Franken bestraft.

[3] Im Fall einer Wiederholung innert fünf Jahren nach der rechtskräftigen Verurteilung beträgt die Geldstrafe mindestens 45 Tagessätze.

[4] Die Verletzung des Berufsgeheimnisses ist auch nach Beendigung des amtlichen oder dienstlichen Verhältnisses oder der Berufsausübung strafbar.

[5] Vorbehalten bleiben die eidgenössischen und kantonalen Bestimmungen über die Zeugnispflicht und über die Auskunftspflicht gegenüber einer Behörde.

[6] Verfolgung und Beurteilung der Handlungen nach dieser Bestimmung obliegen den Kantonen. Die allgemeinen Bestimmungen des Strafgesetzbuches[157] kommen zur Anwendung.

**Art. 48**[158]

**Art. 49**[159]

[1] Mit Busse bis zu 500 000 Franken wird bestraft, wer vorsätzlich:

   a. unbefugterweise in der Firma, in der Bezeichnung des Geschäftszweckes oder in Geschäftsreklamen den Ausdruck «Bank», «Bankier» oder «Sparen» verwendet;
   b. die vorgeschriebenen Meldungen an die FINMA nicht erstattet;
   c. für die Entgegennahme von Spar- und Publikumseinlagen wirbt, ohne über die gesetzlich erforderliche Bewilligung zu verfügen.

[2] Wer fahrlässig handelt, wird mit Busse bis zu 150 000 Franken bestraft.

---

[156] Fassung gemäss Anhang Ziff. 15 des Finanzmarktaufsichtsgesetzes vom 22. Juni 2007, in Kraft seit 1. Jan. 2009 (AS **2008** 5207 5205; BBl **2006** 2829).
[157] SR **311.0**
[158] Aufgehoben durch Anhang Ziff. 15 des Finanzmarktaufsichtsgesetzes vom 22. Juni 2007, mit Wirkung seit 1. Jan. 2009 (AS **2008** 5207 5205; BBl **2006** 2829).
[159] Fassung gemäss Anhang Ziff. 15 des Finanzmarktaufsichtsgesetzes vom 22. Juni 2007, in Kraft seit 1. Jan. 2009 (AS **2008** 5207 5205; BBl **2006** 2829).

[3] Article 47 of the Federal Law on Banks and Savings Banks of November 8, 1934 provides:

1. Whoever intentionally:
a. divulges a secret entrusted to him in his capacity as a management body, employee, mandatory or liquidator of a bank, as a management body or employee of an audit company or that he became aware of in this capacity;
b. seeks to induce others to such a violation of professional secrecy shall be sentenced to imprisonment of up to three years or a fine.
2. Where the offender acts through negligence, he or she is liable to a fine of up to 250,000 Swiss francs.
3. In the case of a repetition of the offense within five years of the conviction taking full legal effect, the monetary penalty will be a minimum of 45 daily penalty units.
4. Violation of professional secrecy remains punishable after termination of the official relationship or the practice of the profession.
5. The Federal and Cantonal regulations concerning the obligation to testify and to furnish information to a government authority remain reserved.
6. Prosecution and judgment of the acts under this provision are the responsibility of the cantons. The general provisions of the Swiss Criminal Code shall apply.

Translation from Correspondence from Manuel Sager, Ambassador of Switzerland, dated May 1, 2013.