**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Honorable R. Brooke Jackson

Civil Action No.: 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

       Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GmbH,
INNOVATIS IMMOBILIEN GmbH,
INNOVATIS ASSET MANAGEMENT, S.A.,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

       Defendants.

---

## NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(2)

---

     Defendants Erwin Lasshofer and Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. (collectively the "Innovatis entities") respectfully apprise the Court of their compliance with FED. R. CIV. P. 26(a)(2).   On June 4, 2013, Mr. Lasshofer and the Innovatis entities furnished Plaintiffs with the Expert Report Of John M. Wihelms, MAI.  Mr. Wihelms' Report demonstrates that the opinions of Plaintiff John D. Niemi about the valuation of the subject properties do not comply with FED. R. EVID. 702

and are therefore inadmissible.  Specifically, Niemi did not use a reliable methodology, did not reliably apply a reliable methodology, and did not use sufficient facts and data.

Dated:  June 4, 2012.

Respectfully submitted,

*s/Kevin D. Evans*

By: _____

Kevin D. Evans
Phillip L. Douglass
STEESE, EVANS & FRANKEL, P.C.
6400 S. Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Telephone:    720.200.0676
Facsimile:     720.200.0679
Email: kdevans@s-elaw.com
            pdouglass@s-elaw.com

Attorneys forDefendants
ERWIN LASSHOFER, INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH, INNOVATIS
ASSET MANAGEMENT, S.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2013, I caused the foregoing **NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(2)** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

Robert N. Miller
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone:    303.291.2300
Facsimile:     303.291.2400
Email: rmiller@perkinscoie.com

Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612.349.8500
Facsimile:     612.339.4181
Email: cwmadel@rkmc.com
        bdmanning@rkmc.com
        atrthom@rkmc.com

Jeffrey H. McClelland
Kathleen E. Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
#3500
Denver, CO 80202
303-629-5200
Email: jmc@benningtonjohnson.com
Email: kec@benningtonjohnson.com

Julie Anne North
Justine Victoria Beyda
Cravath, Swaine & Moore LLP
825 Eighth Avenue
39th Floor
New York, NY 10019-7475
212-474-1000
Email: jnorth@cravath.com
Email: jbeyda@cravath.com

*s/ Theresa Baksay*
_____
Theresa Baksay