IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera            Date: June 7, 2013
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-00869-RBJ

*Parties*:                                *Counsel*:

JOHN NIEMI,                               Christopher Madel
ROBERT NAEGELE, III, and                  Robert Miller
JESPER PARNEVIK,                          Aaron Thom

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,                    Phillip Douglass and Kevin Evans
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC,
BARRY FUNT,
CREDIT SUISSE AG,                         Kathleen Craigmile and Julie North

    Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**Court in session:**     **9:02 a.m.**

Appearances of counsel.

Opening remarks by the Court.

Defendant Credit Suisse AG's witness, Lorence Erni, called and sworn.

9:07 a.m.      Direct examination of Mr. Erni by Ms. Craigmile.

Defendant Credit Suisse AG's Exhibits A-E are ADMITTED.

9:39 a.m.      Cross examination of Mr. Erni by Mr. Madel.

**9:55 a.m.     Court in recess.**
**10:08 a.m.    Court in session.**

Continued cross examination of Mr. Erni by Mr. Madel.

10:15 a.m.     Cross examination of Mr. Erni by Mr. Evans.

10:17 a.m.     Court questions the witness.

Witness excused.

10:21 a.m.     Argument by Ms. Craigmile.

10:26 a.m.     Argument by Mr. Madel.

Mr. Erni recalled to the stand.

10:36 a.m.     Court questions the witness.

10:43 a.m.     Mr. Madel questions Mr. Erni.

Witness excused.

10:51 a.m.     Argument by Mr. Miller.

10:53 a.m.     Argument by Ms. Craigmile.

10:54 a.m.     Court questions Mr. Miller.

Plaintiffs' witness, John Niemi, called and sworn.

11:02 a.m.     Direct examination of Mr. Niemi by Mr. Miller.

**11:30 a.m.    Court in recess.**
**1:46 p.m.     Court in session.**

Continued direct examination of Mr. Niemi by Mr. Miller.

1:59 p.m.        Cross examination of Mr. Niemi by Ms. Craigmile.

2:01 p.m.        Cross examination of Mr. Niemi by Mr. Evans.

3:00 p.m.        Redirect examination of Mr. Niemi by Mr. Miller.

3:11 p.m.        Recross examination of Mr. Niemi by Mr. Evans.

3:12 p.m.        Court questions the witness.

**3:27 p.m.        Court in recess.**
**3:43 p.m.        Court in session.**

Defendants' (Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A.) witness, John Wilhelms, called and sworn.

3:43 p.m.        Direct examination of Mr. Wilhelms by Mr. Evans.

4:11 p.m.        Cross examination of Mr. Wilhelms by Mr. Madel.

Plaintiffs' Exhibits 1-13 are ADMITTED.

Defendants' (Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A.) Exhibits 1-23 are ADMITTED.

4:19 p.m.        Argument by Mr. Miller.

4:23 p.m.        Argument by Mr. Evans.

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiffs' Motion for Default Judgment Against the Lasshofer Defendants #[191] is GRANTED.

**ORDERED:**   Plaintiffs' Motion to Compel Credit Suisse AG to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents #[206] is DENIED.

**ORDERED:**   Credit Suisse AG's Motion to Strike Plaintiffs' Motion to Compel (Doc. 206) #[208] is DENIED.

**ORDERED:**   Plaintiffs' Motion in Limine for an Order That All Factual Allegations in Plaintiffs' Amended Complaint are Deemed Proven and That the Lasshofer Defendants are Precluded from Opposing Plaintiffs' Damages Evidence #[211] is

                DENIED.

**ORDERED:** Objections of Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. to Plaintiffs' Designation of John Niemi as an Expert Witness and to Niemi's Opinions, and Motion to Exclude Same #[214] is DENIED.

**ORDERED:** Plaintiffs' Motion in Limine to Preclude Credit Suisse AG from Introducing Any Expert Testimony at June 7 Hearing #[218] is DENIED.

**ORDERED:** The Court enters judgment in favor of the Plaintiffs and against Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. in the amount of $61,692,492.  Prejudgment interest and attorney's fees are waived.  Post judgment interest will accrue at the statutory rate on that amount until it is fully satisfied.

**ORDERED:** Court severs Counts Five and Twelve with respect to Mr. Lasshofer and the Innovatis Defendants pursuant to 54B.

**ORDERED:** Claim #17 for relief is DISMISSED.  However, Defendant Credit Suisse AG will remain in the case in order for the Plaintiffs to pursue the Hague Convention with respect to discovery.

The Court will issue a bench warrant against Mr. Lasshofer once Plaintiffs' counsel submits the proposed warrant.

**Court in recess:**     5:07 p.m.

Hearing concluded.

Total time:     05:20