**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC,
BARRY FUNT and
CREDIT SUISSE AG,

      Defendants.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the oral ruling at the June 7, 2013 hearing of Judge R. Brooke Jackson [see Courtroom Minutes, entered on June 7, 2013], it is

ORDERED that default judgment is hereby entered in favor of Plaintiffs John Niemi, Robert Naegele, III and Jesper Parnevik and against Defendants Erwin Lasshofer, Innovatis GMBH, Innovatis Immobilien GMBH, Innovatis Asset Management S.A. in the total amount of $61,692,492.00.  It is further

ORDERED that prejudgment interest and attorney's fees are waived; post-

judgment interest shall accrue on the amounts awarded in this matter at the legal rate of <u>.14%</u> per annum from the date of entry of judgment.  It is further

ORDERED that Counts Five and Twelve with respect to Mr. Lasshofer and the Innovatis Defendants are severed, pursuant to Fed. R. Civ. P. 54(b).  It is further

ORDERED that Claim #17 for relief is DISMISSED; Defendant Credit Suisse AG, however, will remain in the case in order for the Plaintiffs to pursue the Hague Convention with respect to discovery.

Dated at Denver, Colorado this 11th day of June, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk