**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Honorable R. Brooke Jackson

Civil Action No.: 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

        Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GmbH,
INNOVATIS IMMOBILIEN GmbH,
INNOVATIS ASSET MANAGEMENT, S.A.,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

        Defendants.

---

**RESPONSE TO NOTICE OF PROPOSED ORDER**
**[DOC. NO. 225; FILED 6/10/2013]**

---

Defendant Erwin Lasshofer ("Mr. Lasshofer") responds to Plaintiffs' Notice of Proposed Order For Warrant [Doc. No. 225; filed 6/10/2013].

Plaintiffs are seeking an order for the issuance of a bench warrant for the arrest of Mr. Lasshofer because the Court found him in contempt of its June 1, 2012 preliminary injunction order (which is on appeal) and the $10,000 daily fine the Court imposed for

noncompliance with that on appeal order has not been paid. The Court should not enter the proposed order for the following reasons:

1.     There are procedures that must be followed to hold a party in contempt, and those procedures have not been followed here.

2.     While Mr. Lasshofer believes the $10,000 daily fine the Court imposed already constitutes an improper criminal contempt order, if the Court also issues a bench warrant for Mr. Lasshofer's arrest, such order clearly constitutes a finding of criminal contempt, which requires added due process protections that have not been afforded.

3.     The Court should wait to take any further action on the issue of contempt until the Tenth Circuit rules on Mr. Lasshofer and the Innovatis entities' appeal of the June 1, 2012 preliminary injunction order. That appeal has been fully briefed and argued, and Mr. Lasshofer anticipates a ruling at any time. A criminal contempt finding in connection with an order that is then reversed would gut the contempt finding.

Dated: June 10, 2012.                  Respectfully submitted,

                                              *s/Kevin D. Evans*
                                       By:
                                              _____
                                              Kevin D. Evans
                                              Phillip L. Douglass
                                              STEESE, EVANS & FRANKEL, P.C.
                                              6400 S. Fiddlers Green Circle
                                              Suite 1820
                                              Denver, Colorado 80111
                                              Telephone:   720.200.0676
                                              Facsimile:   720.200.0679
                                              Email: kdevans@s-elaw.com
                                                     pdouglass@s-elaw.com

                                       Attorneys for Defendants
                                       ERWIN LASSHOFER, INNOVATIS GMBH,
                                       INNOVATIS IMMOBILIEN GMBH, INNOVATIS
                                       ASSET MANAGEMENT, S.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2013, I caused the foregoing **RESPONSE TO NOTICE OF PROPOSED ORDER [DOC. NO. 225; FILED 6/10/2013]** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

Robert N. Miller
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone:   303.291.2300
Facsimile:   303.291.2400
Email: rmiller@perkinscoie.com

Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612.349.8500
Facsimile:   612.339.4181
Email: cwmadel@rkmc.com
       bdmanning@rkmc.com
       arthom@rkmc.com

Jeffrey H. McClelland
Kathleen E. Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
#3500
Denver, CO 80202
303-629-5200
Email: jmc@benningtonjohnson.com
Email: kec@benningtonjohnson.com

Julie Anne North
Justine Victoria Beyda
Cravath, Swaine & Moore LLP
825 Eighth Avenue
39th Floor
New York, NY 10019-7475
212-474-1000
Email: jnorth@cravath.com
Email: jbeyda@cravath.com

*s/Theresa Baksay*
_____
Theresa Baksay