

|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF COLORADO**<br>**OFFICE OF THE CLERK** | Alfred A. Arraj<br>United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294<br>www.cod.uscourts.gov |
| Jeffrey P. Colwell<br>*Clerk* | Phone: (303) 844-3433 |

June 18, 2013

TRANSMITTAL OF NOTICE OF APPEAL FILED BY COUNSEL

SEE NOTICE OF ELECTRONIC FILING

**RE:** Niemi v. Burgess

District Court Case No.: 12-cv-00869-RBJ
Filed by: Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer
Filed on: 6/17/13
Fee Status: Fee paid
Type of Counsel: Retained counsel
Other Pending Appeals: 12-1233

Attached are the following documents for the parties in connection with the notice of appeal and a copy of the docket sheet.

The parties are directed to the U.S. Court of Appeals for the 10th Circuit website (http://www.ca10.uscourts.gov) to obtain any necessary forms, such as the Transcript Order Form, Docketing Statement or Designation of Record. Instructions for ordering transcripts are attached.

JEFFREY P. COLWELL, CLERK

by  s/ M. Fredrickson
Deputy Clerk

cc:   Clerk, U.S. Court of Appeals for the Tenth Circuit with the preliminary record

**INSTRUCTIONS FOR ORDERING TRANSCRIPTS:**

Please review the enclosed docket sheet and locate the docket entry for the minutes of the proceedings you wish to have transcribed.  In the entry will be either:
- the name of the court reporter, or
-"FTR" (meaning the proceeding was digitally recorded before either a District Court Judge or a Magistrate Judge).

If a name of a court reporter appears, please contact that reporter directly to make arrangements for the preparation of the transcript.  The names, addresses and phone numbers for the court reporters and some of the contract reporters are on the attached sheet.

If the proceeding was before a District Court Judge (other than Judge Richard P. Matsch) and was recorded by an E.C.R. operator or FTR, please contact Federal Reporting Service.  Their address and phone number are on the attached list.

If the proceeding was before Judge Richard P. Matsch please contact Kathy Terasaki.  Her phone number is on the attached list.

If the proceeding was held before a Magistrate Judge Please contact Avery Woods Reporting Service.  Their address and phone numbers are on the attached list.

**COURT REPORTERS**
Suzanne Claar
3629 E. Phillips Ave.
Centennial, CO 80122
303-770-4794

Paul Zuckerman
303-629-9285

Gwen Daniel
303-571-4084

Therese Lindblom
303-628-7877

Kara Spitler
303-623-3080

Janet Coppock (fka Morrissey)
303-893-2835

Darlene Martinez
303-296-2008

Tracy Weir
303-298-1207

Tamara Hoffschildt
303-292-1088

**FTR OPERATOR**
Kathy Terasaki
FTR Operator - (FTR-RPM)
303-335-2095

**DISTRICT COURT JUDGE - DIGITAL FTR**
Federal Reporting Service, Inc.
17454 East Asbury Place
Aurora, CO 80013
303-751-2777

**MAGISTRATE JUDGE - DIGITAL - FTR**
Avery Woods Reporting Service, Inc.
455 Sherman Street, Suite 250
Denver, CO 80203
303-825-6119

**OTHER COURT REPORTERS**
Adrienne Whitlow
15400 Winding Moss Dr.
Houston, TX 77068
303-668-6887