IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera           Date: June 7, 2013
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-00869-RBJ

*Parties*:                                *Counsel*:

JOHN NIEMI,                               Christopher Madel
ROBERT NAEGELE, III, and                  Robert Miller
JESPER PARNEVIK,                          Aaron Thom

     Plaintiffs,

v.

MICHAEL FRANK BURGESS,                    Phillip Douglass and Kevin Evans
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC,
BARRY FUNT,
CREDIT SUISSE AG,                         Kathleen Craigmile and Julie North

     Defendants.

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:    9:02 a.m.**

Appearances of counsel.

Opening remarks by the Court.

Defendant Credit Suisse AG's witness, Lorence Erni, called and sworn.

9:07 a.m.		Direct examination of Mr. Erni by Ms. Craigmile.

Defendant Credit Suisse AG's Exhibits A-E are ADMITTED.

9:39 a.m.		Cross examination of Mr. Erni by Mr. Madel.

**9:55 a.m.		Court in recess.**
**10:08 a.m.		Court in session.**

Continued cross examination of Mr. Erni by Mr. Madel.

10:15 a.m.		Cross examination of Mr. Erni by Mr. Evans.

10:17 a.m.		Court questions the witness.

Witness excused.

10:21 a.m.		Argument by Ms. Craigmile.

10:26 a.m.		Argument by Mr. Madel.

Mr. Erni recalled to the stand.

10:36 a.m.		Court questions the witness.

10:43 a.m.		Mr. Madel questions Mr. Erni.

Witness excused.

10:51 a.m.		Argument by Mr. Miller.

10:53 a.m.		Argument by Ms. Craigmile.

10:54 a.m.		Court questions Mr. Miller.

Plaintiffs' witness, John Niemi, called and sworn.

11:02 a.m.		Direct examination of Mr. Niemi by Mr. Miller.

**11:30 a.m.		Court in recess.**
**1:46 p.m.		Court in session.**

Continued direct examination of Mr. Niemi by Mr. Miller.

| | |
|---|---|
| 1:59 p.m. | Cross examination of Mr. Niemi by Ms. Craigmile. |
| 2:01 p.m. | Cross examination of Mr. Niemi by Mr. Evans. |
| 3:00 p.m. | Redirect examination of Mr. Niemi by Mr. Miller. |
| 3:11 p.m. | Recross examination of Mr. Niemi by Mr. Evans. |
| 3:12 p.m. | Court questions the witness. |
| **3:27 p.m.** | **Court in recess.** |
| **3:43 p.m.** | **Court in session.** |

Defendants' (Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A.) witness, John Wilhelms, called and sworn.

| | |
|---|---|
| 3:43 p.m. | Direct examination of Mr. Wilhelms by Mr. Evans. |
| 4:11 p.m. | Cross examination of Mr. Wilhelms by Mr. Madel. |

Plaintiffs' Exhibits 1-13 are ADMITTED.

Defendants' (Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A.) Exhibits 1-23 are ADMITTED.

| | |
|---|---|
| 4:19 p.m. | Argument by Mr. Miller. |
| 4:23 p.m. | Argument by Mr. Evans. |

For the reasons as stated on the record, it is:

**ORDERED:** Plaintiffs' Motion for Default Judgment Against the Lasshofer Defendants #[191] is GRANTED.

**ORDERED:** Plaintiffs' Motion to Compel Credit Suisse AG to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents #[206] is DENIED.

**ORDERED:** Credit Suisse AG's Motion to Strike Plaintiffs' Motion to Compel (Doc. 206) #[208] is DENIED.

**ORDERED:** Plaintiffs' Motion in Limine for an Order That All Factual Allegations in Plaintiffs' Amended Complaint are Deemed Proven and That the Lasshofer Defendants are Precluded from Opposing Plaintiffs' Damages Evidence #[211] is

3

         DENIED.

**ORDERED:** Objections of Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. to Plaintiffs' Designation of John Niemi as an Expert Witness and to Niemi's Opinions, and Motion to Exclude Same #[214] is DENIED.

**ORDERED:** Plaintiffs' Motion in Limine to Preclude Credit Suisse AG from Introducing Any Expert Testimony at June 7 Hearing #[218] is DENIED.

