**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Honorable R. Brooke Jackson

Civil Action No.: 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

       Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GmbH,
INNOVATIS IMMOBILIEN GmbH,
INNOVATIS ASSET MANAGEMENT, S.A.,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

       Defendants.

## MOTION OF KEVIN D. EVANS TO CORRECT DOCKET

At the direction of the Court, this motion is being made to correct the docket, which erroneously identifies Kevin D. Evans and Steese, Evans & Frankel, P.C. as counsel of record for Defendants Michael Frank Burgess, Lexington Property & Casualty, LLC, and Barry Funt.

On June 18, 2018, undersigned counsel received from the Clerk of Court Transmittal of Notice of Appeal Filed By Counsel. The transmittal included the Civil Docket for Case No. 1-12-CV00869-RBJ.

1. Upon inspection of the Civil Docket, it was observed that Kevin D. Evans and Steese, Evans & Frankel, P.C. are identified as counsel-of-record for Defendants Michael Frank Burgess, Lexington Property & Casualty, LLC, and Barry Funt.

2. Mr. Evans and his firm have never represented Michael Frank Burgess, Lexington Property & Casualty, LLC, and/or Barry Funt in this matter or any other matter.

3. The representation by Mr. Evans and his firm in this matter has at all times been limited to Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A.

Wherefore, Mr. Evans respectfully requests that the Civil Docket be corrected and that Mr. Evans and Steese, Evans & Frankel, P.C. be deleted *nunc pro tunc* as counsel of record for Michael Frank Burgess, Lexington Casualty & Property, LLC, and Barry Funt.

Dated:  June 19, 2012.                    Respectfully submitted,

By:   */s/Kevin D. Evans*
    Kevin D. Evans
    Phillip L. Douglass
    STEESE, EVANS & FRANKEL, P.C.
    6400 S. Fiddlers Green Circle
    Suite 1820
    Denver, Colorado 80111
    Telephone:   720.200.0676
    Facsimile:     720.200.0679
    Email: kdevans@s-elaw.com
          pdouglass@s-elaw.com

Attorneys for Defendants
ERWIN LASSHOFER, INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH, INNOVATIS
ASSET MANAGEMENT, S.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2013, I caused the foregoing **MOTION OF KEVIN D. EVANS TO CORRECT DOCKET** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

Robert N. Miller
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone:   303.291.2300
Facsimile:    303.291.2400
Email: rmiller@perkinscoie.com

Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612.349.8500
Facsimile:    612.339.4181
Email: cwmadel@rkmc.com
        bdmanning@rkmc.com
        arthom@rkmc.com

Jeffrey H. McClelland
Kathleen E. Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
#3500
Denver, CO 80202
303-629-5200
Email: jmc@benningtonjohnson.com
Email: kec@benningtonjohnson.com

Julie Anne North
Justine Victoria Beyda
Cravath, Swaine & Moore LLP
825 Eighth Avenue
39th Floor
New York, NY 10019-7475
212-474-1000
Email: jnorth@cravath.com
Email: jbeyda@cravath.com

*s/Theresa Baksay*
_____
Theresa Baksay