IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

    Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

    Defendants,

CREDIT SUISSE A.G.,

    Nominal Defendant.

---

## ORDER FOR WARRANT

---

Pursuant to this Court's Order dated March 26, 2013 (Dkt. 184), finding Erwin Lasshofer and his entities, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management SA, (together, "the Lasshofer Defendants") in contempt of the

Court's June 1, 2012 Preliminary Injunction Order (Dkt. 50), and the Lasshofer Defendants' ongoing contempt for which they have incurred daily-increasing fines of over $610,000, it is hereby

    ORDERED that an arrest warrant, attached hereto, shall issue forthwith for the arrest of Defendant Erwin Lasshofer.

DATED this 24 day of June, 2013.

                                            BY THE COURT:

                                            _____
                                            The Honorable R. Brooke Jackson
                                            United States District Judge