AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,
                Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and BARRY FUNT,
                Defendants,

CREDIT SUISSE A.G.,
                Nominal Defendant.

Case No. 12-cv-869-RBJ

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Erwin Lasshofer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

On March 26, 2013, Erwin Lasshofer and his entities, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management SA, (together, "the Lasshofer Defendants") were found by the Court in the above-captioned case to be in contempt of the Court's June 1, 2012 Preliminary Injunction Order. The Lasshofer Defendants' contempt of Court has continued uninterrupted since March 26, 2013, causing the Lasshofer Defendants to incur daily-increasing fines of over $610,000.

Date: 6-24-13

*Issuing officer's signature*

City and state:    Denver, Colorado

The Honorable R. Brooke Jackson, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*