# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Honorable R. Brooke Jackson

Civil Action No.: 12-CV-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

        Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GmbH,
INNOVATIS IMMOBILIEN GmbH,
INNOVATIS ASSET MANAGEMENT, S.A.,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

        Defendants.

## REPLY IN SUPPORT OF MOTION OF
## STEESE, EVANS & FRANKEL, P.C. TO QUASH SUBPOENA

### EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| John Niemi, Robert Naegele, III, and Jesper Parnevik,<br><br>Plaintiffs,<br>v.<br><br>Michael Frank Burgess, Erwin Lasshofer, Innovatis GMBH, Innovatis Immobilien GMBH, Innovatis Asset Management, SA, and Lexington Capital & Property Investments, LLC, and Barry Funt,<br><br>Defendants, | Case No. _____<br><br>*Pending in the United States District Court for the District of Colorado – Civil Action No. 1:12-00869 (RBJ)*<br><br>**AFFIDAVIT OF<br>X. KEVIN ZHAO** |

STATE OF MINNESOTA )
                    ) ss.
COUNTY OF HENNEPIN )

X. Kevin Zhao, being duly sworn, on oath, states as follows:

1. I am an attorney with the law firm of Greene Espel PLLP, one of the attorneys representing Greene Espel PLLP in connection with and in support of its Motion to Quash a subpoena served upon the firm on October 1, 2013, in the above-referenced matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Final Judgment entered in *Niemi, et al. v. Burgess, et al.*, D. Colo. Case No. 12-CV-869, Dkt. No. 252, dated August 23, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of the subpoena served upon Greene Espel PLLP on October 1, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of the cover letter accompanying the subpoena, dated October 1, 2013.

FURTHER AFFIANT SAYETH NOT.

Dated: 10/15/2013

X. Kevin Zhao

Subscribed and sworn to before me this _____ day of October, 2013.

_____
Notary Public
My Commission Expires: 1/31/2015

CALLIE M. BIRD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| John Niemi, Robert Naegele, III, and Jesper Parnevik,<br><br>         Plaintiffs,<br>v.<br><br>Michael Frank Burgess, Erwin Lasshofer, Innovatis GMBH, Innovatis Immobilien GMBH, Innovatis Asset Management, SA, and Lexington Capital & Property Investments, LLC, and Barry Funt,<br><br>         Defendants. | Case No. _____<br><br>*Pending in the United States District Court for the District of Colorado – Civil Action No. 1:12-00869 (RBJ)*<br><br>**NOTICE OF HEARING ON GREENE ESPEL PLLP'S MOTION TO QUASH** |

TO: PLAINTIFFS JOHN NIEMI, ROBERT NAEGELE, III, AND JESPER PARNEVIK AND THEIR ATTORNEY, AARON R. THOM, ESQ., ROBINS, KAPLAN, MILLER & CIRESI, L.L.P., 800 LaSALLE AVENUE, SUITE 2800, MINNEAPOLIS, MN 55402:

**PLEASE TAKE NOTICE** that, at a time and place to be determined, Greene Espel PLLP will move this Court for an Order to Quash the Subpoena served upon it on October 1, 2013. This motion is brought pursuant to Fed. R. Civ. P. 45(c)(3), and is based upon the memorandum of law and other supporting documents filed herewith, any further evidence and argument to be presented at or before the hearing, and all of the files, records, and proceedings herein.

2

Dated: October 15, 2013　　**GREENE ESPEL PLLP**

By: <u>s/ X. Kevin Zhao</u>
　　Robert J. Gilbertson, Reg. No. 22361X
　　X. Kevin Zhao, Reg. No. 0391302

222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: 612.373.0830
Facsimile: 612.373.0929
bgilbertson@greeneespel.com
kzhao@greeneespel.com

*Attorneys for Greene Espel PLLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| John Niemi, Robert Naegele, III, and Jesper Parnevik,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>Michael Frank Burgess, Erwin Lasshofer, Innovatis GMBH, Innovatis Immobilien GMBH, Innovatis Asset Management, SA, and Lexington Capital & Property Investments, LLC, and Barry Funt,<br><br>　　　　　　　　　　Defendants. | Case No. _____<br><br>*Pending in the United States District Court for the District of Colorado – Civil Action No. 1:12-00869 (RBJ)*<br><br>**GREENE ESPEL PLLP'S MEET AND CONFER STATEMENT** |

I hereby certify that I spoke by telephone on October 15, 2013 with Plaintiffs' counsel Aaron Thom to meet and confer regarding this motion to quash, and that we were unable to agree to a resolution of all or part of the motion.

Dated: October 15, 2013.　　　　**GREENE ESPEL PLLP**

　　　　　　　　　　　　　　　　By:　s/ Robert J. Gilbertson
　　　　　　　　　　　　　　　　　　　Robert J. Gilbertson, Reg. No. 22361X
　　　　　　　　　　　　　　　　　　　X. Kevin Zhao, Reg. No. 0391302

　　　　　　　　　　　　　　　　222 South Ninth Street, Suite 2200
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　Telephone: 612.373.0830
　　　　　　　　　　　　　　　　Facsimile: 612.373.0929
　　　　　　　　　　　　　　　　bgilbertson@greeneespel.com
　　　　　　　　　　　　　　　　kzhao@greeneespel.com

　　　　　　　　　　　　　　　　*Attorneys for Greene Espel PLLP*