**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 12-cv-869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK,

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC, and
BARRY FUNT,

      Defendants,

CREDIT SUISSE A.G.,

      Nominal Defendant.

## ORDER ON PLAINTIFFS' MOTION FOR RELEASE OF BOND

Upon consideration of Plaintiffs' Motion for Release of Bond, the Court **ORDERS** that:

The bond posted by Plaintiff Robert Naegele on April 16, 2012 in the amount of $10,000.00 (ten thousand dollars) (*see* Dkt. 14) is to be released to Plaintiff Naegele.

2

DONE this 15th day of December, 2014.

BY THE COURT:

*[signature]*

_____
United States District Court Judge