# WARTMANN & MERKER
RECHTSANWÄLTE · ATTORNEYS AT LAW

Dr. Peter Reichart, LL.M. · Alexander Wintsch, LL.M. · Dr. Peter Hafner, LL.M. · Dr. Reto Strittmatter
Dr. Andrea Meier, LL.M. · Silvia Haffner · Melanie Lehmann · Anna Lea Setz · Gerarda Coppola

**Vorab per E-Mail**
Rechtsanwältin M. Lotter
MLaw Th. Wehrli
Pachmann Rechtsanwälte AG
Löwenstr. 29
Postfach 2325
8021 Zürich

17. September 2015   1820/387.docx

**FO130001 - Innovatis Asset Management SA u.a. c. Credit Suisse AG**

Sehr geehrte Frau Kollegin Lotter
Sehr geehrter Herr Kollege Wehrli

Wie Ihnen bekannt ist, hat das Bezirksgericht Zürich, Einzelgericht für SchKG-Klagen, mit Urteil vom 19. August 2015, eingegangen bei der Beklagten am 28. August 2015, die Klagen im obgenannten Verfahren vollumfänglich gutgeheissen. MLaw Th. Wehrli wurde das Dispositiv des Entscheids in anonymisierter Kopie und Rechtsanwältin M. Lotter eine anonymisierte Kopie des Entscheids zugestellt.

Wir möchten Sie darauf hinweisen, dass Credit Suisse voraussichtlich keine Berufung gegen das Urteil vom 19. August 2015 erheben wird. Die Anwältin der Credit Suisse in Colorado hat die US-Kläger auf Anfrage der US-Anwälte entsprechend informiert. Wie im Urteil (S. 26, E. 3.5.3.3 e) bestätigt, hat die Credit Suisse ihre Verpflichtung erfüllt, den Status quo zu wahren, bis die US-Kläger auf die Vermögenswerte in der Schweiz Arrest legen konnten. Die US-Kläger konnten vom zuständigen Gericht einen solchen Arrestbefehl erwirken. Es ist nun an den US-Klägern sicherzustellen, dass die Gelder durch Prosequierung des Arrests und Vornahme der weiteren erforderlichen Vollstreckungshandlungen weiterhin gesperrt bleiben.

Wir bitten Sie höflich, uns über die weiteren Vollstreckungshandlungen der US-Kläger auf dem Laufenden zu halten.

A. Meier Declaration Exhibit A

Mit freundlichen kollegialen Grüssen

Peter Reichart        Andrea Meier