**Von:** Thomas Wehrli [mailto:thomas.wehrli@pachmannlaw.ch]
**Gesendet:** Donnerstag, 17. September 2015 15:20
**An:** Seraina Paradiso
**Cc:** Peter Reichart; Andrea Meier
**Betreff:** AW: Innovatis Asset Management SA u.a. c. Credit Suisse AG

Sehr geehrte Frau Paradiso

Dieses Mandat wird nicht mehr durch uns betreut. Wir haben dieses Schreiben dem zuständigen neuen Anwalt weitergeleitet.

Mit freundlichen Grüssen
Thomas Wehrli


Pachmann Rechtsanwälte AG

Löwenstrasse 29
Postfach 2325
CH-8021 Zürich
Tel.: +41 (0)44 215 11 33
Fax: +41 (0)44 215 11 34

Email: thomas.wehrli@pachmannlaw.ch
Web: www.pachmannlaw.ch

NOTICE RE CONFIDENTIALITY AND RELIANCE - The information contained in this message and attachment is confidential, it may be privileged and protected from disclosure by law. It is for the intended recipient only. If you are not the intended recipient you are hereby notified that any use, including but not limited to the dissemination, distribution, disclosure, or copying, of this message or any attachment is strictly prohibited. Please notify us immediately and delete it from your computer system. FURTHER TAKE NOTICE - No agreement or binding signature, express or implied, is authorized or intended by the above message unless this message expressly states it is to be a binding agreement. Thank you. Pachmann Rechtsanwälte AG, a member of Consulegis, an International Association of Law Firms.

---

**Von:** Seraina Paradiso [mailto:s.paradiso@wartmann-merker.ch]
**Gesendet:** Donnerstag, 17. September 2015 14:22
**An:** 'meret.lotter@pachmannlaw.ch'; Thomas Wehrli; info
**Cc:** Peter Reichart; Andrea Meier
**Betreff:** Innovatis Asset Management SA u.a. c. Credit Suisse AG

Sehr geehrte Frau Lotter
Sehr geehrter Herr Wehrli

Im Anhang erhalten Sie eine Vorabkopie unseres heutigen Schreibens.

Mit freundlichen Grüssen

Seraina Paradiso
Assistentin

**A. Meier Declaration Exhibit B**

_____

Seraina Paradiso
Wartmann & Merker
Rechtsanwälte/Attorneys at Law
Fraumünsterstrasse 29
CH-8022 Zürich
Tel. +41 44 212 10 11
Fax +41 44 212 15 11
s.paradiso@wartmann-merker.ch
www.wartmann-merker.ch
_____

*This communication, and the information it contains is for the sole use of the intended recipient. It is confidential, may be legally privileged and protected by law. Unauthorized use, copying or disclosure of any part thereof may be unlawful. If you have received this communication in error, please destroy all copies and kindly notify the sender. If you send us messages by e-mail, we take this as your authorization to correspond with you by e-mail.*