**ORDERED:** The Court enters judgment in favor of the Plaintiffs and against Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. in the amount of $61,692,492. Prejudgment interest and attorney's fees are waived. Post judgment interest will accrue at the statutory rate on that amount until it is fully satisfied.

**ORDERED:** Court severs Counts Five and Twelve with respect to Mr. Lasshofer and the Innovatis Defendants pursuant to 54B.

**ORDERED:** Claim #17 for relief is DISMISSED. However, Defendant Credit Suisse AG will remain in the case in order for the Plaintiffs to pursue the Hague Convention with respect to discovery.

The Court will issue a bench warrant against Mr. Lasshofer once Plaintiffs' counsel submits the proposed warrant.

**Court in recess:**     5:07 p.m.

Hearing concluded.

Total time:     05:20

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC,
BARRY FUNT and
CREDIT SUISSE AG,

    Defendants.

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the oral ruling at the June 7, 2013 hearing of Judge R. Brooke Jackson [see Courtroom Minutes, entered on June 7, 2013], it is

ORDERED that default judgment is hereby entered in favor of Plaintiffs John Niemi, Robert Naegele, III and Jesper Parnevik and against Defendants Erwin Lasshofer, Innovatis GMBH, Innovatis Immobilien GMBH, Innovatis Asset Management S.A. in the total amount of $61,692,492.00.  It is further

ORDERED that prejudgment interest and attorney's fees are waived; post-

judgment interest shall accrue on the amounts awarded in this matter at the legal rate of .14% per annum from the date of entry of judgment. It is further

ORDERED that Counts Five and Twelve with respect to Mr. Lasshofer and the Innovatis Defendants are severed, pursuant to Fed. R. Civ. P. 54(b). It is further

ORDERED that Claim #17 for relief is DISMISSED; Defendant Credit Suisse AG, however, will remain in the case in order for the Plaintiffs to pursue the Hague Convention with respect to discovery.

Dated at Denver, Colorado this 11th day of June, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Civil Action No.: 12-CV-869-RBJ

| | |
|---|---|
| JOHN NIEMI, ROBERT NAEGELE, III, and JESPER PARNEVIK, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **NOTICE OF APPEAL** ) |
| MICHAEL FRANK BURGESS, ERWIN LASSHOFER, INNOVATIS GmbH, INNOVATIS IMMOBILIEN GmbH, INNOVATIS ASSET MANAGEMENT, S.A., LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and BARRY FUNT, | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| CREDIT SUISSE AG, | ) ) |
| Nominal Defendant. | ) |

2

Notice is hereby given that Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH and Innovatis Asset Management, S.A., defendants in the above-entitled case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order granting Default Judgment and damages, Document No. 226, dated June 11, 2013.

Date: June 17, 2013.

Respectfully submitted,

By: *s/Kevin D. Evans*
_____
Kevin D. Evans
Phillip L. Douglass
STEESE, EVANS & FRANKEL, P.C.
6400 S. Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Telephone:  720.200.0676
Facsimile:  720.200.0679
Email:  kdevans@s-elaw.com
pdouglass@s-elaw.com

Attorneys for Defendants
ERWIN LASSHOFER, INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH, INNOVATIS
ASSET MANAGEMENT, S.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2013, I caused the foregoing **NOTICE OF APPEAL** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the electronic filing to the following attorneys of record:

Robert N. Miller
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone:   303.291.2300
Facsimile:   303.291.2400
Email:       rmiller@perkinscoie.com
             sdunn@perkinscoie.com

Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612.349.8500
Facsimile:   612.339.4181
Email:       cwmadel@rkmc.com
             bdmanning@rkmc.com
             athom@rkmc.com

Kathleen E. Craigmile
Jeffrey H. McClelland
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street
Suite 3500
Denver, CO 80202
Telephone:  303.629.5200
Facsimile:  303.629.5718
Email:  kec@benningtonjohnson.com
jmc@benningtonjohnson.com

Julie North
Justine Beyda
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
39th Floor
New York, NY 10019-7475
Telephone:  212.474.1000
Facsimile:  212.474.3700
Email:  jnorth@cravath.com
jbeyda@cravath.com

*s/Theresa Baksay*

_____

Theresa Baksay

4